IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

NETLIST, INC.,

       *Plaintiff*,

v.

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA,
INC.,  SAMSUNG SEMICONDUCTOR,
INC.,

       *Defendants*.

§
§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO.  2:21-CV-00463-JRG

## ORDER

Before the Court is Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.'s (together, "Samsung" or "Defendants") Unopposed Motion for Extension of Time to Move, Answer or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement (the "Motion"). (Dkt. No. 10). Samsung informs the Court that it has agreed to waive service under the Hague Convention with respect to Samsung Electronics Company, Ltd. in exchange for a 90-day extension of time for all Defendants to answer, plead, or otherwise respond pursuant to Federal Rule of Civil Procedure 12.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Samsung to move, answer, or otherwise respond to Plaintiff Netlist, Inc.'s Complaint is **extended** up to and including **April 12, 2022**.

**So Ordered this**

**Dec 28, 2021**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE