UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>            Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.<br>and SAMSUNG SEMICONDUCTOR, INC.,<br><br>            Defendants. | Civil Case No. 2:21-cv-00463-JRG<br><br>**JURY TRIAL DEMANDED** |

### THE SAMSUNG DEFENDANTS' NOTICE REGARDING CO-PENDING ACTION

Samsung provides notice to the Court regarding a co-pending action in the District of Delaware involving Plaintiff Netlist and Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. regarding the Patents-In Suit.  *See Samsung Electronics Co., Ltd., et al. v. Netlist, Inc.,* Case No. 1:21-cv-01453 (D. Del.).  On October 15, 2021, Samsung filed a declaratory judgment action alleging its memory modules did not infringe a number of Netlist patents not asserted here - U.S. Patent Nos. 10,217,523, 10,474,595, 9,858,218, and 7,619,912.  *See* Dkt. 1.  On January 18, 2022, Samsung filed an amended complaint further alleging that its memory modules did not infringe the Patents-In-Suit in this action - U.S. Patent Nos. 10,860,506 (the "'506 patent"), 10,949,339 (the "'339 patent"), and 11,016,918 (the "'918 patent") - alleging that the "claims in the Texas Infringement Action overlap substantially with the claims asserted in the original complaint in the present action" and that "all of the patents relate to the same area of technology—computer memory modules . . ." Dkt. 14 at ¶ 50.  Pending before the court in the District of Delaware is Netlist's motion to dismiss the first amended complaint.  *See* Dkt. 24

1

(Netlist's Motion to Dismiss).  Samsung opposes that motion, alleging that "Counts V–VII and XI, involving the '506, '339, and '918 patents, are properly part of this case, which was filed two months before the Texas Action" and that "the claims should proceed in Delaware under the first-to-file rule" because the '506, '339, and '918 patents are "first filed under a relation back analysis."  Dkt. 27 (Samsung's Answering Brief) at 12.

We will keep the Court apprised of any developments in the Delaware action that may impact this matter.

Date: April 13, 2022

Respectfully submitted,

/s/ Michael J. McKeon

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Katherine Reardon
NY Bar No. 5196910
kreardon@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St., NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile:  (404) 892-5002

Francis J. Albert
CA Bar No. 247741
albert@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Tony Nguyen
TX Bar No. 24083565
nguyen@fr.com
FISH & RICHARDSON P.C.
1221 McKinney Street, Ste. 2800
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile:  (713) 652-0109

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

*Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on April 13, 2022. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                                */s/ Michael J. McKeon*
                                                Michael J. McKeon