# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:21-CV-463-JRG |
| | ) |
| SAMSUNG ELECTRONICS CO., LTD., | ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS AMERICA, | ) |
| INC., SAMSUNG SEMICONDUCTOR, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE DOCKET CONTROL ORDER AND DISCOVERY ORDER

Before this Court is the Parties' Joint Motion for Extension of Time to File Docket Control Order and Discovery Order. Having considered the same, the Court is of the opinion the motion should be GRANTED. Accordingly, the deadline for the Parties to file Docket Control Order and Discovery Order is extended up to and through June 3, 2022.