# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 2:21-CV-463-JRG ) ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., | ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF NETLIST, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO SEVER AND STAY PATENTS AT ISSUE IN DELAWARE (DKT. 26)

Plaintiff Netlist, Inc. ("Netlist"), respectfully request additional time to respond to Motion to Sever and Stay Patents at Issue in Delaware filed by Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively, "Defendants" or "Samsung") (Dkt. 26). In support of its unopposed Motion, Netlist states as follow:

1. On May 3, 2022, Netlist filed a First Amended Complaint against Samsung. Dkt. 23.

2. On May 18, 2022, Samsung filed an Answer to Netlist's First Amended Complaint. Dkt. 25.

3. On May 27, 2022, Samsung filed an Opposed Motion to Sever and Stay Patents at Issue in Delaware ("Motion to Sever and Stay"). Dkt. 26.

4. Counsel for Netlist conferred with counsel for Samsung regarding the requested extension. Counsel for Samsung does not oppose Netlist's request for a seven-day extension to June 17, 2022, to file a Response to Samsung's Motion to Sever and Stay.

5. The extension is not being sought for purpose of delay, but so that justice may be done.

Dated: June 5, 2022

Respectfully submitted,

*/s/  H. Annia Zhong*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason Sheasby (*pro hac vice*)
jsheasby@irell.com
H. Annita Zhong, PhD (*pro hac vice*)
jsheasby@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel have complied with the meet and confer requirement in Local Rule CV-7(h) and this Court's Orders and that this motion is unopposed.

*/s/ H. Annita Zhong*
H. Annita Zhong

## CERTIFICATE OF SERVICE

I hereby certify that, on June 5, 2022, a copy of the foregoing was served to all counsel of record.

*/s/ H. Annita Zhong*
H. Annita Zhong
