# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 2:21-CV-463-JRG ) |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., | ) JURY TRIAL ) ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFF NETLIST, INC.'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO SEVER AND STAY PATENTS AT ISSUE IN DELAWARE (DKT. 26)

Before this Court is Plaintiff Netlist, Inc.'s Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Sever and Stay Patents at Issue in Delaware (Dkt. 26), which was filed on June 5, 2022. For the reasons stated in the Motion, the Court GRANTS the Motion.

Accordingly, IT IS ORDERED the deadline for Plaintiff to respond to Defendants' Motion to Sever and Stay Patents at Issue in Delaware is extended to June 17, 2022.