# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:21-CV-463-JRG |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD., | ) | |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC., SAMSUNG SEMICONDUCTOR, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF NETLIST, INC.'S NOTICE OF COMPLIANCE

Plaintiff Netlist, Inc. ("Netlist") hereby notifies the Court that on June 8, 2022, Netlist has complied with the Court's Docket Control Order (Dkt. 34), by serving its Initial and Additional Disclosures on counsel for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America Inc., and Samsung Semiconductor, Inc. via electronic mail.

Dated: June 8, 2022

Respectfully submitted,

*/s/ Jennifer L. Truelove*
Jennifer L. Truelove

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000

Facsimile: (903) 923-9099

Jason Sheasby (CA #205455)
jsheasby@irell.com
Annita Zhong (CA #266924)
hzhong@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 8, 2022, I caused the electronic filing of the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record who are registered with the CM/ECF system.

<u>*/s/ Jennifer Truelove*</u>
Jennifer Truelove