**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:21-CV-463-JRG |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD., | ) | ██████████████████ |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC., SAMSUNG SEMICONDUCTOR, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF DR. WILLIAM MANGIONE-SMITH IN SUPPORT OF
PLAINTIFF NETLIST, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO
SEVER AND STAY PATENTS AT ISSUE IN DELAWARE (ECF NO. 26)**

Sworn to this 17th day of June 2022 in Kirkland WA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____

Dr. William Mangione-Smith

I, Dr. William Mangione-Smith, declare as follows:

1.      I have been asked to provide technological background regarding the asserted patents and products involved in this case as they relate to computer memory modules.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, would affirm the truthfulness of each statement herein.

2.      In forming my opinions, I have considered and relied upon all documents and information identified in this Declaration, and all documents and information listed below.  I have also used my education and my years of experience in the field of computer architecture, as well as my understanding of the knowledge, creativity, and experience of a person having ordinary skill in the art in forming my opinions expressed in this Declaration.

## I.      Background and Qualifications

3.      My technical background and experience covers most aspects of computer system design, including low level circuitry, computer architecture, computer networking, graphics, application software, client-server application, Web technology, and system software (e.g., operating systems and compilers).  I am a member of the Institute of Electrical and Electronics Engineers and the Association for Computing Machinery, which are the two most significant professional organizations in my profession.  I have been employed as a design engineer, research engineer, professor and technical expert.  Over my professional career, I have been an active inventor with 112 issued U.S. patents, 200 published and pending U.S. patent applications and many unpublished U.S. patent applications.

4.      From 1984 until 1991 I attended the University of Michigan in Ann Arbor, Michigan, where I was awarded the degrees of Bachelor of Science and Engineering, Master of Science and Engineering, and Doctorate of Philosophy.  My doctoral research focused on

high performance computing systems including computer architecture, applications and operating system software, and compiler technology.  One of my responsibilities during my graduate studies included teaching senior undergraduate students who were about to enter the profession.

5.     After graduating from the University of Michigan I was employed by Motorola in Schaumburg, Illinois.  While at Motorola, I was part of a team designing and manufacturing the first commercial battery-powered product capable of delivering Internet email over a wireless (i.e., radio frequency) link and one of the first personal digital assistants.  I also served as the lead architect on the second-generation of this device with control over the entire system design including the memory subsystem architecture, embedded processor, ASIC, power system, and analog circuitry.  Part of my responsibilities at Motorola involved the specification, design, and testing of system control Application-Specific Integrated Circuits ("ASICs").  I conducted the initial research and advanced design that resulted in the Motorola M*Core embedded microprocessor.  M*Core was designed to provide the high performance of desktop microprocessors with the low power of contemporaneous embedded processors.  The M*Core received widespread use in many communications products including various cellular handsets, advanced pagers, and embedded infrastructure.  While at Motorola I was the sole inventor on one U.S. patent.

6.     From 1995 until 2005 I was employed by the University of California at Los Angeles ("UCLA") as a professor of Electrical Engineering.  I was the director of the laboratory for Compiler and Architecture Research in Embedded Systems ("CARES") and served as the field chair for Embedded Computing Systems.  The CARES research team focused on research, engineering and design challenges in the context of battery-powered and multi-media mobile computing devices.  One of the key developments of my lab was

the Mediabench software tool, which is widely used to design and evaluate multi-media embedded devices.  Key elements of Mediabench include software that is essential for modern digital wireless communications.  My primary responsibility, in addition to classroom teaching, involved directing the research and training of graduate students.  I was a tenured member of the faculty, and had responsibilities for teaching as well as scholarly research.  While at UCLA I was a named inventor on three U.S. patent applications, one of which issued as a patent.  My colleagues at UCLA were some of the leading scientists and engineers in the world with a long list of innovations from computer network security devices to the nicotine patch.  The graduate student researchers in my laboratory came from a diverse set of backgrounds, all with undergraduate degrees in computer engineering, electrical engineering or computer science, many with multiple years of experience working as professional engineers in areas such as software development, computer system design and ASIC circuit design.

7.      From 2005 until 2009, I was employed at Intellectual Ventures in Bellevue, Washington.  My responsibilities at Intellectual Ventures included business development, technology assessment, market forecasting, university outreach, collaborative inventing, intellectual property licensing support, and intellectual property asset pricing.  My colleagues and co-inventors at Intellectual Ventures included the former lead intellectual property strategist at Intel, Intel's former lead IP council, Microsoft's former chief software architect, the founder of Microsoft research, the designer of the Mach operating system, the architect of the U.S. Defense Department's Strategic Defense Initiative, the founder of Thinking Machines (a seminal parallel processing computer system), and Bill Gates.  I had responsibility for hiring and managing over 15 staff members including multiple Ph.Ds. with

degrees in electrical engineering and decades of experience in product design and engineering.

8.    A summary of some of my qualifications for forming the opinions in this declaration are as follows: I have more than 30 years of experience as a computer architect, computer system designer, educator, and as an executive in the PC and electronics business. I am also a member of several professional associations, such as the ACM, IEEE and have been intimately involved in professional research through the International Symposium on Microarchitecture (Program Chair for 26th and General Chair for 36th), IEEE Transactions on Computers (Associate Editor), ACM Transactions on Embedded Computing Systems (Associate Editor), and IEEE Computer (Associate Editor).  I also have been on the program committees for ISCA, MICRO, ISLPED, Network Processors Workshop, FPL, Complexity-Effective Design, RAW, Workshop on Mediaprocessors, and DSP, FPT, and INTERACT.

9.    For further details regarding my employment and academic history, please refer to my curriculum vitae attached as Appendix A to this report.

## II.    Background of Memory Module Technology

10.    Memory modules are typically characterized by, among other things, the generation of DRAM on the module (e.g., Double Data Rate 5 ("DDR5"), DDR4, DDR3, etc.) and the format of the module (e.g., load-reduced dual in-line memory modules ("LRDIMMs"), registered DIMMs ("RDIMMs"), small-outline DIMMs ("SODIMMs"), and unbuffered DIMMs ("UDIMMs")).  Within a given format there are several different chip components, in addition to DRAM, including data buffers and a registering clock driver ("RCD").

11.    I understand that the accused Samsung memory module products in this case fall into three categories of memory module products: (1) High-bandwidth memory; (2)

DDR4 LRDIMMs and (3) DDR5 RDIMMs, LRDIMMs, SODIMMs, and UDIMMs (collectively, "DDR5 DIMMs").  I also understand that in a separate case in the District of Delaware, Samsung is seeking a declaration of non-infringement for all its "Samsung Memory Modules," which includes Samsung's DDR4 RDIMMs.

12.     DIMMs are a type of memory module which generally include SDRAMs mounted in a printed circuit board with several other components, *e.g.*, SPD, Hub with thermal sensors, and, where applicable, RCD and data buffers.  Examples of Samsung DDR5 RDIMMs, LRDIMMs, SODIMMs, and UDIMMs are reproduced below, depicting the differences in format between each type of module.[1]

---

[1] https://semiconductor.samsung.com/dram/module/.

## RDIMM

**Registered DIMM**

Include a register for enhancing clock,
command and control signals
Error correction available by added 8 bit parity signals
Supports x4 / x8 Organization / up to 2 ranks per DIMM and 3DPC
configuration
Application : Server

Learn more





## LRDIMM

**Load reduced DIMM**

Include a register for enhancing clock, command and control
signals
Enhanced data signal by placing data buffer
Best solution for achieving high density with high speed
Supports x4 Organization / up to 4 ranks per DIMM and 3DPC
Application : Server

Learn more

## UDIMM

**Unbuffered DIMM**

No buffer or register : smaller latency value
Supports x8 / x16 Organization / up to 2 ranks per DIMM and
2DPC configuration
Application : Desktop

Learn more





## SODIMM

**Small outline DIMM**

Smaller than normal DIMMs
Supports x8 / x16 / up to 2 ranks per DIMM and 2DPC
configuration
For systems with limited space issues
Application : Laptop

Learn more

13.     DDR4 LRDIMMs are a type of memory module which generally include DDR4 SDRAMs mounted on a printed circuit board with several other components, including an RCD for transmitting control and address signals to the SDRAMs and data buffers between the host controller and memory devices.  As an example, Samsung's website advertises that its DDR4 LRDIMMs include a register for "enhancing clock, command and control signals" as well as data buffers for "[e]nhanced data signal."  One of the key differences between RDIMMs and LRDIMMs is that LRDIMMs have a distributed set of buffers (labelled "Data Buffer" in the figure below), one buffer for each data line, while RDIMMs have no such data buffering.



14.     As explained in greater detail below, the power management circuitry for all DIMMs prior to DDR5 is placed on the motherboard, rather than on the memory module itself.  As Samsung acknowledges, placing the power management integrated circuit (a "PMIC") on the module in DDR5 DIMMs results in gains in "power management efficiency and power supply stability."[2]

15.     There are several key differences between DDR5 memory modules and the older DDR4 memory modules.  For example, DDR5 memory modules introduce new

---

features not found in older DDR4 memory designs, including increased memory die density, unique on-module power management solutions, and a new double-channel architecture. DDR5 also operates at far greater speeds than previous generations of DIMMs, with Samsung boasting that "Samsung's DDR5 module boasts transfer speeds of up to 7,200 Mbps," and that "DDR5 offers up to a 100% increase in performance over DDR4."[3]

16.     A key improvement enabling the above differences is that in DDR5 modules the power management circuitry is located on the module, rather than on the motherboard of the memory system, thus increasing power efficiency.  Indeed, as Samsung acknowledges, "[o]ne major design improvement to the newest generation DRAM solution involves integrating the PMIC into the memory module — previous generations placed the PMIC on the motherboard — offering increased compatibility and signal integrity, and providing a more reliable and sustained performance."[4]  Samsung also notes that "unlike DDR4, DDR5 directly incorporates a power management integrated circuit (PMIC) into a dual in-line memory module (DIMM), resulting in a 30 percent increase in power efficiency on the module level and a more stable power supply."[5]

A.  Patents Discussed in this Declaration

17.     I have reviewed the patents in this action as well as the four that were originally asserted in Delaware.  The patent information is summarized below.  I note that in addition to their differences in patented features, they also have different priority dates.

