**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., | ) |
|       Plaintiff, | ) ) ) |
| vs. | ) ) Civil Action No. 2:21-CV-463-JRG ) |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., | ) JURY TRIAL DEMANDED ) ) ) ) |
|       Defendants. | ) ) |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST INC.'S OPPOSITION TO DEFENDANTS' MOTION TO SEVER AND STAY PATENTS AT ISSUE IN DELAWARE (ECF NO. 26)**

- 1 -

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Opposition to Defendants' Motion to Sever and Stay Patents at Issue in Delaware (ECF No. 26). I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a true and correct copy of the Court's Order re: Motions for Summary Judgment and Related Applications from *Netlist Inc. v. Samsung Elecs. Co., Ltd.*, Case No. 8:20-cv-993-MCS (C.D. Cal. Oct. 14, 2021).

3. Attached as **Exhibit 2** is a true and correct copy of a document titled "ONESTOP REPORT Samsung Austin Semiconductor, L.L.C."

4. Attached as **Exhibit 3** is a true and correct copy of Netlist's Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. 24) and Netlist's Opening Brief in Support of Netlist's Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. 25) in *Samsung Elec. Co. v. Netlist, Inc.,* No. 1:21-cv-01453-RGA (D. Del.) ("Delaware Action").

5. Attached as **Exhibit 4** is a true and correct copy of Netlist's Answering Brief in Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint in the Delaware Action, Dkt. 21.

6. Attached as **Exhibit 5** is a true and correct copy of a print-out of the webpage https://www.tomshardware.com/features/ddr5-vs-ddr4-is-it-time-to-upgrade-your-ram (retrieved June 16, 2022).

7. Attached as **Exhibit 6** is a true and correct copy of a print-out of the webpage https://www.jedec.org/category/technology-focus-area/main-memory-ddr3-ddr4-sdram (retrieved June 16, 2022).

8. Attached as **Exhibit 7** is a true and correct copy of U.S. Patent No. 10,949,339.

9. Attached as **Exhibit 8** is a true and correct copy of U.S. Patent No. 10,860,506.

10. Attached as **Exhibit 9** is a true and correct copy of the *inter partes* reexamination certificate for U.S. Patent No. 7,619,912.

11. Attached as **Exhibit 10** is a true and correct copy of U.S. Patent No. 10,474,595.

12. Attached as **Exhibit 11** is a true and correct copy of U.S. Patent No. 9,858,218.

13. Attached as **Exhibit 12** is a true and correct copy U.S. Patent No. 10,217,523.

14. Attached as **Exhibit 13** is a true and correct copy of Samsung's Initial and Additional Disclosures served on Netlist in this Action on June 8, 2022.

15. Attached as **Exhibit 14** is a true and correct copy of the Declaration of Mr. Junseon Yoon submitted by Samsung Electronics Co., Ltd. and Samsung Semiconductor Inc. in the Delaware Action, Dkt. 23.

16. Attached as **Exhibit 15** is a true and correct copy of an excerpt from the JEDEC Manual of Organization and Procedure, JM21T.

17. Attached as **Exhibit 16** is a true and correct copy of a report generated by Docket Navigator on June 15, 2022, available at https://search.docketnavigator.com/patent/judge/1625/2.

18. Attached as **Exhibit 17** are true and correct copies of print-outs of LinkedIn Profiles for witnesses identified in Netlist's Initial and Additional Disclosures.

19. Attached as **Exhibit 18** is a true and correct copy of U.S. Patent No. 11,016,918.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 17, 2022 in Los Angeles, California.

By */s/ Jason G. Sheasby*

Jason G. Sheasby