**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD., § <br> SAMSUNG ELECTRONICS AMERICA, § <br> INC., SAMSUNG SEMICONDUCTOR, § <br> INC., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:21-CV-00463-JRG |

## ORDER

Before the Court is Plaintiff Netlist, Inc.'s ("Netlist") Unopposed Motion to Extend Briefing Deadlines in Connection with Defendants' Motion to Stay Pending *Inter Partes* Review and Ninth Circuit Appeal (the "Motion"). (Dkt. No. 79.) In the Motion, Netlist moves to extend the deadline for Netlist to file an opposition to Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.'s ("Defendants") Motion to Stay Pending *Inter Partes* Review and Ninth Circuit Appeal (the "Motion to Stay") by seven (7) days up to and including October 5, 2022.

Netlist represents that the proposed extension will not affect any other case deadlines and is not sought for the purpose of delay. Netlist informs the Court that Netlist's counsel has conferred with Defendants' counsel (Dkt. No. 79 at 2), and the Motion is unopposed.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Netlist's deadline to file an opposition to Defendants' Motion to Stay is **extended** up to and including **October 5, 2022**.

**So ORDERED and SIGNED this 14th day of September, 2022.**

                                                    _____
                                                    RODNEY GILSTRAP
                                                    UNITED STATES DISTRICT JUDGE