**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC. §<br>  *Plaintiff,* §<br> §<br> §<br>v. §<br> §<br> §<br>SAMSUNG ELECTRONICS CO., LTD. §<br>ET AL, §<br>  *Defendants.* § | Case No.: 2:21-cv-00463-JRG |

## ORDER

It is **ORDERED** that Michael Paul be appointed as the Courts' technical advisor in the above-captioned case, with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. Mr. Paul's contact information is as follows:

>   Michael D. Paul
>   Michael D. Paul, PLLC
>   26110 High Timber Pass St.
>   San Antonio, TX 78260-8041
>   Phone: (210) 473-8696
>   Email: mdeanpaul@gmail.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials in PDF form to mdeanpaul@gmail.com. If the document was filed with the Court, the copy must include the CM/ECF header. For claim construction materials that have already been filed, the filing party is **ORDERED** to provide copies to Mr. Paul within two business days. Otherwise, the filing party is **ORDERED** to provide copies to Mr. Paul no later than one business day after filing future claim construction material.

**SIGNED this 19th day of September, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE