# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 2:21-CV-463-JRG |
| vs. | ) |
| | ) **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD., | ) |
| SAMSUNG ELECTRONICS AMERICA, | ) |
| INC., SAMSUNG SEMICONDUCTOR, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT CLAIM CONSTRUCTION CHART PURSUANT TO P.R. 4-5(d)

Pursuant to P.R. 4-5(d) and the Court's Docket Control Order (Dkt. 34), Plaintiff Netlist, Inc. ("Netlist") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively "Samsung") submit this Joint Claim Construction Chart. The exhibits to this pleading contain Netlist's and Samsung's proposed constructions for disputed terms and agreed-to terms for the patents-in-suit as follows:

- Exhibit A1: U.S. Pat. No 11,016,918 (the "'918 patent") and U.S. Pat. No 11,232,054 (the "'054 patent");

- Exhibit A2: U.S. Pat. No 8,787,060 (the "'060 patent") and U.S. Pat. No 9,318,160 (the "'160 patent");

- Exhibit A3: U.S. Pat. No 10,860,506 (the "'506 patent"); and

- Exhibit A4: U.S. Pat. No 10,949,339 (the "'339 patent").

The parties note that since the filing of the P.R. 4-3 Joint Claim Construction Statement (Dkt. 70), Samsung has agreed to withdraw claim 7 of the '060 patent from construction.

Dated: September 30, 2022                              Respectfully submitted,

/s/ *Sam Baxter*                                                      /s/ *Tony Nguyen*

| | |
|---|---|
| Samuel F. Baxter | Ruffin B. Cordell |
| Texas State Bar No. 01938000 | TX Bar No. 04820550 |
| sbaxter@mckoolsmith.com | cordell@fr.com |
| Jennifer L. Truelove | Michael J. McKeon |
| Texas State Bar No. 24012906 | DC Bar No. 459780 |
| jtruelove@mckoolsmith.com | mckeon@fr.com |
| **MCKOOL SMITH, P.C.** | Lauren A. Degnan |
| 104 East Houston Street Suite 300 | DC Bar No. 452421 |
| Marshall, TX 75670 | lad@fr.com |
| Telephone: (903) 923-9000 | Daniel A. Tishman |
| Facsimile: (903) 923-9099 | DC Bar No. 459780 |
| | tishman@fr.com |
| Jason G. Sheasby (*pro hac vice*) | Matthew P. Mosteller |
| jsheasby@irell.com | CA Bar No. 324808 |
| Annita Zhong, PhD (*pro hac vice*) | mosteller@fr.com |
| hzhong@irell.com | **FISH & RICHARDSON P.C.** |
| Thomas C. Werner (*pro hac vice*) | 1000 Maine Avenue, SW |
| twerner@irell.com | Washington, DC 20024 |
| Yanan Zhao (*pro hac vice*) | Telephone: (202) 783-5070 |
| yzhao@irell.com | Facsimile: (202) 783-2331 |
| Michael W. Tezyan (*pro hac vice*) | |
| mtezyan@irell.com | Katherine Reardon |
| **IRELL & MANELLA LLP** | NY Bar No. 5196910 |
| 1800 Avenue of the Stars, Suite 900 | kreardon@fr.com |
| Los Angeles, CA 90067 | **FISH & RICHARDSON P.C.** |
| Tel. (310) 277-1010 | 1180 Peachtree St., NE, 21st Floor |
| Fax (310) 203-7199 | Atlanta, GA 30309 |
| | Telephone: (404) 892-5005 |
| ***Attorneys for Plaintiff Netlist, Inc.*** | Facsimile:  (404) 892-5002 |
| | |
| | Francis J. Albert |
| | CA Bar No. 247741 |
| | albert@fr.com |
| | **FISH & RICHARDSON P.C.** |
| | 12860 El Camino Real, Ste. 400 |
| | San Diego, CA  92130 |

Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Tony Nguyen
TX Bar No. 24083565
nguyen@fr.com
**FISH & RICHARDSON P.C.**
1221 McKinney Street, Ste. 2800
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile:  (713) 652-0109

Thomas H. Reger II
TX Bar No. 24032992
reger@fr.com
Matthew Colvin
TX Bar No. 24087331
colvin@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Melissa Richards Smith
melissa@gillamsmith.com
**GILLAM & SMITH, LLP**
303 South Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

***Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.***

- 4 -

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 30, 2022 a copy of the foregoing was served to all counsel of record.

*/s/ Sam Baxter*
Sam Baxter