# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:21-CV-463-JRG |
| | ) |
| SAMSUNG ELECTRONICS CO., LTD., | ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS AMERICA, | ) |
| INC., SAMSUNG SEMICONDUCTOR, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

## UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff Netlist, Inc. ("Netlist") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively "Samsung") (collectively "the Parties") respectfully file this Joint Motion to Amend the Docket Control Order.

The Parties respectfully request that the Court Amend the deadlines as proposed below:

| Original Deadline | Proposed Deadline | Event |
|---|---|---|
| January 30, 2023 | February 3, 2023 | Deadline to Complete Expert Discovery as to Samsung's Non-Infringement Expert in connection with U.S. Patent Nos. 8,787,060 and 9,318,160; Samsung's Damages-Related Experts; Netlist's Expert(s) in connection with U.S. Patent Nos. 8,787,060 and 9,318,160; and Netlist's Damages-Related Experts. |
| January 17, 2023 | January 27, 2023 | Deadline to Serve Non-Infringement and Validity Disclosures for Rebuttal Witnesses in connection with U.S. Patent Nos. 8,787,060 and 9,318,160<br><br>Deadline for Samsung to Serve Damages Expert Disclosures |

| | | |
|---|---|---|
| December 22, 2022 | December 27, 2022 | Deadline to Serve Infringement and Invalidity Disclosures for Expert Witnesses in connection with U.S. Patent No. 8,787,060 and 9,318,160<br><br>Deadline for Netlist to Serve Damages Expert Disclosures |

The parties agree to and seek this limited extension of time for certain expert discovery in light of an expert witness's medical emergency. None of the deadlines the parties seek to amend require good cause per the Court's Docket Control Order. No other Amendments to the Docket Control Order are requested at this time. A proposed order is attached.

Dated: December 20, 2022              Respectfully submitted,

                                     */s/ Samuel F. Baxter*

                                     Jason Sheasby (*pro hac vice*)
                                     jsheasby@irell.com
                                     H. Annita Zhong, PhD (*pro hac vice*)
                                     jsheasby@irell.com
                                     **IRELL & MANELLA LLP**
                                     1800 Avenue of the Stars, Suite 900
                                     Los Angeles, CA 90067
                                     Tel. (310) 277-1010
                                     Fax (310) 203-7199

                                     Samuel F. Baxter
                                     Texas State Bar No. 01938000
                                     sbaxter@mckoolsmith.com
                                     Jennifer L. Truelove
                                     Texas State Bar No. 24012906
                                     jtruelove@mckoolsmith.com
                                     **MCKOOL SMITH, P.C.**
                                     104 East Houston Street Suite 300
                                     Marshall, TX 75670
                                     Telephone: (903) 923-9000
                                     Facsimile: (903) 923-9099

*Attorneys for Plaintiff Netlist, Inc.*

*/s/ Katherine Reardon*

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Katherine Reardon
NY Bar No. 5196910
kreardon@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St., NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile:  (404) 892-5002

Francis J. Albert
CA Bar No. 247741
albert@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Tony Nguyen
TX Bar No. 24083565
nguyen@fr.com
**FISH & RICHARDSON P.C.**
1221 McKinney Street, Ste. 2800
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile:  (713) 652-0109

Melissa Richards Smith
melissa@gillamsmith.com
**GILLAM & SMITH, LLP**

303 South Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel have complied with the meet and confer requirement in Local Rule CV-7(h) and this Court's Orders and that all parties join in this motion.

/s/ *Jennifer Truelove*
Jennifer Truelove

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on December 20, 2022 on all counsel who have consented to electronic service.

/s/ *Jennifer Truelove*
Jennifer Truelove