UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG SEMICONDUCTOR, INC.,<br><br>Defendants. | Civil Case No. 2:21cv463-JRG<br><br>**JURY TRIAL DEMANDED** |

### JOINT MOTION TO AMEND THE BRIEFING SCHEDULE REGARDING PLAINTIFF NETLIST'S OPPOSED MOTION FOR LEAVE TO AMEND ITS PRELIMINARY INFRINGEMENT CONTENTIONS

Defendants Samsung Electronics Co., LTD., Samsung Electronics America, Inc. and Samsung Semiconductor, Inc. (collectively "Samsung") and Plaintiff Netlist, Inc. ("Netlist") (collectively "the Parties") respectfully file this Joint Motion to Amend the Briefing Schedule Regarding Plaintiff Netlist's Opposed Motion for Leave to Amend its Preliminary Infringement Contentions (Dkt. No. 113).

The Parties respectfully request that the Court Amend the deadlines as proposed below:

| **Original deadline** | **Proposed deadline** | **Event** |
|---|---|---|
| December 29, 2022 | January 5, 2023 | Deadline for Samsung's response in opposition to Netlist's Motion to Amend its Infringement Contentions |
| January 5, 2023 | January 12, 2023 | Deadline for Netlist's reply to Samsung's opposition of Netlist's Motion to Amend its Infringement Contentions |

1

The parties understand that the Deadlines that they request the Court amend require a showing of good cause.  Specifically, the parties request that the deadline to file Samsung's response in opposition to Netlist's motion and Netlist's reply to Samsung's opposition be moved to accommodate attorney schedules during the holidays.  The parties request the deadlines to file Samsung's response be moved from December 29, 2022 to January 5, 2023.  The parties request that the deadline for Netlist's reply brief be moved from January 5, 2023 to January 12, 2023.

Date: December 23, 2022    Respectfully submitted,

/s/ Katherine H. Reardon
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
D.C. Bar No. 452421
LAD@fr.com
Daniel A. Tishman
D.C. Bar No. 1013923
tishman@fr.com
Matthew Mosteller
CA Bar No. 324808
mosteller@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Katherine Reardon
NY Bar No. 5196910
kreardon@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St., NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile:  (404) 892-5002

Francis J. Albert
CA Bar No. 247741
albert@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Tony Nguyen
TX Bar No. 24083565
nguyen@fr.com
FISH & RICHARDSON P.C.
1221 McKinney Street, Ste. 2800
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Matthew Colvin
Texas Bar No. 24087331
colvin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Karolina Jesien
New York Bar No. KJ7292
FISH & RICHARDSON P.C.
Times Square Tower
20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Alice J. Ahn
CA 271399 / DC 1004350
aahn@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Ste. 5400
San Francisco, CA 94105
Telephone:  (415) 591-7091
Facsimile:   (415) 591-6091

Brian R. Nester
D.C. Bar No. 460225
bnester@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202)-662-6000

*Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc., Samsung Semiconductor, Inc. and Samsung Austin Semiconductor, LLC*

| | |
|---|---|
| Dated: December 23, 2022 | */s/ Michael Tezyan* |

        Samuel F. Baxter
        Texas State Bar No. 01938000
        sbaxter@mckoolsmith.com
        Jennifer L. Truelove
        Texas State Bar No. 24012906
        jtruelove@mckoolsmith.com
        MCKOOL SMITH, P.C.
        104 East Houston Street Suite 300
        Marshall, TX 75670
        Telephone: (903) 923-9000
        Facsimile: (903) 923-9099

        Jason Sheasby (*pro hac vice*)
        jsheasby@irell.com
        Annita Zhong, PhD (*pro hac vice*)
        hzhong@irell.com
        Thomas C. Werner (*pro hac vice*)
        twerner@irell.com
        Andrew Strabone (*pro hac vice*)
        astrabone@irell.com
        Yanan Zhao (*pro hac vice*)
        yzhao@irell.com
        Michael W. Tezyan (*pro hac vice*)
        mtezyan@irell.com
        IRELL & MANELLA LLP
        1800 Avenue of the Stars, Suite 900
        Los Angeles, CA 90067
        Tel. (310) 277-1010
        Fax (310) 203-7199

        Rebecca Carson (*pro hac vice*)
        rcarson@irell.com
        IRELL & MANELLA LLP
        840 Newport Center Drive, Suite 400
        Newport Beach, CA 92660

        *Attorneys for Plaintiff Netlist, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on December 23, 2022.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

/s/ Katherine H. Reardon

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules CV-7(h) and (i), counsel for the parties met and conferred via email regarding the issues raised in this joint motion.

/s/ Katherine H. Reardon