UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC._____Plaintiff,_____v.____SAMSUNG ELECTRONICS CO., LTD.,_SAMSUNG ELECTRONICS AMERICA, INC._and SAMSUNG SEMICONDUCTOR, INC.,_____Defendants. | Civil Case No. 2:21cv463-JRG___**JURY TRIAL DEMANDED** |

### ORDER GRANTING THE PARTIES' JOINT MOTION TO AMEND THE BRIEFING SCHEDULE REGARDING PLAINTIFF NETLIST'S OPPOSED MOTION FOR LEAVE TO AMEND ITS PRELIMINARY INFRINGEMENT CONTENTIONS

Before the Court is the Parties' Joint Motion to Amend the Briefing Schedule Regarding Plaintiff Netlist's Opposed Motion for Leave to Amend its Preliminary Infringement Contentions (Dkt. No. 113).

Having considered the motion, and for good cause shown, the motion is hereby GRANTED.

| Original deadline | Proposed deadline | Event |
|---|---|---|
| December 29, 2022 | January 5, 2023 | Deadline for Samsung's response in opposition to Netlist's Motion to Amend its Infringement Contentions |
| January 5, 2023 | January 12, 2023 | Deadline for Netlist's reply to Samsung's opposition of Netlist's Motion to Amend its Infringement Contentions |

IT IS SO ORDERED.