# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00463-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., SAMSUNG SEMICONDUCTOR, | § | |
| INC., | § | |
| | § | |
| *Defendants*. | § | |

## **ORDER**

Before the Court is the Joint Motion for Leave to Take Depositions Out of Time (the "Motion") filed by Plaintiff Netlist, Inc. ("Netlist") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. ("Defendants"). (Dkt. No. 116.) In the Motion, the parties jointly request leave to take depositions of certain fact witnesses after the December 22, 2022 deadline to complete fact discovery set in the Court's Scheduling Order.

Samsung requests leave to take the deposition of Mr. Khaled Shami and represents that the parties are cooperating to find a mutually agreeable deposition date in the week of January 2. (*Id.* at ¶ 2.) Netlist requests leave to take the deposition of Mr. Vasilios Karabatsos on December 23, 2022. (*Id.* at ¶ 3.)

Having considered the Motion, and in light of its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the parties have leave to take the depositions of the two fact witnesses at the times specified in the Motion.

**So ORDERED and SIGNED this 23rd day of December, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE