# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 2:21-CV-463-JRG |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS AMERICA, ) | |
| INC., SAMSUNG SEMICONDUCTOR, ) | |
| INC., ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

Before this Court is Plaintiff Netlist, Inc.'s ("Netlist") Unopposed Motion to Amend Docket Control Order (the "Motion"). (Dkt. No. 117.) Having considered the Motion, the Court find that it should be and hereby is **GRANTED**. Accordingly, the deadlines in the above-captioned cases are amended as follows:

| Previous Deadline | Proposed Deadline | Event |
|---|---|---|
| January 30, 2023 | February 3, 2023 | Deadline to Complete Expert Discovery as to Samsung's Non-Infringement Expert in connection with U.S. Patent Nos. 8,787,060 and 9,318,160; Samsung's Damages-Related Experts; Netlist's Expert(s) in connection with U.S. Patent Nos. 8,787,060 and 9,318,160; and Netlist's Damages-Related Experts. |
| January 17, 2023 | January 27, 2023 | Deadline to Serve Non-Infringement and Validity Disclosures for Rebuttal Witnesses in connection with U.S. Patent Nos. 8,787,060 and 9,318,160. Deadline for Samsung to Serve Damages Expert Disclosures. |

- 2 -

| December 22, 2022 | December 27, 2022 | Deadline to Serve Infringement and Invalidity Disclosures for Expert Witnesses in connection with U.S. Patent Nos. 8,787,060 and 9,318,160. Deadline for Netlist to Serve Damages Expert Disclosures. |

**So ORDERED and SIGNED this 23rd day of December, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE