# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., <br> Defendants. | Case No. 2:21-cv-463-JRG <br><br> JURY TRIAL DEMANDED |

## ORDER

The Court, having considered the briefing on Plaintiff Netlist, Inc.'s Motion to Compel Production of Documents by Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc., Defendants' Opposition, and the supporting documents attached thereto, is of the opinion that said motion should be granted.

**IT IS SO ORDERED.**