IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:21-CV-00463-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC.,  SAMSUNG SEMICONDUCTOR, | § | |
| INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

The Court issues this order *sua sponte*.  The Court hereby sets the following motions and

all related briefing for hearing on **Tuesday, January 17, 2023**, at **1:30 p.m.** central time in-

person in Marshall, Texas.  Attendance by lead and local counsel for each party is **mandatory**.

The Court **ORDERS** that the parties shall meet and confer on the premises at the Sam B. Hall,

Jr. Federal Courthouse in Marshall, Texas beginning at 9:00 a.m. CT in an effort to narrow or

resolve their disputes prior to the hearing.  Their meet and confer efforts should continue until

the time set for the hearing, unless the Court directs otherwise.  The Court further **ORDERS**

that Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and

Samsung Semiconductor, Inc. (together, "Samsung") shall file a designation of lead counsel at

least seven (7) days prior to the hearing.

| Date filed | Dkt. No. | Filing |
|---|---|---|
| 8/30/2022 | 74 | Opposed MOTION to Stay Pending Inter Partes Review and Ninth Circuit Appeal by SAMSUNG |
| 12/14/2022 | 113 | Opposed SEALED MOTION FOR LEAVE TO AMEND PRELIMINARY INFRINGEMENT CONTENTIONS by Netlist |

| 12/22/2022 | 121 | SEALED PATENT MOTION TO COMPEL DEPOSITION OF JUNG BAE LEE by Netlist |
| 12/22/2022 | 122 | Unopposed MOTION for Leave to File a Supplement to Pending Motion to Stay Pending Ninth Circuit Appeal and Inter Partes Review [Dkt 74] by SAMSUNG |
| 12/22/2022 | 124 | Opposed SEALED MOTION to Compel Production of Testimony from Prior Netlist Litigations Asserting Related Patents Against the Same Category of Accused Products by SAMSUNG |
| 12/23/2022 | 126 | Opposed SEALED MOTION to Strike Netlist's Late Disclosure of Netlist Products Purportedly Practicing the Asserted Patents and Late Disclosure of Netlist's Conception, Reduction to Practice, and Third Party Disclosure Documents by SAMSUNG |
| 12/23/2022 | 130 | Opposed SEALED MOTION for Leave to Amend Preliminary Infringement Contentions by Netlist |

**So ORDERED and SIGNED this 5th day of January, 2023.**


_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

2