# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | |
| Plaintiff, | |
| v. | Case No. 2:21-cv-463-JRG |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., | JURY TRIAL DEMANDED |
| Defendants. | |

# ORDER

The Court, having considered the briefing on Netlist's Opposed Motion to Continue Hearing on Outstanding Motions in Dkt. 142, is of the opinion that said motion should be granted. The hearing is continued from its current setting on January 17, 2023 to _____, 2023.

**IT IS SO ORDERED.**