**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC. | § | |
| | § | |
| v. | § | Case No. 2:21-CV- 0463-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | § § | |

**ORDER**

Previously, the Court appointed Michael Paul as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Paul's invoice for services through November 14, 2022 in the amount of $11,969.70 and hereby **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $5,984.85 |
| Defendants: | $5,984.85 |

Defendants are hereby ORDERED to appoint a lead counsel to collect payment from Defendants and to make a single payment to Mr. Paul on behalf of all Defendants.

**SIGNED this 11th day of January, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE