# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., <br><br> Defendants. | Case No. 2:21-cv-463-JRG <br><br> JURY TRIAL DEMANDED |

## NETLIST, INC.'S UNOPPOSED MOTION TO FILE ONE EXCESS PAGE FOR NETLIST'S RESPONSE TO SAMSUNG'S OPPOSED MOTION TO STRIKE (DKT. 150)

On December 23, 2022, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively "Samsung") filed the opposed motion to Strike Netlist's Late Disclosure of Netlist Products Purportedly Practicing the Asserted Patents and Late Disclosure of Netlist's Conception, Reduction to Practice, and Third Party Disclosure Documents. Dkt. 126 (the "Motion"). Netlist filed an opposition to Samsung's Motion on January 6, 2023. Dkt. 150.

This Court's March 11, 2020 Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes provides that "[a]n opposed discovery related motion, or any response thereto, shall not exceed 7 pages." To allow for adequate presentation of the issues, Netlist respectfully asks the Court to extend the page limit for Netlist's Opposition to Defendants' Motion to Strike, Dkt. 150, by one page.

Counsel for Netlist conferred with counsel for Samsung regarding the substance of this motion. Samsung stated that it does not oppose the relief sought herein.

Dated: January 13, 2023                                Respectfully submitted,

/s/ *Samuel F. Baxter*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Rebecca Carson (*pro hac vice*)
rcarson@irell.com
Andrew Strabone (*pro hac vice*)
astrabone@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Netlist, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 13, 2023, a copy of the foregoing was served to all counsel of record.

*/s/ Yanan Zhao*
Yanan Zhao

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on January 13, 2023, counsel for the parties met and conferred on the issues raised in this motion.

*/s/ Yanan Zhao*
Yanan Zhao