# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD., § <br> SAMSUNG ELECTRONICS AMERICA, § <br> INC.,  SAMSUNG SEMICONDUCTOR, § <br> INC., § <br> § <br> *Defendants*. § | CIVIL ACTION NO.  2:21-CV-00463-JRG |

## ORDER

Before the Court is Plaintiff Netlist, Inc.'s ("Netlist") Opposed Motion to Continue Hearing of Samsung's Motion to Stay (Dkt 122) Contained in a list of Outstanding Motions Set for Hearing in (Dkt. 142) (the "Motion to Continue").  (Dkt. No. 153.)

The Motion to Continue is **GRANTED**.

The Court hereby sets the following motions and all related briefing for hearing on **Wednesday, January 18, 2023**, at **1:30 p.m.** central time in-person in Marshall, Texas. Attendance by lead and local counsel for each party is **mandatory**.  The Court **ORDERS** that the parties shall meet and confer on the premises at the Sam B. Hall, Jr. Federal Courthouse in Marshall, Texas beginning at 9:00 a.m. CT in the morning in an effort to narrow or resolve their disputes prior to the hearing.  Their meet and confer efforts should continue until the time set for the hearing, unless the Court directs otherwise.

| Date filed | Dkt. No. | Filing |
|---|---|---|
| 8/30/2022 | 74 | Opposed MOTION to Stay Pending Inter Partes Review and Ninth Circuit Appeal by SAMSUNG |

| 12/14/2022 | 113 | Opposed SEALED MOTION FOR LEAVE TO AMEND PRELIMINARY INFRINGEMENT CONTENTIONS by Netlist |
| --- | --- | --- |
| 12/22/2022 | 121 | SEALED PATENT MOTION TO COMPEL DEPOSITION OF JUNG BAE LEE by Netlist |
| 12/22/2022 | 122 | Unopposed MOTION for Leave to File a Supplement to Pending Motion to Stay Pending Ninth Circuit Appeal and Inter Partes Review [Dkt 74] by SAMSUNG |
| 12/22/2022 | 124 | Opposed SEALED MOTION to Compel Production of Testimony from Prior Netlist Litigations Asserting Related Patents Against the Same Category of Accused Products by SAMSUNG |
| 12/22/2022 | 125 | Motion to Compel Production of Documents by Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. |
| 12/23/2022 | 126 | Opposed SEALED MOTION to Strike Netlist's Late Disclosure of Netlist Products Purportedly Practicing the Asserted Patents and Late Disclosure of Netlist's Conception, Reduction to Practice, and Third Party Disclosure Documents by SAMSUNG |
| 12/23/2022 | 130 | Opposed SEALED MOTION for Leave to Amend Preliminary Infringement Contentions by Netlist |

**So ORDERED and SIGNED this 13th day of January, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE