## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC. § § § | |
| v. § | Case No. 2:21-cv-00463-JRG |
| § | |
| SAMSUNG ELECTRONICS CO., § LTD., SAMSUNG ELECTRONICS § AMERICA, INC., SAMSUNG § SEMICONDUCTOR, INC. § | |

### MOTION(s) HEARING MINUTES
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### January 19, 2023

**OPEN:** 01:35 PM        **ADJOURN:** 03:00 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERK: | Ryan Davies |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 01:35 PM | Court opened. |
| 01:36 PM | Court called for announcements from counsel. |
| 01:36 PM | Court recognized meet and confer efforts of the parties. |
| 01:38 PM | Agreement reached re: [SEALED] Netlist, Inc.'s Opposed Motion for Leave to Amend its Preliminary Infringement Contentions (Dkt. No. 113); [SEALED] Samsung's Motion to Compel Production of Testimony from Prior Netlist Litigations Asserting Related Patents Against the Same Category of Accused Products (Dkt. No. 124); and [SEALED] Netlist, Inc.'s Motion to Compel Production of Documents by Defendants (Dkt. No. 125). Agreement confirmed to the Court by Mr. Sheasby on behalf of Plaintiff and Mr. Cordell on behalf of Defendants. |
| 01:41 PM | Court to begin hearing argument re: remaining disputes. |
| 01:41 PM | Court heard argument re: Samsung's Motion to Stay Pending *Inter Partes* Review and Ninth Circuit Appeal (Dkt. No. 74) and Samsung's Unopposed Motion for Leave to File a Supplement to Pending Motion to Stay Pending Ninth Circuit Appeal and *Inter Partes* Review (Dkt. No. 122). |

| TIME | MINUTE ENTRY |
|---|---|
| 01:42 PM | Mr. Cordell presented argument on behalf of Defendants. |
| 01:53 PM | Responsive argument by Mr. Sheasby on behalf of Plaintiff. |
| 02:01 PM | Rebuttal argument provided by Mr. Cordell on behalf of Defendants. |
| 02:05 PM | Court heard argument re: [SEALED] Netlist, Inc.'s Motion to Compel Deposition of Jung Bae Lee (Dkt. No. 121). |
| 02:06 PM | Mr. Sheasby presented argument on behalf of Plaintiff. |
| 02:14 PM | Responsive argument by Mr. Cordell on behalf of Defendants. |
| 02:22 PM | Rebuttal argument provided by Mr. Sheasby on behalf of Plaintiff. |
| 02:31 PM | Additional responsive argument by Mr. Cordell on behalf of Defendants. |
| 02:37 PM | Court heard [SEALED] Samsung's Opposed Motion to Strike Netlist's Late Disclosure of Netlist Products Purportedly Practicing the Asserted Patents and Late Disclosure of Netlist's Conception, Reduction to Practice and Third Party Disclosure Documents (Dkt. No. 126) and [SEALED] Netlist, Inc.'s Opposed Motion for Leave to Amend Its Preliminary Infringement Contentions (Dkt. No. 130). |
| 02:38 PM | Dr. Albert presented argument on behalf of Defendants. |
| 02:45 PM | Responsive argument by Mr. Sheasby on behalf of Plaintiff. |
| 02:53 PM | Rebuttal argument by Dr. Albert on behalf of Defendants. |
| 02:55 PM | Court made rulings as set forth in the record. |
| 03:00 PM | Court adjourned. |