

**2:21-cv-00463-JRG**
Netlist Inc v Samsung Electronics Co Ltd et al
January 19, 2023 at 9:00 AM (Meet and Confer) and 1:30 PM
Motion Hearing

## PLEASE PRINT CLEARLY:

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Sam Baxter | Netlist |
| Jason Sheasby | Netlist |
| Melissa Smith | Samsung |
| Buffy Cordell | ↓ |
| Dr. Frank Albert | ↓ |
| Lauren Degnan | ↓ |
| Michael Nguyen | client - SS |

## IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| | |