UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.<br>and SAMSUNG SEMICONDUCTOR, INC.,<br><br>    Defendants. | Civil Case No. 2:21cv463-JRG<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO AMEND**
**THE DOCKET CONTROL ORDER**

Plaintiff Netlist, Inc. ("Netlist") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Semiconductor, Inc. (collectively "Samsung") (collectively "the Parties") respectfully file this Joint Motion to Amend the Docket Control Order (Dkt. No. 34; Dkt. No. 129).

The Parties respectfully request that the Court Amend the Docket Control Order as proposed below:

| Original deadline | Proposed deadline | Event |
|---|---|---|
| January 30, 2023 | February 3, 2023 | Deadline to Complete Expert Discovery for Infringement and Validity Expert(s) in connection with the '918, '054, '506, and '339 patents, including Mr. Halbert and rebuttal thereto. |
| January 24, 2023 | January 27, 2023 | Deadline for Netlist's '918, '054, '506, and '339 Validity |

| Original deadline | Proposed deadline | Event |
|---|---|---|
| | | Report; Samsung's '918, '054, '506, and '339 Non-Infringement Report; and Netlist's Rebuttal to John Halbert's Report. |

The parties understand that the Deadlines that they request the Court amend require a showing of good cause. Specifically, the parties request that the deadlines to file expert rebuttal reports and complete expert discovery in connection with the '918, '054, '506, and '339 patents, and Mr. Halbert's report be moved to accommodate expert deposition scheduling challenges. The parties therefore request the deadlines for rebuttal expert reports and expert discovery in connection with the '918, '054, '506, and '339 patents, and Mr. Halbert's report be moved from January 24, 2023 to January 27, 2023, and from January 30, 2023 February 3, 2023, as set forth above.

Dated: January 23, 2023                  /s/ Jason Sheasby

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
MCKOOL SMITH, P.C.
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)

|  |  |
|---|---|
| Date: January 23, 2023 | twerner@irell.com<br>Andrew Strabone (*pro hac vice*)<br>astrabone@irell.com<br>Yanan Zhao (*pro hac vice*)<br>yzhao@irell.com<br>Michael W. Tezyan (*pro hac vice*)<br>mtezyan@irell.com<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Tel. (310) 277-1010<br>Fax (310) 203-7199<br><br>Rebecca Carson (*pro hac vice*)<br>rcarson@irell.com<br>IRELL & MANELLA LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660<br><br>*Attorneys for Plaintiff Netlist, Inc.*<br><br>*/s/ Katherine Reardon*<br>Ruffin B. Cordell<br>TX Bar No. 04820550<br>cordell@fr.com<br>Michael J. McKeon<br>D.C. Bar No. 459780<br>mckeon@fr.com<br>Lauren A. Degnan<br>D.C. Bar No. 452421<br>LAD@fr.com<br>Daniel A. Tishman<br>D.C. Bar No. 1013923<br>tishman@fr.com<br>Matthew Mosteller<br>CA Bar No. 324808<br>mosteller@fr.com<br>FISH & RICHARDSON P.C.<br>1000 Maine Avenue, SW<br>Washington, DC 20024<br>Telephone: (202) 783-5070<br>Facsimile: (202) 783-2331<br><br>Katherine Reardon<br>NY Bar No. 5196910<br>kreardon@fr.com<br>FISH & RICHARDSON P.C. |

1180 Peachtree St., NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile:  (404) 892-5002

Francis J. Albert
CA Bar No. 247741
albert@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Tony Nguyen
TX Bar No. 24083565
nguyen@fr.com
FISH & RICHARDSON P.C.
1221 McKinney Street, Ste. 2800
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile:  (713) 652-0109

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Matthew Colvin
Texas Bar No. 24087331
colvin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091

Karolina Jesien
New York Bar No. KJ7292
FISH & RICHARDSON P.C.
Times Square Tower
20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile:  (212) 258-2291

Melissa Richards Smith
melissa@gillamsmith.com

- 4 -

>GILLAM & SMITH, LLP
>303 South Washington Ave.
>Marshall, Texas 75670
>Telephone:  (903) 934-8450
>Facsimile:   (903) 934-9257
>
>Alice J. Ahn
>CA 271399 / DC 1004350
>aahn@cov.com
>COVINGTON & BURLING LLP
>415 Mission Street, Ste. 5400
>San Francisco, CA 94105
>Telephone:  (415) 591-7091
>Facsimile:   (415) 591-6091
>
>Brian R. Nester
>D.C. Bar No. 460225
>bnester@cov.com
>COVINGTON & BURLING LLP
>One City Center
>850 Tenth Street, NW
>Washington, DC 20001-4956
>Telephone: (202)-662-6000
>
>*Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc., Samsung Semiconductor, Inc. and Samsung Austin Semiconductor, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on January 23, 2023. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

<em>/s/ Michael Tezyan</em>

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules CV-7(h) and (i), counsel for the parties met and conferred via email on the issues raised in this motion.

<em>/s/ Michael Tezyan</em>