# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., <br><br> Defendants. | Civil Action No. 2:21-CV-463-JRG <br><br> JURY TRIAL DEMANDED |

**ORDER**

Before the Court is the parties' Joint Motion to Amend the Docket Control Order. Having considered the Motion, the Court is of the opinion that it should be and hereby is GRANTED. It is therefore ORDERED that the below schedule of deadlines is in effect until further order of this Court.

| Original Deadline | Proposed Deadline | Event |
|---|---|---|
| January 24, 2023 | January 27, 2023 | Deadline for Netlist's '918, '054, '506, and '339 Validity Report; Samsung's '918, '054, '506, and '339 Non-Infringement Report; and Netlist's Rebuttal to John Halbert's Report. |
| January 30, 2023 | February 3, 2023 | Deadline to Complete Expert Discovery for Infringement and Validity Expert(s) in connection with the '918, '054, '506, and '339 patents, including Mr. Halbert and rebuttal thereto. |

IT IS SO ORDERED.