## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:21-CV-00463-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC.,  SAMSUNG SEMICONDUCTOR, | § | |
| INC., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the Joint Motion to Amend the Docket Control Order (the "Motion")

filed by Plaintiff Netlist, Inc. ("Netlist") and Defendants Samsung Electronics Co., Ltd.,

Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (together, "Samsung").

(Dkt. No. 183.)  In the Motion, the parties request that the Court amend the Docket Control

Order.  (*Id.* at 1–2.)  Having considered the Motion, and in light of its joint nature, the Court

finds that it should be and hereby is **GRANTED**.  Accordingly, the deadlines in the above-

captioned case are amended as follows:

| Previous Deadline | New Deadline | Event |
|---|---|---|
| January 24, 2023 | January 27, 2023 | Deadline for Netlist's '918, '054, '506, and '339 Validity Report; Samsung's '918, '054, '506, and '339 Non-Infringement Report;  and  Netlist's Rebuttal to John Halbert's Report. |
| January 30, 2023 | February 3, 2023 | Deadline to Complete Expert Discovery for Infringement and Validity Expert(s) in connection with the '918, '054, '506, and '339 patents, including Mr. Halbert and rebuttal thereto. |

**So ORDERED and SIGNED this 25th day of January, 2023.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE