IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:21-CV-463-JRG |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., | ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC., SAMSUNG SEMICONDUCTOR, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF NETLIST INC.'S NOTICE OF WITHDRAWAL OF OBJECTIONS TO THE MAGISTRATE JUDGE'S MEMORANDUM OPINION AND ORDER REGARDING CLAIM CONSTRUCTION**

On December, 28, 2022, Plaintiff Netlist, Inc. ("Netlist") filed its Objections to the Magistrate Judge's Memorandum Opinion and Order Regarding Claim Construction ("Objections") (Dkt 133). Netlist hereby notifies the Court and opposing counsel that it withdraws the Objections contained therein and no longer intends to pursue said Objections.

1

|  |  |
|---|---|
| Dated: January 27, 2023. | **MCKOOL SMITH, P.C.**<br><br>/s/ *Sam Baxter*<br>Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@McKoolSmith.com<br>Jennifer L. Truelove<br>Texas State Bar No. 24012906<br>jtruelove@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>104 East Houston Street, Suite 300<br>Marshall, TX 75670<br>Telephone: (903) 923-9000<br>Telecopier: (903) 923-9099<br><br>Jason G. Sheasby (*pro hac vice*)<br>jsheasby@irell.com<br>Annita Zhong, Ph.D. (*pro hac vice*)<br>hzhong@irell.com<br>Thomas C. Werner (*pro hac vice*)<br>twerner@irell.com<br>Yanan Zhao (*pro hac vice*)<br>yzhao@irell.com<br>Michael W. Tezyan (*pro hac vice*)<br>mtezyan@irell.com<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Tel. (310) 277-1010<br>Fax (310) 203-7199<br><br>*ATTORNEYS FOR PLAINTIFF*<br>*NETLIST, INC.* |

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Netlist, Inc. conferred with counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc. requests and does not oppose the relief requested herein.

*/s/ Jennifer Truelove*
Jennifer Truelove

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on January 27, 2023.

/s/  Jennifer Truelove