IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., <br><br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:21-CV-463-JRG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

# ORDER

Before the Court is the parties' Joint Motion to Amend Docket Control Order (the "Motion"). (Dkt. No. 190.) In the Motion, the parties request that the Court amend the Docket Control Order. (*Id.* at 1.) Having considered the Motion, and in light of its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the deadlines in the above-captioned case are amended as follows:

| **Previous deadline** | **New deadline** | **Event** |
|---|---|---|
| May 1, 2023 | No Change | Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| April 3, 2023 | No Change | * If a juror questionnaire is to be used, an editable (in Microsoft Word format) questionnaire shall be jointly submitted to the Deputy Clerk in Charge by this date. |
| March 27, 2023 | No Change | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| March 20, 2023 | No Change | *Notify Court of Agreements Reached During Meet and Confer

The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| March 20, 2023 | No Change | *File Joint Pretrial Order, Joint Proposed JuryInstructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |

| | | |
|---|---|---|
| March 13, 2023 | No Change | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shawn McRoberts, at<br><br>shawn_mcroberts@txed.uscourts.gov. |
| March 10, 2023 | No Change | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| March 6, 2023 | No Change | Serve Objections to Rebuttal Pretrial Disclosures |
| February 27, 2023 | No Change | Serve Objections to Pretrial Disclosures;<br><br>and Serve Rebuttal Pretrial Disclosures |
| February 13, 2023 | No Change | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |

- 4 -

| February 17, 2023 | No Change | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV- 7(e), not to exceed the deadline as set forth in this Docket Control Order.  Motions for Summary Judgment shall comply with Local Rule CV-56. |
|---|---|---|
| February 3, 2023 | No Change | *File Motions to Strike Expert Testimony(including *Daubert* Motions) <br><br> No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| February 3, 2023 | No Change | *File Dispositive Motions <br><br> No dispositive motion may be filed after this date without leave of the Court. <br><br> Motions shall comply with Local Rule CV-56 and Local Rule CV-7. Motions to extend page limits will only be granted in exceptional circumstances.  Exceptional circumstances require more than agreement among the parties. |
| February 3, 2023 | February 10, 2023 | Deadline to Complete Expert Discovery for Infringement and Validity Expert(s) in connection with the '918, '054, '506, and '339 patents, including Mr. Halbert and rebuttal thereto. |
| February 3, 2023 | February 10, 2023 | Deadline to Complete Expert Discovery as to Samsung's Non-Infringement Expert in |

| | | |
|---|---|---|
| | | connection with U.S. Patent Nos. 8,787,060 and 9,318,160; Samsung's Damages-Related Experts; Netlist's Expert(s) in connection with U.S. Patent Nos. 8,787,060 and 9,318,160; and Netlist's Damages-Related Experts. |

**So ORDERED and SIGNED this 2nd day of February, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE