IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 2:21-CV-463-JRG |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS AMERICA, ) | |
| INC., SAMSUNG SEMICONDUCTOR, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF NETLIST, INC.'S UNOPPOSED MOTION TO WITHDRAW OBJECTIONS TO THE MAGISTRATE JUDGE'S MEMORANDUM OPINION AND <u>ORDER REGARDING CLAIM CONSTRUCTION</u>**

Comes now Plaintiff Netlist, Inc. ("Netlist") and files this Unopposed Motion to Withdraw Objections to the Magistrate Judge's Memorandum Opinion and Order Regarding Claim Construction.

On December, 28, 2022, Netlist filed its Objections to the Magistrate Judge's Memorandum Opinion and Order Regarding Claim Construction ("Objections").

Netlist hereby withdraws its previously filed Objections.

Therefore, Netlist respectfully requests that the Court grant its Unopposed Motion to Withdraw its Objections to the Magistrate Judge's Memorandum Opinion and Order Regarding Claim Construction.

| | |
|---|---|
| Dated: February 2, 2023. | **MCKOOL SMITH, P.C.**<br><br>/s/ *Samuel F. Baxter*<br>Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@McKoolSmith.com<br>Jennifer L. Truelove<br>Texas State Bar No. 24012906<br>jtruelove@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>104 East Houston Street, Suite 300<br>Marshall, TX 75670<br>Telephone: (903) 923-9000<br>Telecopier: (903) 923-9099<br><br>Jason G. Sheasby (*pro hac vice*)<br>jsheasby@irell.com<br>Annita Zhong, Ph.D. (*pro hac vice*)<br>hzhong@irell.com<br>Thomas C. Werner (*pro hac vice*)<br>twerner@irell.com<br>Yanan Zhao (*pro hac vice*)<br>yzhao@irell.com<br>Michael W. Tezyan (*pro hac vice*)<br>mtezyan@irell.com<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Tel. (310) 277-1010<br>Fax (310) 203-7199<br><br>*ATTORNEYS FOR PLAINTIFF*<br>*NETLIST, INC.* |

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Netlist, Inc. conferred with counsel for Samsung Electronics Co., Ltd. Samsung Electronics America, Inc., Samsung Semiconductor, Inc. and counsel does not oppose the relief requested herein.

/s/ *Jennifer Truelove*
Jennifer Truelove

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on February 2, 2023.

/s/ *Jennifer Truelove*
Jennifer Truelove