IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:21-CV-463-JRG |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., | ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC., SAMSUNG SEMICONDUCTOR, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF NETLIST, INC.'S MOTION TO WITHDRAW OBJECTIONS TO THE MAGISTRATE JUDGE'S MEMORANDUM OPINION AND <u>ORDER REGARDING CLAIM CONSTRUCTION</u>**

After considering Plaintiff Netlist, Inc.'s unopposed Motion to Withdraw Objections to the Magistrate Judge's Memorandum Opinion and Order Regarding Claim Construction, the Court hereby grants Plaintiff Netlist, Inc.'s motion.

It is ORDERED that Plaintiff Netlist, Inc.'s objections to the Magistrate Judge's Memorandum and Order Regarding Claim Construction is hereby withdrawn.

IT IS SO ORDERED

1