# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:21-CV-463-JRG |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD., | ) | |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC., SAMSUNG SEMICONDUCTOR, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

# DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON SAMSUNG'S AFFIRMATIVE DEFENSES

**I, Jason G. Sheasby, declare as follows**:

1.     I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Motion for Partial Summary Judgment on Samsung's Affirmative Defenses. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2.     Attached as **Exhibit 1** is true and correct copy of Samsung's Seventh Supplemental Objections and Responses to Netlist's First Set of Interrogatories.

3.     Attached as **Exhibit 2** is a true and correct copy of a letter from counsel for Samsung to counsel for Netlist dated October 12, 2022.

Executed on February 3, 2023 in Los Angeles, California.

By */s/ Jason G. Sheasby*
Jason G. Sheasby