**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:21-cv-463-JRG |
| | ) |
| | ) **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD., | ) |
| SAMSUNG ELECTRONICS AMERICA, | ) |
| INC., SAMSUNG SEMICONDUCTOR, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Court, having considered the briefing on Plaintiff's Partial Motion for Summary Judgment on Samsung's Affirmative Defenses, Defendant's Opposition, and supporting documents attached thereto, is of the opinion that said motion should be **GRANTED**.

**IT IS SO ORDERED.**