# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:21-CV-463-JRG |
| | ) |
| | ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD., | ) |
| SAMSUNG ELECTRONICS AMERICA, | ) |
| INC., SAMSUNG SEMICONDUCTOR, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT SAMSUNG IS PRECLUDED FROM RAISING INVALIDITY GROUNDS IT RAISED OR REASONABLY COULD HAVE RAISED BEFORE THE USPTO**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Motion for Partial Summary Judgment on Samsung's Invalidity Grounds. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a true and correct copy of documents submitted by Samsung to the USTPO in connection with Samsung's IPR petitions against Netlist's four patents-in-suit.

3. Attached as **Exhibit 2** is a true and correct copy of the opening expert report of Joseph C. McAlexander III.

4. Attached as **Exhibit 3** is a true and correct copy of exhibit 10 from the deposition of Vasilios Karabatsos on January 20, 2023.

5. Attached as **Exhibit 4** is a true and correct copy of the rough transcript of the deposition of Vasilios Karabatsos on January 20, 2023.

6. Attached as **Exhibit 5** is a true and correct copy of an email chain between counsel for Netlist and counsel between December 22, 2022 and January 4, 2023.

7. Attached as **Exhibit 6** is a true and correct copy of an email from counsel for Netlist to the USPTO dated January 5, 2023.

8. Attached as **Exhibit 7** is a true and correct copy of Paper 26 from IPR2022-00639, IPR2022-00711, IPR2022-00996, and IPR2022-00999.

9. Attached as **Exhibit 8** is a true and correct copy of a document titled "Quad Band Memory (QBM)" produced by Samsung in this Action.

10. Attached as **Exhibit 9** is a true and correct copy of a document titled "QBMII Technology Overview" produced by Samsung in this Action.

11. Attached as **Exhibit 10** is a true and correct copy of a document titled "BUFFERED DIMM PROPOSAL for DDRII: QUAD BAND MEMOR (QBM)" produced by Samsung in this Action.

12. Attached as **Exhibit 11** is a true and correct copy of Paper 15 from IPR2022-00639.

13. Attached as **Exhibit 12** is a true and correct copy of Paper 1 from IPR2022-01427.

14. Attached as **Exhibit 13** is a true and correct copy of Paper 1 from IPR2022-01427.

Executed on February 3, 2023, in Los Angeles, California.

By */s/ Jason G. Sheasby*
Jason G. Sheasby