# Exhibit 1

| | |
|---|---|
| **From:** | Tony Nguyen <nguyen@fr.com> |
| **Sent:** | Friday, August 26, 2022 10:52 AM |
| **To:** | #Netlist-Samsung-E.D.Tex; jtruelove@mckoolsmith.com; Sam Baxter |
| **Cc:** | Samsung-Netlist-FISH; EXT Smith, Melissa (T-Mobile) |
| **Subject:** | Netlist/Samsung: Stipulation re: IPR2022-00639 (U.S. Patent No. 10,949,339) for Netlist v. Samsung, No. 21-463-JRG (E.D. Tex.) |

[EXTERNAL EMAIL]

Counsel,

Samsung stipulates that, if the Patent Trial and Appeal Board institutes an IPR proceeding for U.S. Patent No. 10,949,339 on the grounds presented in Samsung's petition in IPR2022-00639, Samsung will not pursue an invalidity defense in the Eastern District of Texas action (C.A. No. 21-463-JRG) that the patent claims subject to the instituted IPR are invalid based on grounds that were raised or reasonably could have been raised in the IPR.

Thanks,
Tony

**Tony Nguyen** :: Fish & Richardson P.C. :: 713 654 5342

***********************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
***********************************************************************************************

| | |
|---|---|
| **From:** | Tony Nguyen <nguyen@fr.com> |
| **Sent:** | Friday, September 2, 2022 8:15 AM |
| **To:** | #Netlist-Samsung-E.D.Tex; jtruelove@mckoolsmith.com; Sam Baxter |
| **Cc:** | Samsung-Netlist-FISH; EXT Smith, Melissa (T-Mobile) |
| **Subject:** | Netlist/Samsung: Stipulation re: IPR2022-00711 (U.S. Patent No. 10,860,506) for Netlist v. Samsung, No. 21-463-JRG (E.D. Tex.) |

[EXTERNAL EMAIL]

Counsel,

Samsung stipulates that, if the Patent Trial and Appeal Board institutes an IPR proceeding for U.S. Patent No. 10,860,506 on the grounds presented in Samsung's petition in IPR2022-00711, Samsung will not pursue an invalidity defense in the Eastern District of Texas action (C.A. No. 21-463-JRG) that the patent claims subject to the instituted IPR are invalid based on grounds that were raised or reasonably could have been raised in the IPR.

Thanks,
Tony

**Tony Nguyen** :: Fish & Richardson P.C. :: 713 654 5342

```
********************************************************************************************
**************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
********************************************************************************************
**************************
```

1

| | |
|---|---|
| **From:** | Tony Nguyen <nguyen@fr.com> |
| **Sent:** | Tuesday, October 11, 2022 8:19 AM |
| **To:** | Netlist-Samsung-E.D.Tex@irell.com; jtruelove@mckoolsmith.com; Sam Baxter |
| **Cc:** | Samsung-Netlist-FISH; EXT Smith, Melissa (T-Mobile) |
| **Subject:** | Netlist/Samsung:  Stipulation re: IPR2022-00996 (U.S. Patent No. 11,016,918) for Netlist v. Samsung, No. 21-463-JRG (E.D. Tex.) |

[EXTERNAL EMAIL]

Counsel,

Samsung stipulates that, if the Patent Trial and Appeal Board institutes an IPR proceeding for U.S. Patent No. 11,016,918 on the grounds presented in Samsung's petition in IPR2022-00996, Samsung will not pursue an invalidity defense in the Eastern District of Texas action (C.A. No. 21-463-JRG) that the patent claims subject to the instituted IPR are invalid based on grounds that were raised or reasonably could have been raised in the IPR.

Thanks,
Tony

**Tony Nguyen ::** Fish & Richardson P.C. **::** 713 654 5342

```
*****************************************************************************************
*************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
*****************************************************************************************
*************************
```

Samsung Ex. 1074, p. 1
Samsung Electronics Co., Ltd. v. Netlist, Inc., IPR2022-00996

| | |
|---|---|
| **From:** | Tony Nguyen <nguyen@fr.com> |
| **Sent:** | Tuesday, October 11, 2022 8:19 AM |
| **To:** | Netlist-Samsung-E.D.Tex@irell.com; jtruelove@mckoolsmith.com; Sam Baxter |
| **Cc:** | Samsung-Netlist-FISH; EXT Smith, Melissa (T-Mobile) |
| **Subject:** | Netlist/Samsung:  Stipulation re: IPR2022-00999 (U.S. Patent No. 11,232,054) for Netlist v. Samsung, No. 21-463-JRG (E.D. Tex.) |

[EXTERNAL EMAIL]

Counsel,
Samsung stipulates that, if the Patent Trial and Appeal Board institutes an IPR proceeding for U.S. Patent No. 11,232,054 on the grounds presented in Samsung's petition in IPR2022-00999, Samsung will not pursue an invalidity defense in the Eastern District of Texas action (C.A. No. 21-463-JRG) that the patent claims subject to the instituted IPR are invalid based on grounds that were raised or reasonably could have been raised in the IPR.
Thanks,
Tony

**Tony Nguyen ::** Fish & Richardson P.C. **::** 713 654 5342

```
*****************************************************************************
************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
*****************************************************************************
************************
```

1

Samsung Ex. 1074, p. 1
Samsung Electronics Co., Ltd. v. Netlist, Inc., IPR2022-00999