# Exhibit 2

**Sought to be Filed Under Seal**