# Exhibit 3

The Wayback Machine - https://web.archive.org/web/20050216184631/http://quadbandmemory.com:80/Technic…





- What is QBM?
- The QBM Alliance
- Development Support
- Validation Program
- **Technical Library**
  - Document Download
  - FAQ on QBM
- Media Center
- Contact Us

**Presentations & White Papers**
- [Download a QBM Presentation - (PDF file - 3034 KB)](#)
- [Download the QBM Roadmap through 2005 - (PDF file - 81.68 KB)](#)
- [Download the QBM White Paper authored by VIA - (PDF file - 1178KB)](#)

**The QBM Newsletter**
- [The QBM Newsletter - Volume 2, Issue 2 (PDF file - 2605KB)](#)
- [The QBM Newsletter - Volume 2, Issue 1 (PDF file - 946KB)](#)
- [The QBM Newsletter - Volume 1, Issue 3 (PDF file - 842KB)](#)
- [The QBM Newsletter - Volume 1, Issue 2 (PDF file - 2262KB)](#)
- [The QBM Newsletter - Volume 1, Issue 1 (PDF file - 210KB)](#)
- [Sign up to receive The QBM Newsletter - (HTML form)](#)

**FAQ & Development Documents**
- [Frequently Asked Questions on QBM - (HTML)](#)
- [QBM Development Documents - (HTML)](#)

[Home](#)



Please contact webmaster@kentrontech.com with questions or comments on this site.

2003 © Kentron Technologies, Inc                                    All rights reserved

SAM-NET00315912