# Exhibit 4

Sought to be filed under seal