# Exhibit 7

Trials@uspto.gov                                                                 Paper 26
571-272-7822                                                        Date: January 18, 2023

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

SAMSUNG ELECTRONICS CO. LTD.,
Petitioner,

v.

NETLIST, INC.,
Patent Owner.

_____

IPR2022-00639 (Patent 10,949,339 B2)
IPR2022-00711 (Patent 10,860,506 B2)
IPR2022-00996 (Patent 11,016,918 B2)
IPR2022-00999 (Patent 11,232,054 B2)[1]

_____

Before JON M. JURGOVAN, DANIEL J. GALLIGAN, and
NABEEL U. KHAN, *Administrative Patent Judges*.

JURGOVAN, *Administrative Patent Judge*.

ORDER
Conduct of the Proceedings
*37 C.F.R. § 42.5*

---

[1] The parties are not authorized to use this style of heading without prior permission from the Board.

IPR2022-00639 (Patent 10,949,339 B2)
IPR2022-00711 (Patent 10,860,506 B2)
IPR2022-00996 (Patent 11,016,918 B2)
IPR2022-00999 (Patent 11,232,054 B2)

On January 5, 2023, Patent Owner Netlist, Inc. contacted the Board via email communication to seek guidance regarding Petitioner's alleged violation of its stipulations not to pursue certain grounds of invalidity in the Eastern District of Texas.  The email communication has been entered in the record of each proceeding as follows: IPR2022-00639 (Ex. 3003); IPR2022-00711 (Ex. 3003); IPR2022-00996 (Ex. 3001); and IPR2022-00999 (Ex. 3001).  The stipulations were filed in each proceeding as follows: IPR2022-00639 (Ex. 1083); IPR2022-00711 (Ex. 1043); IPR2022-00996 (Ex. 1074); and IPR2022-00999 (Ex. 1074).

Any dispute regarding the scope or alleged violation of stipulations proffered by a party should be addressed in the district court proceedings in which such stipulations are to have effect.  Trials have been instituted and will proceed in the manner set forth in the scheduling orders for these proceedings.  No call is necessary.

It is so ordered.

IPR2022-00639 (Patent 10,949,339 B2)
IPR2022-00711 (Patent 10,860,506 B2)
IPR2022-00996 (Patent 11,016,918 B2)
IPR2022-00999 (Patent 11,232,054 B2)

PETITIONER:

Eliot D. Williams
Theodore W. Chandler
Ferenc Pazmandi
Mark Speegle
Sean Lee
BAKER BOTTS LLP
eliot.williams@bakerbotts.com
ted.chandler@bakerbotts.com
ferenc.pazmandi@bakerbotts.com
mark.speegle@bakerbotts.com
sean.lee@bakerbotts.com
dlsamsungnetlistiprs@bakerbotts.com

PATENT OWNER:

Hong Annita Zhong
Jason Sheasby
IRELL AND MANELLA LLP
hzhong@irell.com
jsheasby@irell.com
netlistipr@irell.com

3