# Exhibit 8

Sought to be Filed Under Seal