# Exhibit 9

Sought to be Filed Under Seal