# Exhibit 10

Sought to be Filed Under Seal