IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

DATE:   February 10, 2023

JUDGE:   JOHN D. LOVE                                      REPORTER:

LAW CLERK:   Jenna Gillingham                  COURTROOM DEPUTY: Sharon Baum

| NETLIST, INC.<br><br>V<br><br>SAMSUNG ELECTRONICS CO., LTD. | CASE NO: 2:21cv463<br><br>HOTLINE CALL |
|---|---|

| ATTORNEYS FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |
|---|---|
| Jason Sheasby | Matt Colvin |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:**   10:34                                      **ADJOURN:**   10:42

| TIME: | MINUTES: |
|---|---|
| 10:34 | Case called.   The parties announced they are on the line and ready. |
|  | Mr. Sheasby begins discussion of concerns. |
| 10:38 | Mr. Colvin responds. |
| 10:40 | Judge makes comments. |
|  | Mr. Sheasby asks clarifying question. |
|  | Judge makes additional remarks. |
|  |  |
|  |  |
|  |  |