# Exhibit 3

Sought to Be Filed Under Seal