---

[3] https://semiconductor.samsung.com/us/newsroom/tech-blog/ddr5-redefining-whats-possible-in-tech/.
[4] https://news.samsung.com/global/samsung-unveils-new-power-management-solutions-for-ddr5-modules.
[5] https://news.samsung.com/global/video-here-to-upgrade-the-world-introducing-samsungs-game-changing-ddr5-solution#:~:text=Unlike%20DDR4%2C%20DDR5%20directly%20incorporates,a%20more%20stable%20power%20supply.

| Patent(s) | Priority Application(s) | Priority Date | Patent Family |
|---|---|---|---|
| **Delaware DJ Patents** | | | |
| 10,217,523 | Provisional No. 61/044,801 | April 14, 2008 | Dual-mode Operation Family I |
| 10,474,595, 9,858,218 | Provisional No. 61/186,799 | June 12, 2009 | Dual-mode Operation Family II |
| 7,619,912 | Provisional Nos. 60/550,668, 60/575,595 and 60/588,244 | Mar. 5, 2004, May 28, 2004, July 15, 2004 | Rank Multiplication Family |
| **Texas Patents** | | | |
| '506 Pat. | Provisional No. 61/676,883 | July 27, 2012 | Distributed Buffer Family I |
| '339 Pat. | U.S. App. No. 12/504,131 | July 16, 2009 | Distributed Buffer Family II |
| '918/'054 Pat. | Provisional No. 60/941,586 | June 1, 2007 | PMIC Family |
| '060/'160 Pat. | Provisional No. 61/409,893 | Nov. 3, 2010 | HBM Family |

**B.  There Is No Substantial Overlap Between the Relevant Features of the PMIC Family ('918 and '054 Patents) and the Original Delaware Patents**

18.     The '918 and '054 patents are directed to the use of a novel on-module power management system.  I therefore refer to them as the PMIC patents.

19.     Netlist has asserted the '918 and '054 patents only against Samsung's DDR5 DIMMs.  The PMIC patents focus on technology for the on-module power management circuitry implemented on Samsung's DDR5 memory modules in the form of a power management integrated circuit ("PMIC").  As noted above, on-module power management is a feature that is new to DDR5; DDR4 DIMMs do not feature an on-board PMIC, but instead rely on power management functions on the motherboard.  *See supra* ¶¶ 14-16.  Thus, there is no overlap between the accused features at issue in the infringement allegations for the PMIC patents and any of the four patents originally raised in Delaware ("Delaware DJ Patents"), which do not implicate on-module power management.

20.     The Delaware DJ patents do not implicate power management or voltage regulation.  While it is the case that certain dependent claims of the '918 and '054 patents

involve memory operations such as a write command (e.g., dependent claims 10-12 of the
'918 patent), these claims involve a write operation to non-volatile memory in response to
under-voltage or over-voltage conditions, not write operations to DRAM memories.  *See,
e.g.*, '918 patent, 39:28-37.

21.     Additionally, a skilled artisan would not view all DIMMs as being
substantially similar.  DDR4 memory modules and DDR5 memory modules are
substantially different, especially when it comes to power management.  As noted above,
DDR5 introduces significant advantages over DDR4 memory modules.  *Supra*, ¶¶ 14-16.
Indeed, the standards specifying the structure and operation of DDR4 and DDR5 memory
modules were developed many years apart.  Saying all DIMMs are substantially similar
regardless of the generation of DRAM on the module (e.g., DDR4 versus DDR5), or the
format of the DIMM (e.g., LRDIMM versus RDIMM, SODIMM, or UDIMM) is like saying
2G and 5G telecommunication services are substantially similar in all aspects because they
are both cellular networks.  There is only a superficial degree of overlap.

## C.  The Distributed Buffer Patents and Delaware DJ Patents are Directed to Different Aspects of DDR4 DIMM Technology

22.     As for the '506 and '339 patents at issue in the Texas Action (which I will
refer to as the Distributed Buffer Patents because they are directed to timing issues specific
to data buffers), these patents are directed to different aspects of DDR4 technology than the
Delaware DJ Patents.  As explained in greater detail below, the Distributed Buffer Patents
are asserted against certain features related to the timing of data signals in the data buffers
on a DDR4 LRDIMM, whereas the '218, '595, and '912 patents are asserted against features
related to the operation of the DDR4 RCD, a component that is a part of any registered
DIMM.

23.     Netlist's May 4, 2022 Disclosure of Asserted Claims and Infringement Contentions (the "Preliminary Infringement Contentions") assert that the '506 patent (Distributed Buffer Family I) is practiced by DDR4 data buffers compliant with certain standards produced by JEDEC. ████████████████████

███████████████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

Ex. A to Netlist's Preliminary Infringement Contentions, at 52.

24.     As further explained in the Preliminary Infringement Contentions, ███

████████████████████████████████████████████████

█████████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████



*Id.* at 58.

25.     Similarly, the claims of the '339 patent (Distributed Buffer Family II) cover the use of tristate buffers to enable/disable the data paths in the data buffers on a LRDIMM. Independent claims 11, 19, and 27 likewise recite the use of "n/2 data transmission circuits" "a plurality of buffers," and "a plurality of n-bit-wise data buffers" with similar limitations as claim 1.

26.     As with the '506 patent, Netlist's Preliminary Infringement Contentions assert that these key features are practiced by DDR4 data buffers compliant with certain standards developed by JEDEC. ████████████████████████████████ ████████████████████████████████



Ex. B to Netlist's Preliminary Infringement Contentions, at 44.

27.     The Delaware '912 patent, by contrast, focuses on rank multiplication implemented by the logic on a memory module, and reads generally on all ranked multiplied DIMMs if they have specific features relating to a unique technique involving per DRAM addressability.

28.     Per DRAM addressability has nothing to do with distributed data buffers and there is no technical overlap between the Delaware '912 patent and the Texas Distributed Buffer Families.

29.     Also, in contrast to the Texas Patents, the Delaware '218 and '595 patents focus on the interaction between the memory controller of a memory system and the module controller (e.g., a DDR4 RCD) during initialization of a memory system, e.g. computer servers.  The '218 and '595 patents provide for dual-operating modes of a DIMM, whereby, for example, the module may perform normal read/write operations in a first operational

mode and no memory operations in a second training mode.  During normal operation, the module controller, *e.g.*, RCD, is "configurable to output via [an] open drain output and [an] error edge connection a signal indicating a parity error occurred while the memory module is in [a] first mode."  '595 patent, 15:8-13.  In contrast, in the second mode, the module controller is "configurable to provide information related to the one or more training sequences by driving the open drain output and the error connection" to a low logic level state or a high impedance state.  *Id.*, 15:13-21; *see also* '218 patent, 14:63-15:11.  In plain language, the claims of the '218 and '595 patents are directed to a novel technique enabling the memory module to communicate with a system memory controller during initialization or training.  Thus, the '595 and '218 patents do not implicate the timing issues with distributed data buffers on LRDIMMs.

30.     Similarly, the '523 patent claims a memory module operable in at least a first mode (normal operation) and a second mode during which the data buffer "is configured to isolate [] memory devices from being accessed by the system memory controller."  *E.g.*, '523 patent, cl. 1.  This claim language means that in the second mode, the system memory controller cannot read or write DRAM data originating from off of the module.  A skilled artisan would recognize that this second mode refers to the training mode in the JEDEC parlance (the '523 patent calls it the test mode).  According to the '523 patent claims, in that second mode, the data buffer is configured to send training data patterns to memory devices in accordance with the control and address signals from the module memory controller (RCD).  *E.g.*, *id.*, 17:20-30 (data module "configured … to transmit one or more second data signals including data patterns provided by [a] data handler logic elements [*e.g.*, RCD] to the data ports of the memory devices according to one or more commands output from the control module, and wherein at least a portion of the memory devices are configured to

receive the one or more second data signals according to the second memory address and control signals from the control module [RCD]"); *see also, e.g.*, *id.*, cls. 5-7 (dependent claims directed to on-board logic the memory module utilizes to conduct self-testing); *id.*, 14:1-4 (noting that in the second mode, the memory module may, for example, "include switching (e.g., by configuring the test controller 36) the mode of the memory module 10 from a normal operation mode to the test mode"). The '523 patent does not implicate the timing of data signals from the distributed data buffer architecture.

31.     Given the differences in technologies, it is my opinion that different parts of the design files, RTL code and source code will need to be reviewed for the PMIC patents and Distributed Buffer patents on the one hand and the Delaware DJ Patents on the other hand. To the extent that incremental value analyses are to be conducted for damages, the improvements will also need to be evaluated against different baselines given the drastic difference in technical areas. I do not see substantial overlap in the technical analysis for the PMIC patents and Distributed Buffer patents on the one hand and the Delaware DJ Patents on the other hand.

# Appendix A

**William Henry Mangione-Smith**
**4146 118th Ave NE**
**Kirkland WA, 98033**
**(425) 654-1424**
**billms@gmail.com**

## Highlights

Reviewed and valued thousands of patents.
Priced over $500M worth in patent portfolios.
Key technical support for licensing that has raised more than $1B.
Significant experience developing claim charts and evidence of use.
Former tenured professor at the University of California.
Deposition and trial testifying experience.

## Education

BSE (1987), MSE (1992), & Ph.D. University of Michigan
Doctoral Thesis 1992: Performance Bounds and Buffer Space Requirements for
Concurrent Processors

## Employment

| | |
|---|---|
| 2009-Present | Sole Proprietor of Phase Two LLC – Consulting and intellectual property services |
| | All IP related work since 2009 has been conducted under the auspices of Phase Two |
| 2012 May-June | CTO Computers and Consumer Electronics at IP Navigation Group |
| 2005-2008 | Intellectual Ventures, Bellevue Washington |
| 2005 | Patent valuation, licensing support, focus on computer patents |
| 2006 | Head of all IV valuation efforts – managed a team of 12 |
| 2007 | Director of technology, outbound licensing in consumer electronics |
| 2008 | Director of investment strategy, inventor relations |
| 2001-2005 | Associate Professor, EE UCLA |
| 1995-2001 | Assistant Professor, EE UCLA |
| | Focus low power embedded multimedia communications systems |
| 1993-1995 | Motorola Wireless Data Group |
| | Systems architect for General Magic wireless PDA |

1991-1992          Motorola Corporate Research
                   Parallel computer performance monitoring
                   Low power processor architecture

1986-1987          Chrysler Corporation
                   Software Architect

## Patents

9,760,588 - Cross-media storage coordination
9,747,426 - Handling masquerading elements
9,716,548 - Data center with free-space optical communications
9,692,887 - Component information and auxiliary information related to information …
9,683,884 - Selective audio/sound aspects
9,680,699 - Evaluation systems and methods for coordinating software agents
9,659,188 - Obfuscating identity of a source entity affiliated with a communique …
9,641,537 - Conditionally releasing a communique determined to be affiliated with a …
9,583,141 - Implementing audio substitution options in media works
9,513,157 - Selective audio/sound aspects
9,479,535 - Transmitting aggregated information arising from appnet information
9,455,035 - Management of memory refresh power consumption
9,426,387 - Image anonymization
9,374,242 - Using evaluations of tentative message content
9,372,536 - Touch screen with tactile feedback
9,367,833 - Data services outsourcing verification
9,306,975 - Transmitting aggregated information arising from appnet information
9,274,582 - Power consumption management
9,230,601 - Media markup system for content alteration in derivative works
9,219,815 - Identifier technique for communication interchange
9,215,512 - Implementation of media content alteration
9,191,341 - Packet routing within an on-chip network
9,178,911 - Evaluation systems and methods for coordinating software agents
9,158,771 - Component information and auxiliary information related to information  …
9,152,928 - Context parameters and identifiers for communication
9,092,928 - Implementing group content substitution in media works
9,065,979  - Promotional placement in media works
9,008,117 - Cross-media storage coordination
9,008,116 - Cross-media communication coordination
8,984,579 - Evaluation systems and methods for coordinating software agents
8,984,133 - Providing treatment-indicative feedback dependent on putative …
8,966,630 - Generating and distributing a malware countermeasure
8,949,337 - Generation and establishment of identifiers for communication

8,943,267 - Management of memory refresh power consumption
8,929,208 - Conditionally releasing a communique determined to be affiliated …
8,924,975 - Core selection for applications running on multiprocessor systems …
8,913,753 - Selective audio/sound aspects
8,910,033 - Implementing group content substitution in media works
8,886,577 - Feedback during surgical events
8,850,044 - Obfuscating identity of a source entity affiliated with a communique in …
8,839,255 - Scheduling of threads by batch scheduling
8,819,686 - Scheduling threads on different processor cores based on …
8,818,196 - Data center with free-space optical communications
8,799,912 - Application selection of memory request scheduling
8,774,637 - Data center with free-space optical communications
8,732,087 - Authorization for media content alteration
8,730,836 - Conditionally intercepting data indicating one or more aspects …
8,712,250 - Data center with free-space optical communications
8,682,982 - Preliminary destination-dependent evaluation of message content
8,655,187 - Data center with free-space optical communications
8,640,248 - Handling masquerading elements
8,640,247 - Receiving an indication of a security breach of a protected set of files
8,627,402 - Evaluation systems and methods for coordinating software agents
8,626,848 - Obfuscating identity of a source entity affiliated with a communique …
8,626,731 - Component information and auxiliary information related to …
8,613,095 - Smart distribution of a malware countermeasure
8,607,336 - Evaluation systems and methods for coordinating software agents
8,607,234 - Batch scheduling with thread segregation and per thread type marking …
8,601,530 - Evaluation systems and methods for coordinating software agents
8,601,207 - Management of memory refresh power consumption
8,601,104 - Using network access port linkages for data structure update decisions
8,588,618 - Data center with free-space optical communications
8,583,553 - Conditionally obfuscating one or more secret entities with respect to …
8,559,307 - Routing packets in on-chip networks
8,555,396 - Authenticatable displayed content
8,549,077 - Usage parameters for communication content
8,539,581 - Efficient distribution of a malware countermeasure
8,516,300 - Multi-votage synchronous systems
8,483,569 - Data center with free-space optical communications
8,281,036 - Using network access port linkages for data structure update decisions
8,255,745 - Hardware-error tolerant computing
8,243,045 - Touch-sensitive display device and method
8,224,930 - Signaling partial service configuration changes in appnets
8,224,907 - System and method for transmitting illusory identification characteristics
8,214,191 - Cross-architecture execution optimization
8,209,755 - Signaling a security breach of a protected set of files

8,209,524 - Cross-architecture optimization
8,203,609 - Anonymization pursuant to a broadcasted policy
8,191,140 - Indicating a security breach of a protected set of files
8,161,232 - Periodically and empirically determined memory refresh intervals
8,126,938 - Group content substitution in media works
8,126,190 - Targeted obstrufication of an image
8,117,654 - Implementation of malware countermeasures in a network device
8,082,225 - Using destination-dependent criteria to guide data transmission decisions
8,065,404 - Layering destination-dependent content handling guidance
8,055,797 - Transmitting aggregated information arising from appnet information
8,055,732 - Signaling partial service configuration changes in appnets
8,055,648 - Managing information related to communication
7,972,557 - Plasmon filter
7,930,389 - Adaptive filtering of annotated messages or the like
7,877,584 - Predictive processor resource management
7,860,887 - Cross-media storage coordination
7,752,255 - Configuring software agent security remotely
7,739,524 - Power consumption management
7,653,834 - Power sparing synchronous apparatus
7,607,042 - Adjusting a processor operating parameter based on a performance criterion
7,519,995 - Programmable hardware for deep packet filtering
7,512,842 - Multi-voltage synchronous systems
7,493,516 - Hardware-error tolerant computing
5,793,991 - Method of equalizing loads on a computer bus

## Patent Applications

Dr. Mangione-Smith has no known financial interest in any pending US patent
applications other than some applications where he is listed as an inventor.  The list of
such published patent applications where he is a named inventor can be found by
searching the online USPTO database or directly accessed via this link:
http://goo.gl/Uq2q7Q.

## Expert Consultant in IP Matters – Multi-Year Engagements Noted Once

2022

NETLIST, INC, vs. SAMSUNG ELECTRONICS CO., LTD.
Eastern District of Texas, Marshall Division
Civil Action No. 2:21-CV-463-JRG
Engaged on behalf of Netlist, counsel is with Irell & Manella LLP

WSOU Investments, LLC d/b/a Brazos Licensing and Development v. ZTE

CIVIL ACTION 6:20-CV-00487-ADA
CIVIL ACTION 6:20-CV-00488-ADA
CIVIL ACTION 6:20-CV-00489-ADA
CIVIL ACTION 6:20-CV-00490-ADA
CIVIL ACTION 6:20-CV-00491-ADA
CIVIL ACTION 6:20-CV-00492-ADA
CIVIL ACTION 6:20-CV-00493-ADA
CIVIL ACTION 6:20-CV-00494-ADA
CIVIL ACTION 6:20-CV-00495-ADA
CIVIL ACTION 6:20-CV-00496-ADA
CIVIL ACTION 6:20-CV-00497-ADA
Engaged by Kasowitz Benson Torres LLP on behalf of WSOU Investments

WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Google LLC
CIVIL ACTION 6:20-CV-00571-ADA
CIVIL ACTION 6:20-CV-00572-ADA
CIVIL ACTION 6:20-CV-00573-ADA
CIVIL ACTION 6:20-CV-00575-ADA
CIVIL ACTION 6:20-CV-00576-ADA
CIVIL ACTION 6:20-CV-00579-ADA
CIVIL ACTION 6:20-CV-00580-ADA
CIVIL ACTION 6:20-CV-00583-ADA
CIVIL ACTION 6:20-CV-00584-ADA
CIVIL ACTION 6:20-CV-00585-ADA
Engaged by Folio Law Group on behalf of WSOU

Highlands Advisory
IP evaluation

Interdigital
IP evaluation

KONINKLIJKE KPN N.V., v. XIAOMI CORPORATION et al, and COOLPAD
TECHNOLOGIES INC.,
The District of Delaware
C.A. No. 21-cv-41-LPS-CJB and C.A. No. 21-cv-43-LPS-CJB
Engaged on behalf of KPN
Counsel is Sussman & Godfrey
Provided declaration.

2021

WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corp.,
Case No. 6:12-cv-463 (W.D.T.X.)
Engaged by Susman Godfrey on behalf of WSOU Investments
Provided testimony via declaration

KONINKLIJKE KPN N.V., vs.TELEFONAKTIEBOLAGET LM ERICSSON AND
ERICSSON INC.
Case 2:21-cv-113 in the Eastern District of Texas
Engaged by Susman Godfrey LLP on behalf of Koninklijke KPN
Testified via declaration and deposition.

Barkan Wireless IP Holdings, L.P. v. T-Mobile US, Inc., T-Mobile USA, Inc., and Nokia
of America Corp., No. 2:21-cv-00034-JRG (E.D. Tex.)
Engaged on behalf of Barkan by Heim, Payne & Chorush, LLP
Technology relates to communications equipment.
Provided testimony via declaration and deposition.

Intel Corporation v. FG SRC LLC et al.
Engaged on behalf of FG SRC LLC, by DiMuroGinsberg PC
IPR case number IPR2020-01449
Technology relates to reconfigurable computing
Provided testimony via declaration and deposition.

StratosAudio, Inc. v. multiple automotive manufacturers
Engaged on behalf of StratosAudio, Inc by White & Case LLP
Technology relates to accounting for content distribution

2020

Netlist vs. S. K. Hynix
Nos. 6:20-cv-00194-ADA and 6:20-cv-00525-ADA (W.D. Tex.)
Engaged on behalf of Netlist, provided testimony on behalf of Netlist
Technology relates to memory modules

INTEL CORPORATION, Petitioner v. PACT XPP SCHWEIZ AG
Before the Patent Trial and Appeal Board of the US Patent and Trademark Office
Working with Quinn Emanuel Urquhart & Sullivan on behalf of PACT XPP

Digital Video-Capable Devices and Components Thereof, USITC 337-TA-1224
Working with Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C
On behalf of Koninklijke Philips N.V. and Philips North America LLC
Provided sworn testimony

UNILOC 2017, LLC et al. v. GOOGLE LLC
Northern District of California
4:20-cv-04355-YGR
Prince Lobel Tye LLP
Working on behalf of Uniloc

UNILOC 2017, LLC et al. v. GOOGLE LLC
Working with Ethridge Law Group and Carter Arnett on behalf of Uniloc
Eastern District of Texas, Marshall Division
Case No. 2-18-cv-00492-JRG-RSP, filed 2018-11-17
Case No. 2-18-cv-00496-JRG-RSP, 2018-11-17
Case No. 2-18-cv-00499-JRG-RSP, 2018-11-17
Patent consulting thus far, testimony anticipated
INTEL CORPORATION, v. VLSI TECHNOLOGY LLC
IPR2019-01197, Patent 6,212,633
Working with LOWENSTEIN & WEATHERWAX LLP on behalf of VLSI
Provided expert testimony in the form of a declaration and deposition.

Consulting work for Global Foundries related to computer chips.

GPU++, LLC v. Qualcomm Incorporated, et al.,
Working with Steptoe & Johnson on behalf of GPU++
Texas Western District, case 6:19-cv-00474-ADA, filed 2019-08-16
Testimony provided.
Technology relates to graphics processing systems

VLSI Technology v. Intel
Western District of Texas, case 6:19-CV-256
Working with Irell & Manella LLP on behalf of VLSI Technology LLC
Provided testimony in the form of expert reports and depositions.

2019

VLSI Technology LLC v. Intel
District of Delaware, case 1:18-cv-00966
Working with Irell & Manella LLP on behalf of VLSI Technology LLC
Technology relates to semiconductor manufacturing
Patent consulting thus, testimony anticipated

Consulting work for DivX – related to computer video.

2018

INVT SPE LLC v. Apple Inc., HTC Corp. and HTC America, Inc. ZTE Corp. and ZTE (USA) Inc.
Certain LTE- and 3G-Compliant Cellular Communications Devices, Investigation No. 337-TA-1138
Provided Expert Testimony on behalf of INVT
Technology relates to wireless communications

Mahltig Management- und Beteiligungsgesellschaft mbH in patent proceedings relating to European Patent 1 714 229
Adverse to Intel and Lenovo
Technology relates to microprocessors

Netlist vs. S. K. hynix
US ITC 337-TA-1089
Engaged on behalf of Netlist, provided testimony on behalf of Netlist
Technology relates to memory modules

Voip-Pal.com Inc.
Technology relates to VOIP service providers
Voip-Pal.com, Inc. v. Amazon.com, Inc. et al - 2:18-cv-01076
Voip-Pal.com, Inc. v. Apple, Inc. - 2:16-CV-00260
Voip-Pal.com, Inc. v. Apple, Inc. - 2:18-cv-00953
Voip-Pal.com Inc. v. Verizon and AT&T - 2:16-CV-00271
Voip-Pla, Inc. v. Twitter - 2:16-CV-02338

2017
AMD v. LG, Vizio,  MediaTek and Sigma Designs
US ITC 337-TA-1044
Provided Expert Testimony on behalf of AMD
Technology relates to graphics processing hardware

Netlist vs. S. K. hynix
US ITC 337-TA-1023
Engaged on behalf of Netlist
Provided Expert Testimony via Report, Deposition and at hearing
Technology relates to memory modules

Advanced Micro Devices Inc.
Engaged on behalf of AMD
USPTO Re-Exam Defense
Provided testimony via expert report and interview
Technology relates to microprocessors

Advanced Micro Devices Inc.
Engaged on behalf of AMD
IPR Defense
Provided testimony via expert report for IPR2015-00321
IPR2015-00328 and IPR2015-00321
Technology relates to microprocessors

2016

INTEL CORPORATION v. FUTURE LINK SYSTEMS, LLC - C.A. No. 14-377-LPS
Retained by Irell and Manella LLP on behalf of Future Link Systems, LLC
Technology relates to computer communications systems
Declarations filed on behalf of Future Link Systems, LLC

Voip-Pal.com Inc.
Technology relates to VOIP service providers
Retained to assist during an IPR action
IPR2016-01198 and IPR2016-01201

TiVo Inc. v. Samsung Electronics Co., Ltd., et al., Case No. 2:15-cv-1503 (E.D. Tex.)
Technology relates to digital video recorders
Retained by Irell and Manella LLP on behalf of TiVo Inc.

Rosetta-Wireless Corporation Inter Partes Reviews Nos. IPR2016-00616 and
IPR2016-00622
Technology relates to personal communications and computing devices. Retained
by Heim, Payne and Chorush on behalf of Rosetta-Wireless Declaration filed.

Innovative Memory Solutions, Inc. (IMS) v. Micron Technology
District of Delaware - 14-cv-01480-RGA
Engaged by IMS via Cohen & Grace, LLC
Technology relates to semiconductor memory manufacturing

Zak v. Facebook
Eastern District of Michigan - 4:15-cv-13437
Engaged by Zak via Harness, Dickey & Pierce PLC
Technology relates to client-server software Declaration
filed.

2015

Advanced Silicon Technologies, LLC Delaware District Court and at the ITC (No matter
number assigned)

Technology relates to programmable processor hardware Accused parties:

> Texas Instruments Incorporated    1:15-cv-01175
> NVIDIA Corporation 1:15-cv-01177
> Renesas Electronics Corporation et al. 1:15-cv-01176
> Fujitsu Ten Limited et al. 1:15-cv-01174
> Bayerische Motoren Werke AG et al.  1:15-cv-01178
> VOLKSWAGEN AG 1:15-cv-01181
> Harmon International Industries Incorporated et al. 1:15-cv-01173
> Honda Motor Co., Ltd. et al. 1:15-cv-01179
> Toyota Motor Corporation 1:15-cv-01180

FlatWorld Interactives LLC v. Samsung and LG
C.A. No. 12-804·-LPS and C.A. No. 12-964-LPS
Engaged on behalf of FlatWorld
Technology relates to user interface design

Ericsson Inc. vs. Apple Inc.
EDTX 2:15-cv-290 and 2:15-cv-292
Engaged on behalf of Ericsson
Technology relates to peripheral devices

Synaptics vs. Goodix
US ITC 337-TA-957
Engaged on behalf of Goodix
Provided Expert Testimony via Report, Deposition and at hearing
Technology relates to touch screens

Advanced Micro Devices Inc.
Engaged on behalf of AMD
IPR Defense
Provided testimony via expert report
Technology relates to digital video
IPR2015-00328 and IPR2015-00321

Solocron Media LLC v. Verizon Communications, Inc., Cellco Partnership d/b/a/
Verizon Wireless, AT&T Mobility LLC, T-Mobile USA, Inc., and Sprint Spectrum L.P.
The Eastern District of TX, Case 2:13-cv-1059-JRG
Retained by tensegrity on behalf of Solocron
Technology relates to MMS and multi-media transcoding.
Prepared expert reports on infringement.

Enterprise Systems Technologies S.a.r.l v. Apple Inc., Cirrus Logic Inc., HTC

Corporation, LG Electronics, Inc., Samsung Electronics Co
The International Trade Commission of the United States of America
Inv. No. 337-TA-924
Retained by Mintz, Levin, Cohn, Ferris, Glovsky and Popeo LLP for complainant.
Technology relates to device drivers. Prepared
expert reports and deposed.

Ziilabs Inc., LTD., v. Samsung and Apple
Case 2:14-cv-00203 In the Eastern District of Texas Marshall Division
Retained by Davis of Heim, Payne & Chorush, L.L.P. for Ziilabs Technology
relates to graphics systems.
Provided expert report on infringement as well as deposition testimony.

Packet Intelligence LLC v. Cisco
Case 2:2014cv00252 In the Eastern District of Texas Marshall Division
Retained by Heim, Payne & Chorush, L.L.P. for Packet Intelligence Technology
relates to secure networking.

Advanced Micro Devices, Inc. v. LG Corp., et al.
5:14-cv-01012 U.S. District Court for the Northern District of California Retained
by Robins, Kaplan, Miller & Ciresi LLP on behalf of Advanced Micro Devices,
Inc.
Technology relates to microprocessors and multimedia.

dunnhumby USA, LLC, et al. v. emnos USA Corp.
U.S. District Court for the Northern District of Illinois
Case No.: 1:13-cv-00399
Retained by Baker Hostetler who represents dunnhumby Technology
relates to databases.

Parthenon Unified Memory Architecture LLC, v. HTC CORPORATION and HTC
AMERICA, INC., LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC.
Case No. 2:14-cv-690-JRG-RSP
Case No. 2:14-cv-691-JRG-RSP
Eastern District of Texas, Marshall Division Technology
relates to multimedia systems.
Retained on behalf of Parthenon

Parthenon Unified Memory Architecture LLC, v. SAMSUNG ELECTRONICS CO.,
LTD., ET AL. HUAWEI TECHNOLOGIES CO. LTD,  HUAWEI TECHNOLOGIES
USA, INC.  and HUAWEI DEVICE USA, INC. and MOTOROLA MOBILITY LLC
Case No. 2:14-cv-902-RSP
Case No. 2:14-cv-687-JRG-RSP

Case No. 2:14-cv-689-JRG-RSP
Eastern District of Texas, Marshall Division Technology
relates to multimedia systems.
Retained on behalf of Parthenon

NEXUS DISPLAY TECHNOLOGIES LLC, Plaintiff, v. DELL INC., LENOVO
(UNITED STATES) INC., PANASONIC CORP. OF NORTH AMERICA, EIZO CORP.
AND
EIZO INC., NEC CORP. AND NEC DISPLAY SOLUTIONS OF AMERICA, INC.
Civil Action No: 2:14-cv-00762
Civil Action No: 2:14-cv-00762
Civil Action No. 2:14-cv-00763
Civil Action No. 2:14-cv-00764
Civil Action No. 2:14-cv-00765
Technology relates to communications circuits.
Retained on behalf of Nexus Display Technologies

INTEL CORPORATION, v. FUTURE LINK SYSTEMS, LLC
C.A. No. 1:14-CV-00377-LPS
District Court for Delaware
Technology relates to communications circuits.
Retained on behalf of Future Link Systems

<u>2014</u>

Content Guard v. Apple Inc., Amazon.com Inc., BlackBerry Corporation, Huawei Device
USA, Inc., Motorola Mobility LLC, BlackBerry Limited, HTC Corporation, HTC
America, Inc., Huawei Technologies Co., Ltd., Samsung Electronics Co., Ltd., Samsung
Electronics America, Inc., and Samsung Telecommunications America, LLC
The Eastern District of TX, case 2:13-cv-01112-JRG
Retained by McKool Smith on behalf of Content Guard
Technology relates to digital right management.

Content Guard v. Google Inc.
The Eastern District of TX, Case 2:14-cv-00061-JRG Retained
by McKool Smith on behalf of Content Guard Technology
relates to digital right management.

Solocron Media LLC v. Verizon Communications, Inc., Cellco Partnership d/b/a/
Verizon Wireless, AT&T Mobility LLC, T-Mobile USA, Inc., and Sprint Spectrum L.P.
The Eastern District of TX, Case 2:13-cv-1059-JRG
Retained by tensegrity on behalf of Solocron
Technology relates to MMS and multi-media transcoding.

Enterprise Systems Technologies S.a.r.l v. Apple Inc., Cirrus Logic Inc., HTC
Corporation, LG Electronics, Inc., Samsung Electronics Co
The International Trade Commission of the United States of America
Inv. No. 337-TA-924
Retained by Mintz, Levin, Cohn, Ferris, Glovsky and Popeo LLP for complainant.
Technology relates to device drivers.

Ziilabs Inc., LTD., v. Samsung and Apple
Case 2:14-cv-00203 In the Eastern District of Texas Marshall Division
Retained by Davis of Heim, Payne & Chorush, L.L.P. for Ziilabs Technology
relates to graphics systems.

Packet Intelligence LLC v. Cisco
Case 2:2014cv00252 In the Eastern District of Texas Marshall Division
Retained by Heim, Payne & Chorush, L.L.P. for Packet Intelligence Technology
relates to secure networking.

Rockstar Consortium US v. Asustek, Google, HTC, LGE, Pantech, Samsung and ZTE
2:13-cv-00899 In the Eastern District of Texas Marshall Division
Retained by McKool Smith for Rockstar
Technology relates to user interfaces and messaging.

Advanced Micro Devices, Inc. v. LG Corp., et al.
5:14-cv-01012 U.S. District Court for the Northern District of California Retained
by Robins, Kaplan, Miller & Ciresi LLP on behalf of Advanced Micro Devices,
Inc.
Technology relates to microprocessors and multimedia.

Pragmatus Mobile LLC v. Samsung Electronics Co. Ltd, etc.
U.S. ITC Inv. No. 337-TA-905
Retained by Flagship IP. P.C. on behalf of Complainant Pragmatus Mobile LLC
Technology relates to converged devices.

CallCopy Inc.
Assistance with Reexamination efforts related to Verint Americas Inc.
Retained by Baker Hostetler
Technology related to call systems and call center management. Submitted
declarations with the USPTO.

dunnhumby USA, LLC, et al. v. emnos USA Corp.
U.S. District Court for the Northern District of Illinois
Case No.: 1:13-cv-00399

Retained by Baker Hostetler who represents dunnhumby Technology
relates to database technology.

Graphics Properties Holdings, v. Panasonic et al.
ITC Inv. No. 337-TA-884
Retained by Mintz, Levin, Cohn, Ferris, Glovsky and Popeo LLP for complainant.
Provided testimony through expert reports, deposition and at trial. Technology
relates to graphics hardware.

2013

Graphics Properties Holdings, v. Panasonic et al.
ITC Inv. No. 337-TA-884
Retained by Mintz, Levin, Cohn, Ferris, Glovsky and Popeo LLP for complainant.
Provided testimony through expert reports and deposition. Technology
relates to graphics hardware.

CallCopy Inc.
Assistance with Reexamination efforts related to Verint Americas Inc.
Retained by Hahn Loeser & Parks LLP
Technology related to call systems and call center management. Submitted
declarations with the USPTO.

dunnhumby USA, LLC, et al. v. emnos USA Corp.
U.S. District Court for the Northern District of Illinois
Case No.: 1:13-cv-00399
Retained by Baker Hostetler who represents dunnhumby Technology
relates to database technology.

Microlinc, LLC v. INTEL CORPORATION, ACER, INC., ACER AMERICA
CORPORATION, ADVANCED MICRO DEVICES, INC., APPLE, INC., DELL, INC.,
GATEWAY, INC., HEWLETT-PACKARD COMPANY, LENOVO GROUP, LTD,
LENOVO (UNITED STATES), INC., NVIDIA CORPORATION, SONY COMPUTER
ENTERTAINMENT AMERICA INC., TOSHIBA CORPORATION, TOSHIBA
AMERICA INC., and TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
Eastern District of Texas
Retained by Eugene M. Cummings, P.C.
Submitted reports regarding infringement, invalidity and claim construction along with
numerous declarations.  Appeared at the Markman hearing.  Deposed. Technology
relates to microprocessor communications.

FlashPoint Technology, Inc. v. HTC Corporation, HTC America, Inc., Pantech Co., Ltd.,
Pantech Wireless, Inc., Huawei Technologies Co., Ltd., FutureWei Technologies, Inc. d/b/a
Huawei Technologies (USA), ZTE Corporation, ZTE (USA) Inc.,

USA International Trade Commission
Certain Electronic Imaging Devices, Inv. No. 337-TA-850
Expert for FlashPoint, who is represented by Pepper Hamilton, LLP.
Submitted reports numerous declarations.  Testified at the ITC.  Deposed. Technology
relates to converged devices.

2012

FlashPoint Technology, Inc. v. HTC Corporation, HTC America, Inc., Pantech Co., Ltd.,
Pantech Wireless, Inc., Huawei Technologies Co., Ltd., FutureWei Technologies, Inc. d/b/a
Huawei Technologies (USA), ZTE Corporation, ZTE (USA) Inc.,
USA International Trade Commission
Certain Electronic Imaging Devices, Inv. No. 337-TA-850
Expert for FlashPoint, who is represented by Pepper Hamilton, LLP.
Submitted reports numerous declarations.  Testified at the ITC.  Deposed. Technology
relates to converged devices.

*Graphics Properties Holdings v. HTC et. al.*
*Graphics Properties Holdings v. LG Electronics et. al.*
*Graphics Properties Holdings v. Sony et. al.*
*Graphics Properties Holdings v. Samsung Electronics et. al.*
*Graphics Properties Holdings v. Apple*
*Graphics Properties Holdings v. Research In Motion et. al.*
United States District Court for the District of Deleware
Testifying expert witness for GPH on matters related to invalidity.
Pepper Hamilton LLP and Mintz, Levin, Cohn, Ferris, Glovsky and Popeo LLP represent
plaintiffs.
Subject matter relates to graphics systems and CPU microarchitecture. Submitted
reports numerous declarations. Deposed.

IPValue
Non-litigation related patent evaluation services.

*TV Interactive Data Corporation v. Sony Corporation, Sony Computer Entertainment*
*Inc, Sony Computer Entertainment America Inc, Sony Corporation of America, Sony*
*Electronics Inc, Samsung Electronics Co Ltd, Samsung Electronics America Inc, Royal*
*Philips Electronics NV, Philips Electronics North America Corporation, Toshiba*
*Corporation, Toshiba America Inc., Toshiba America Consumer Products LLC,*
*Panasonic Corporation, Panasonic Corporation of North America, Victor Company of*
*Japan, LTD, JVC Americas Corp, LG Electronics Inc, LG Electronics USA Inc., Zenith*
*Electronics LLC, Pioneer Corporation, Pioneer Electronics (USA) Inc., Sharp*
*Corporation, Sharp Electronics Corporation, Funai Electric Co., Ltd., Funai*
*Corporation, Inc., D&M Holdings Inc., D&M Holdings US Inc. and Denon Electronics*

*(USA), LLC*
United States District Court for the Northern District of California Case
5:2010cv00475
Consultant for defendant Funai
Defendants Funai Electric Co. Ltd. and Funai Corporation, Inc. are represented by Kevin
W. Kirsch, David A. Mancino, John F. Bennett, Matthew P. Hayden, and Hayes F.
Michel of Baker Hostetler
Subject matter relates to DVDs and computer Operating Systems.

*Interval Licensing LLC, v. AOL, Inc.,; Apple, Inc.; eBay, Inc.; Facebook, Inc.; Netflix,
Inc.; Office depot, Inc.; Officemax, Inc.; Staples, Inc.; Yahoo! Inc.; and Youtube, LLC.*
United States District Court for the Western District of Washington Case 2:10-cv-01385
Consultant for Interval Licensing LLC
Technology relates to user interfaces and data organization.

Interval Licensing LLC is represented by Michael F. Heim, Eric J. Enger, and Nathan J.
Davis of Heim, Payne & Chorush, L.L.P.
Subject matter relates to online search, advertising and data presentation.
Submitted declarations related to claim construction.  Deposed. Technology
relates to user interfaces and data organization.

*St. Clair Intellectual Property Consultants, Inc. v. Acer, Inc., Acer America Corporation,
Dell Inc., Gateway Companies, Inc., Gateway, Inc., Lenovo Group, Limited and Lenovo
(United States) Inc.*
United States District Court for the District of Delaware - 1:2009cv00354
Consultant for St. Clair Intellectual Property Consultants
St. Clair is represented by R. Terrance Rader, Charles W. Bradley, Glenn E. Forbis, and
Justin S. Cohen of Rader Fishman & Grauer PLLC
Subject matter relates to power management and graphics hardware.
Filed reports regarding validity and infringement and provided deposition testimony.

*ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., v. APPLE, INC. HIGH
TECH COMPUTER CORP., a/k/a HTC CORP., HTC (B.V.I.), HTC AMERICA, INC.,
EXEDEA, INC., RESEARCH IN MOTION LTD., and RESEARCH IN MOTION
CORPORATION*
United States District Court for the District of Delaware - 1:10-cv-00982-LPS
Consultant for St. Clair Intellectual Property Consultants
St. Clair is represented by R. Terrance Rader, Charles W. Bradley, Glenn E. Forbis, and
Justin S. Cohen of Rader Fishman & Grauer PLLC Filed a declaration.
Subject matter relates to cameras and messaging.

Red Chalk Group
Subject matter relates to patent analysis.

Siemens
Subject matter relates to patent analysis.

Phoenix Technologies
Subject matter relates to patent analysis.

2011

*TV Interactive Data Corporation v. Sony Corporation, Sony Computer Entertainment Inc, Sony Computer Entertainment America Inc, Sony Corporation of America, Sony Electronics Inc, Samsung Electronics Co Ltd, Samsung Electronics America Inc, Royal Philips Electronics NV, Philips Electronics North America Corporation, Toshiba Corporation, Toshiba America Inc., Toshiba America Consumer Products LLC, Panasonic Corporation, Panasonic Corporation of North America, Victor Company of Japan, LTD, JVC Americas Corp, LG Electronics Inc, LG Electronics USA Inc., Zenith Electronics LLC, Pioneer Corporation, Pioneer Electronics (USA) Inc., Sharp Corporation, Sharp Electronics Corporation, Funai Electric Co., Ltd., Funai Corporation, Inc., D&M Holdings Inc., D&M Holdings US Inc. and Denon Electronics (USA), LLC*
United States District Court for the Northern District of California
Case 5:2010cv00475
Consultant for defendant Funai
Defendants Funai Electric Co. Ltd. and Funai Corporation, Inc. are represented by Kevin W. Kirsch, David A. Mancino, John F. Bennett, Matthew P. Hayden, and Hayes F. Michel of Baker Hostetler
Subject matter relates to DVDs and computer Operating Systems.

*Interval Licensing LLC, v. AOL, Inc.,; Apple, Inc.; eBay, Inc.; Facebook, Inc.; Netflix, Inc.; Office depot, Inc.; Officemax, Inc.; Staples, Inc.; Yahoo! Inc.; and Youtube, LLC.*
United States District Court for the Western District of Washington Case 2:10-cv-01385
Consultant for Interval Licensing LLC
Interval Licensing LLC is represented by Michael F. Heim, Eric J. Enger, and Nathan J. Davis of Heim, Payne & Chorush, L.L.P.
Subject matter relates to online search, advertising and data presentation.

*St. Clair Intellectual Property Consultants, Inc. v. Acer, Inc., Acer America Corporation, Dell Inc., Gateway Companies, Inc., Gateway, Inc., Lenovo Group, Limited and Lenovo (United States) Inc.*
United States District Court for the District of Delaware - 1:2009cv00354
Consultant for St. Clair Intellectual Property Consultants
St. Clair is represented by R. Terrance Rader, Charles W. Bradley, Glenn E. Forbis, and Justin S. Cohen of Rader Fishman & Grauer PLLC Technology relates to power management.

*ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., v. APPLE, INC. HIGH TECH COMPUTER CORP., a/k/a HTC CORP., HTC (B.V.I.), HTC AMERICA, INC., EXEDEA, INC., RESEARCH IN MOTION LTD., and RESEARCH IN MOTION CORPORATION*

United States District Court for the District of Delaware - 1:10-cv-00982-LPS
Consultant for St. Clair Intellectual Property Consultants
St. Clair is represented by R. Terrance Rader, Charles W. Bradley, Glenn E. Forbis, and Justin S. Cohen of Rader Fishman & Grauer PLLC Filed a declaration.
Subject matter relates to power management and graphics hardware.

*Negotiated Data Solutions*

Consultant for Negotiated Data Solutions
Negotiated Data Solutions is represented by Susman, Godfrey LLP.  Subject matter relates to IO devices.

*Acqis LLC*

Declarations filed with USPTO in response to a series of reexamination requests.
Deposed in a related case (Texas Eastern District Court 6:2009cv00148) as a consequence of declarations.
Acqis LLC is represented by Cooley, Godward, Kronish LLP Subject matter relates to computer systems.

*FlashPoint Technology, Inc. v. Nokia Corp. of Finland, Nokia, Inc. of Irving, Texas, Research In Motion Ltd. of Canada, Research In Motion Corp. of Irving, Texas, HTC Corp. of Taiwan, HTC America, Inc. of Bellevue, Washington, LG Electronics of South Korea, LG Electronics U.S.A., Inc. of Englewood Cliffs, New Jersey, and LG Electronics MobileComm U.S.A., Inc. of San Diego, California*

US ITC Inv. No. 337-TA-726
Consultant for FlashPoint Technology, Inc.
FlashPoint Technology Inc. is represented by William D. Belanger, Gregory D. Len, and Frank Liu of Pepper Hamilton LLP.
Filed reports regarding validity and infringement and provided testimony both via deposition and in court.
Subject matter relates to camera systems.

*MicroUnity, Inc.v. Texas Instruments Inc., Qualcomm, Inc., Samsung Electronics Co LTD, Motorola, Inc., Nokia Corporation, Palm, Inc., Samsung TeleCommunications America, LLC, Acer, Inc., HTC Corporation, Google Inc., LG Electronics Inc, Apple, Inc., Cellco Partnership d/b/a Verizon Wireless, Sprint Nextel Corporation and AT&T*

2:2010cv00091
Consultant for MicroUnity, Inc.
Eastern District of Texas

MicroUnity, Inc., is represented by Heim, Payne, and Chorush LLP. Subject matter relates to graphics hardware and microarchitecture.

2010

*TV Interactive Data Corporation v. Sony Corporation, Sony Computer Entertainment Inc, Sony Computer Entertainment America Inc, Sony Corporation of America, Sony Electronics Inc, Samsung Electronics Co Ltd, Samsung Electronics America Inc, Royal Philips Electronics NV, Philips Electronics North America Corporation, Toshiba Corporation, Toshiba America Inc., Toshiba America Consumer Products LLC, Panasonic Corporation, Panasonic Corporation of North America, Victor Company of Japan, LTD, JVC Americas Corp, LG Electronics Inc, LG Electronics USA Inc., Zenith Electronics LLC, Pioneer Corporation, Pioneer Electronics (USA) Inc., Sharp Corporation, Sharp Electronics Corporation, Funai Electric Co., Ltd., Funai Corporation, Inc., D&M Holdings Inc., D&M Holdings US Inc. and Denon Electronics (USA), LLC*
United States District Court for the Northern District of California
Case 5:2010cv00475
Consultant for defendant Funai
Defendants Funai Electric Co. Ltd. and Funai Corporation, Inc. are represented by Kevin W. Kirsch, David A. Mancino, John F. Bennett, Matthew P. Hayden, and Hayes F. Michel of Baker Hostetler
Subject matter relates to DVDs and computer Operating Systems.

*Interval Licensing LLC, v. AOL, Inc.,; Apple, Inc.; eBay, Inc.; Facebook, Inc.; Netflix, Inc.; Office depot, Inc.; Officemax, Inc.; Staples, Inc.; Yahoo! Inc.; and Youtube, LLC.*
United States District Court for the Western District of Washington Case 2:10-cv-01385
Consultant for Interval Licensing LLC
Interval Licensing LLC is represented by Michael F. Heim, Eric J. Enger, and Nathan J. Davis of Heim, Payne & Chorush, L.L.P.
Subject matter relates to online search, advertising and data presentation.

*St. Clair Intellectual Property Consultants, Inc. v. Acer, Inc., Acer America Corporation, Dell Inc., Gateway Companies, Inc., Gateway, Inc., Lenovo Group, Limited and Lenovo (United States) Inc.*
United States District Court for the District of Delaware - 1:2009cv00354
Consultant for St. Clair Intellectual Property Consultants
St. Clair is represented by R. Terrance Rader, Charles W. Bradley, Glenn E. Forbis, and Justin S. Cohen of Rader Fishman & Grauer PLLC
Subject matter relates to power management and graphics hardware.

*Negotiated Data Solutions*
Consultant for Negotiated Data Solutions

Negotiated Data Solutions is represented by Susman, Godfrey LLP.  Subject matter relates to IO devices.

*Acqis LLC*
Declarations filed with USPTO in response to a series of reexamination requests. Deposed in a related case (Texas Eastern District Court 6:2009cv00148) as a consequence of declarations.
Acqis LLC is represented by Cooley, Godward, Kronish LLP Subject matter relates to computer systems.

*FlashPoint Technology, Inc. v. Nokia Corp. of Finland, Nokia, Inc. of Irving, Texas, Research In Motion Ltd. of Canada, Research In Motion Corp. of Irving, Texas, HTC Corp. of Taiwan, HTC America, Inc. of Bellevue, Washington, LG Electronics of South Korea, LG Electronics U.S.A., Inc. of Englewood Cliffs, New Jersey, and LG Electronics MobileComm U.S.A., Inc. of San Diego, California*
US ITC Inv. No. 337-TA-726
Consultant for FlashPoint Technology, Inc.
FlashPoint Technology Inc. is represented by William D. Belanger, Gregory D. Len, and Frank Liu of Pepper Hamilton LLP.
Subject matter relates to camera systems.
Filed reports regarding validity and infringement and provided testimony both via deposition and in court.

*MicroUnity, Inc.v. Texas Instruments Inc., Qualcomm, Inc., Samsung Electronics Co LTD, Motorola, Inc., Nokia Corporation, Palm, Inc., Samsung TeleCommunications America, LLC, Acer, Inc., HTC Corporation, Google Inc., LG Electronics Inc, Apple, Inc., Cellco Partnership d/b/a Verizon Wireless, Sprint Nextel Corporation and AT&T*
2:2010cv00091
Consultant for MicroUnity, Inc.
Eastern District of Texas
MicroUnity, Inc., is represented by Heim, Payne, and Chorush LLP. Subject matter relates to graphics hardware and microarchitecture.

*Saxon Innovations, LLC v. Apple, Inc., Gateway, Inc., Gateway Companies, Inc., Acer America Corp., Acer, Inc., Hewlett-Packard Co. and Dell, Inc*
Eastern District of Texas 6:2008cv00265
Consultant for Saxon Innovations, LLC
Representing Saxon Innovations, LLC, who was represented by Heim, Payne, and Chorush LLP.
Subject matter relates to multiprocessors systems and computer systems. Filed reports regarding validity and infringement and provided testimony both via deposition and in court.

*Joel M. Geddis and Shaun Legacy v. Microsoft Corporation, Toshiba Corporation, Freescale Semiconductor, Inc., Wolfson Microelectronics, Inc., Wolfson Microelectronics PLC*
Superior Court of Washington in and for King County 08-2-40731-4 SEA
Consultant for Toshiba Corporation
Toshiba Corporation is represented by Forsberg & Umlauf, P.S. Subject matter relates to portable audio devices.

<u>2009</u>

*Saxon Innovations, LLC v. LG Electronics Inc., LG Electronics USA Inc., LG Electronics Mobilecomm U.S.A., Inc., Samsung Electronics Co. Ltd, Samsung Electronics America Inc., Samsung Telecommunications America LLC, Palm Incorporated, Research in Motion Ltd, Research In Motion Corporation, Nintendo Co. Ltd, and Nintendo of America*
Eastern District of Texas 6:07-CV-490
Prepared expert report regarding invalidity on behalf of Saxon Innovations, LLC.
Saxon Innovations, LLC, was represented by Pepper Hamilton LLP.
Subject matter relates to multiprocessors systems and computer systems. Filed reports regarding validity and infringement and provided testimony both via deposition and in court.

*Saxon Innovations, LLC, v. Nokia Corp., Research In Motion Ltd., High Tech Computer Corp., Palm, Inc., Panasonic Corporation,* US
ITC 337-TA-667
Expert witness for Saxon Innovations, LLC.
Submitted reports, was deposed, and testified at trial regarding claim construction and invalidity.
Saxon Innovations, LLC was represented by William D. Belanger, Aaron J. Levangie, Gregory D. Len, and Charles H. Carpenter of Pepper Hamilton LLP.
Subject matter relates to multiprocessors systems and computer systems.

*Advanced Micro Devices, Inc. v. Samsung Electronics Co, Ltd.*
U.S. District Court for the Northern District of California 3:08-cv-00986-SI Consultant for Advanced Micro Devices, Inc. Reverse engineering efforts to support infringement contentions.
Advanced Micro Devices, Inc is represented by Robins, Kaplan, Miller and Ciresi LLP.
Subject matter relates to memory devices.

Intellectual Ventures
Subject matter relates to patent analysis.

<u>2005</u>

*Speedera Networks,Inc., v. Akamai Technologies,Inc.*

U.S. District Court for the Northern District of California 5:02-cv-03050-JW Consultant for Speedera Networks, Inc.
Reviewed depositions and provided review of computer security.
Speedera Networks, Inc. was represented by Jim Bowman of O'Melveny & Myers LLP.
Technology related to computer security.

*Research in Motion Limited et al. v. Inpro II Licensing SARL*
U.S. District Court for the Northern District of Texas 3:03-cv-02669-B Consultant for InPro II Licensing SARL . Provided patent analysis.
InPro II Licensing SARL was represented by Dechert. Technology related to IO devices.

*Digi International, Inc. v. Lantronix, Inc.,* 0:04-cv-01560-DWF-SRN U.S. District Court for the District of Minnesota
Consultant for Lantronix, Inc.  Prepared expert reports.
Lantronix, Inc. was represented by Stradling Yocca Carlson & Rauth. Technology related to IO devices.

2004

*Intergraph Hardware Technologies Company, Inc v. Hewlett-Packard*
U.S. District Court for the Eastern District of Texas *Company*6:04-cv-00214-LED
Expert for Intergraph Hardware Technologies Company, Inc.   Prepared expert reports and claim charts.
Intergraph represented by McDermott, Will and Emery LLP. Technology related to computer communications.

*Mentor Graphics*
Provided licensing support and IP valuation.
Technology related to emulation.

*Veterinary Imaging Centers, Inc. v. Sound Technologies, Inc., et al.,* 1:02-cv-00282-DCN
U.S. District Court for the Northern District of Ohio
Consultant for Sound Technologies, Inc.  Prepared expert reports. Technology related to computer communication.

*Interealty Corp. v. Superaltive, Inc., et al.,* 8:01-cv-00969-AHS-AN
U.S. District Court for the Central District of California
Consultant for Superlative,Inc. Matter involved software copyright. Prepared expert reports and was deposed.
Superlative, Inc. was represented by Edward F. O'Connor with the law firm of Levin & O'Connor.
Technology related to databases.

*All Computers, Inc. v. Intel Corporation,* 1:04-cv-00586-GBL-LO
U.S. District Court for the Eastern District of Virginia
Consultant for All Computers, Inc.  Filed numerous expert reports. Deposed by Ruffin Cordell of Fish & Richardson.
Plaintiff was represented by Edward F. O'Connor with the law firm of Levin & O'Connor.
Technology related to microprocessors.

2001

Ikos Systems, Inc. v. Axis Systems, Inc., 5:01-cv-21079-JW
U.S. District Court for the Northern District of California
Filed numerous expert reports. Deposed by Ikos Counsel. Presented tutorial to Judge Ware.  Deposed.
Axis Sytems, Inc. was represented by George Riley of O'Melveny and Myers
Technology related to emulation.

## Professional Activities

Member of ACM and IEEE
Program Chair 26'th International Symposium on Microarchitecture
General Chair 36'th International Symposium on Microarchitecture
Associate Editor of IEEE Transactions on Computers
Associate Editor of ACM Transactions on Embedded Computing Systems
Associate Editor of IEEE Computer
*Program Committees:* ISCA, MICRO, ISLPED, Network Processors Workshop, FPL, Complexity-Effective Design, RAW, Workshop on Mediaprocessors and DSP, FPT, INTERACT

### Publications

#### Journal

1.  W. H. Mangione-Smith, T.-P. Shih, S. G. Abraham, and E. S. Davidson, "Approaching a Machine-Application Bound in Delivered Performance on Scientific Codes," *Proceedings of the IEEE*, vol. 81, pp. 1166-1178, 1993.
2.  C. Chien, S. Nazareth, P. Lettieri, S. Molloy, B. Schoner, W. A. I. Boring, J. Chen, C. Deng, W. H. Mangione-Smith, and R. Jain, "An Integrated Testbed for Wireless Multimedia Computing," *Journal of VLSI Signal Processing*, vol. 13, pp. 105-24, 1996.
3.  K.-G. Chia, H. J. Kim, S. Lansing, W. H. Mangione-Smith, and J. Villasenor, "High Performance Automatic Target Recognition through Data-Specific VLSI," *IEEE Transactions on VLSI*, vol. 6, pp. 364-372, 1998.

4.  N. R. Shnidman, W. H. Mangione-Smith, and M. Potkonjak, "On-line Fault Detection for Bus-Based Field Programmable Gate Arrays," *IEEE Transactions on Very Large Scale Integration (VLSI) Systems*, vol. 6, pp. 656-66, 1998.

5.  J. Lach, W. H. Mangione-Smith, and M. Potkonjak, "Low Overhead Fault-Tolerant FPGA Systems," *IEEE Transactions on Very Large Scale Integration*, pp. 212-21, 1998.

6.  D. Kirovski, C. Lee, M. Potkonjak, and W. H. Mangione-Smith, "Application-Driven Synthesis of Memory-Intensive Systems-on-Chip," *IEEE Transactions on ComputerAided Design of Integrated Circuits and Systems*, vol. 18, pp. 1316-1326, 1999.  7.     W. H. Mangione-Smith, "Technical Challenges for Designing Personal Digital Assistants," *Design Automation for Embedded Systems*, vol. 4, pp. 23-39, 1999.

8.  D. Kirovski, J. Kin, and W. H. Mangione-Smith, "Procedure Based Program Compression," *International Journal of Parallel Programming*, vol. 27, pp. 457-475, 1999.

9.  J. Lach, W. H. Mangione-Smith, and M. Potkonjak, "Enhanced FPGA Reliability through Efficient Run-Time Fault Reconfiguration," *IEEE Transactions on Reliability*, vol. 49, pp. 296-304, 2000.

10. B. Kahng, J. Lach, W. H. Mangione-Smith, S. Mantik, I. L. Markov, M. Potkonjak, P. Tucker, H. Wang, and G. Wolfe, "Constraint-based Watermarking Techniques for Design IP Protection," *IEEE Transactions on Computer-Aided Design of Integrated Circuits and Systems*, vol. 20, pp. 1236-52, 2001.

11. Lach, W. H. Mangione-Smith, and M. Potkonjak, "Fingerprinting Techniques for FieldProgrammable Gate Array Intellectual Property Protection," *IEEE Transactions on*
    *Computer-Aided Design of Integrated Circuits and Systems*, vol. 20, pp. 1253-61, 2001.

12. C. Lee, J. Kin, M. Potkonjak, and W. H. Mangione-Smith, "Exploring Hypermedia Processor Design Space," *Journal of VLSI Signal Processing Systems for Signal, Image, and Video Technology*, vol. 27, pp. 171-186, 2001.

13. J. Kin, C. Lee, W. H. Mangione-Smith, and M. Potkonjak, "Exploring the Diversity of Multimedia Systems," *IEEE Transactions on VLSI Systems*, vol. 9, pp. 474-485, 2001.

14. J. Kin, M. Gupta, and W. H. Mangione-Smith, "Filtering Memory References to Increase Energy Efficiency," *IEEE Transactions on Computers*, vol. 49, pp. 1-15, 2002.

15. G. Memik and W. H. Mangione-Smith, "Precise Instruction Scheduling", *To Appear in the Journal of Instruction-Level Parallelism*, 2005.

**Conference**

1.  T. Conte and W. Mangione-Smith, "Determining Cost-Effective Multiple Issue Processor Designs," presented at International Conference on Computer Design, 1993.

2.  W. H. Mangione-Smith, S. G. Abraham, and E. S. Davidson, "The Effects of Memory Latency and Fine-Grain Parallelism on Astronautics ZS-1 Performance," presented at Twenty-Third Hawaii International Conference on System Sciences, 1990.

3. W. H. Mangione-Smith, S. G. Abraham, and E. S. Davidson, "Architectural vs. Delivered Performance of the IBM RS/6000 and the Astronautics ZS-1," presented at Twenty-Fourth Hawaii International Conference on System Sciences, 1991.

4. W. H. Mangione-Smith, S. G. Abraham, and E. S. Davidson, "Vector Register Design for Polycyclic Vector Scheduling," presented at Fourth Conference on Architectural Support for Programming Languages and Operating Systems, 1991.

5. W. Mangione-Smith, S. G. Abraham, and E. S. Davidson, "Register Requirements of Pipelined Processors," presented at International Conference on Supercomputing, 1992.

6. W. H. Mangione-Smith and B. Hutchings, "Configurable Computing: The Road Ahead," presented at Reconfigurable Architectures Workshop, Geneva, 1997.

7. J. Kin, C. Lee, W. H. Mangione-Smith, and M. Potkonjak, "Hypermedia Processors: Design Space Exploration," presented at Multi-Media Signal Processing Conference, 1998.

8. J. Lach, W. H. Mangione-Smith, and M. Potkonjak, "Fingerprinting Digital Circuits on Programmable Hardware," presented at Second International Workshop on Information Hiding, 1998.

9. J. Lach, W. H. Mangione-Smith, and M. Potkonjak, "Signature Hiding Techniques for FPGA Intellectual Property Protection," presented at IEEE/ACM International Conference on Computer-Aided Design, 1998.

10. J. Lach, W. H. Mangione-Smith, and M. Potkonjak, "FPGA Fingerprinting Techniques for Protecting Intellectual Property," presented at Custom Integrated Circuits Conference, 1998.

11. J. Lach, W. H. Mangione-Smith, and M. Potkonjak, "Efficiently Supporting FaultTolerance in FPGAs," presented at International Symposium on Field Programmable Gate Arrays, 1998.

12. W. Mangione-Smith, "Configurable Computing: Concepts and Issues," presented at Thirtieth Hawaii International Conference on System Sciences, 1997.

13. J. Villasenor, B. Schoner, C. Kang-Ngee, C. Zapata, K. Hea Joung, C. Jones, S. Lansing, and B. Mangione-Smith, "Configurable Computing Solutions for Automatic Target Recognition," presented at FPGAs for Custom Computing Machines, 1996.

14. B. Mangione-Smith, "Low Power Communications Protocols: Paging and Beyond," presented at IEEE Symposium on Low Power Electronics, 1995.

15. H. J. Kim, W. H. Mangione-Smith, and M. Potkonjak, "Protecting Ownership Rights of a Lossless Image Coder through Hierarchical Watermarking," presented at IEEE Workshop on Signal Processing Systems, 1998.

16. B. Kahng, J. Lach, W. H. Mangione-Smith, S. Mantik, I. L. Markov, M. Potkonjak, P. Tucker, H. Wang, and G. Wolfe, "Watermarking Techniques for Intellectual Property Protection," presented at Design and Automation Conference, 1998.

17. Rashid, J. Leonard, and W. H. Mangione-Smith, "Dynamic Circuit Generation for Solving Specific Problem Instances of Boolean Satisfiability," presented at FPGAs for Custom Computing Machines, 1998.

18. D. Kirovski, C. Lee, M. Potkonjak, and W. Mangione-Smith, "Synthesis of Power Efficient Systems-on-Silicon," presented at Asia and South Pacific Design Automation Conference, 1998.

19. J. Leonard and W. H. Mangione-Smith, "A Case Study of Partially Evaluated Hardware Circuits: Key-Specific DES," presented at Field-Programmable Logic and Applications, 1997.

20. N. R. Shnidman, W. H. Mangione-Smith, and M. Potkonjak, "Fault Scanner for Reconfigurable Logic," presented at Advanced Research in VLSI, 1997.

21. J. Kin, M. Gupta, and W. H. Mangione-Smith, "The Filter Cache: an Energy Efficient Memory Structure," presented at International Symposium on Microarchitecture, 1997.

22. D. Kirovski, J. Kin, and W. H. Mangione-Smith, "Procedure Based Program Compression," presented at International Symposium on Microarchitecture, 1997.

23. D. Kirovski, C. Lee, M. Potkonjak, and W. H. Mangione-Smith, "Application-Driven Synthesis of Core-Based Systems," presented at International Conference on Computer Aided Design, 1997.

24. Mangione-Smith, P. S. Ghang, S. Nazareth, P. Lettieri, W. Boring, and R. Jain, "A Low Power Architecture for Wireless Multimedia Systems: Lessons Learned from Building a Power Hog," presented at International Symposium on Low Power Electronics and Design, 1996.

25. Lee, J. Kin, M. Potkonjak, and W. H. Mangione-Smith, "Media Architecture: General Purpose vs. Multiple Application-Specific Programmable Processor," presented at Design Automation Conference, 1998.

26. Lee, M. Potkonjak, and W. H. Mangione-Smith, "MediaBench: a Tool for Evaluating and Synthesizing Multimedia and Communications Systems," presented at International Symposium on Microarchitecture, 1997.

27. Rashid, J. Asher, W. H. Mangione-Smith, and M. Potkonjak, "Hierarchical Watermarking for Protection of DSP Filter Cores," presented at IEEE 1999 Custom Integrated Circuits Conference, San Diego, CA USA, 1999.

28. H. Zou, H. J. Kim, S. Kim, B. Daneshrad, R. Wesel, and W. H. Mangione-Smith, "Equalized GMSK, Equalized QPSK, and COFDM, a Comparative Study for High Speed Wireless Indoor Data Communications," presented at International Vehicular Technology Conference, Houston, TX USA, 1999.

29. J. Kin, C. Lee, W. H. Mangione-Smith, and M. Potkonjak, "Power Efficient Mediaprocessors: Design Space Exploration," presented at Design Automation Conference, New Orleans, LA USA, 1999.

30. J. Lach, W. H. Mangione-Smith, and M. Potkonjak, "Robust FPGA Intellectual Property Protection through Multiple Small Watermarks," presented at Design Automation Conference, 1999.

31. J. Lach, W. H. Mangione-Smith, and M. Potkonjak, "Efficient Error Detection, Localization and Correction for FPGA-based Debugging," presented at Design Automation Conference, 2000.

32. J. Lach, W. H. Mangione-Smith, and M. Potkonjak, "Algorithms for Efficient Runtime Fault Recovery on Diverse FPGA Architectures," presented at IEEE International Symposium on Defect and Fault Tolerance in VLSI Systems, 1999.

33. Lee, J. Kin, M. Potkonjak, and W. Mangione-Smith, "Designing Power Efficient Hypermedia Processors," presented at International Symposium on Low Power Electronics and Design, 1999.

34. J. Lach, W. H. Mangione-Smith, and W. Potkonjak, "Enhanced Intellectual Property Protection for Digital Circuits on Programmable Hardware," presented at International Workshop on Information Hiding, 1999.

35. J. Lach, W. H. Mangione-Smith, and M. Potkonjak, "Runtime Logic and Interconnect Fault Recovery on Diverse FPGA Architectures," presented at Military and Aerospace Applications of Programmable Devices and Technologies, 1999.

36. Benyamin and W. Mangione-Smith, "Functional Unit Specialization through Code Analysis," presented at International Conference on Computer Aided Design, 1999.

37. J. Kin, C. Lee, W. H. Mangione-Smith, and M. Potkonjak, "A Technique for QoSBased System Partitioning," presented at ASP-DAC, 2000.

38. S. Brown, C. Lee, and W. H. Mangione-Smith, "Offline Program Re-Mapping to Improve Branch Prediction Efficiency in Embedded Systems," presented at ASP-DAC, 2000.

39. H. Kim and W. Mangione-Smith, "Factoring Large Numbers with Programmable Hardware," presented at International Symposium on Field Programmable Gate Arrays, 2000.

40. G. Memik, W. Hu, and W. Mangione-Smith, "NetBench: A Benchmarking Suite for Network Processor," presented at Computer Aided Design, 2001.

41. G. Memik, S. Memik, and W. Mangione-Smith, "Design and Analysis of a Layer Seven Network Processor Accelerator Using Reconfigurable Logic," presented at IEEE Symposium on FPGAs for Custom Computing Machines, 2002.

42. G. Memik and W. Mangione-Smith, "A Flexible Accelerator for Layer 7 Networking Applications," presented at Design Automation Conference, 2002.

43. Y. Cho, S. Navab, and W. Mangione-Smith, "Specialized Hardware for Deep Network Packet Filtering," presented at International Conference on Field Programmable Logic and Application, 2002.

44. G. Memik and W. Mangione-Smith, "Improving Power Efficiency of Multi-Core Network Processors Through Data Filtering," presented at International Conference on Compilers, Architecture and Synthesis for Embedded Systems, 2002.

45. G. Memik, G. Reinman, and W. Mangione-Smith, "Just Say No: Benefits of Early Cache Miss Determination," presented at International Symposium on High Performance Computer Architecture, 2002.

46. G. Memik and W. Mangione-Smith, "NEPAL: A Framework for Efficiently Structuring Applications for Network Processors," presented at NP-2: The Second Workshop on Network Processors, Anaheim, CA, 2003.

47. G. Memik, G. Reinman, and W. H. Mangione-Smith, "Reducing Energy and Delay Using Efficient Victim Caches," presented at International Symposium on Low Power Electronics and Design, Seoul, Korea, 2003.

48. Young Cho and William H. Mangione-Smith, "Programmable Hardware for Deep Packet Filtering on a Large Signature Set." First Watson Conference on Interaction between Architecture, Circuits, and Compilers (P=ac 2 ), Yorktown, NY, Oct. 6-8, 2004

49. Young Cho and William H. Mangione-Smith, "Deep Packet Filter with Dedicated Logic and Read-Only-Memories." IEEE Symposium on Field-Programmable Custom Computing Machines (FCCM), Napa Valley / CA, April 2004.

**Book Chapters**

1. W. H. Mangione-Smith, "Register Requirements for High Performance Code Scheduling," in *The Interaction of Compiler Technology and Computer Architecture*, D. Lilja and P. Bird, Eds.: Kluwer Academic Press, 1994, pp. 51-84.
2. W. H. Mangione-Smith, "Performance Bounds for Rapid Computer System Evaluation," in *Fast Simulation of Computer Architectures*, T. Conte and C. Gimarc, Eds.: Kluwer Academic Press, 1995.
3. G. Memik and W. H. Mangione-Smith, "NEPAL: A Framework for Efficiently Structuring Applications for Network Processors," in *Network Processor Design: Issues and Practices*, vol. 2, P. Crowley, M. A. Franklin, H. Hadimioglu, and P. Z. Onufryk, Eds.: Morgan Kaufman, 2003.

**Magazine Articles**

1. W. H. Mangione-Smith, S. G. Abraham, and E. S. Davidson, "A Performance Comparison of the IBM RS/6000 and the Astronautics ZS-1," in *IEEE Computer*, vol. 24, 1991.
2. W. H. Mangione-Smith, B. Hutchings, D. Andrews, A. DeHon, C. Ebeling, R. Hartenstein, O. Mencer, J. Morris, K. Palem, V. K. Prasanna, and H. A. E. Spaanenburg, "Seeking Solutions in Configurable Computing," in *IEEE Computer*, vol. 30, 1997, pp. 38-43.
3. W. H. Mangione-Smith, "Application Design for Configurable Computing," in *IEEE Computer*, vol. 30, 1997, pp. 115-17.
4. J. Villasenor and W. H. Mangione-Smith, "Configurable Computing," in *Scientific American*, vol. 276, 1997, pp. 54-9.
5. W. H. Mangione-Smith, "Mobile Computing and Smart Spaces," in *IEEE Concurrency*, vol. 6, 1998, pp. 5-7.
6. W. H. Mangione-Smith, "'Beauty Depends on Size'-Aristotle," in *IEEE Concurrency*, vol. 6, 1998, pp. 8-10.