# Exhibit 4

The Wayback Machine - https://web.archive.org/web/20050216184631/http://quadbandmemory.com:80/Technic…





**What is QBM?**

**The QBM Alliance**

**Development Support**

**Validation Program**

**Technical Library**

    Document Download

    FAQ on QBM

**Media Center**

**Contact Us**

◆ **Presentations & White Papers**
- ◆ Download a QBM Presentation - (PDF file - 3034 KB)
- ◆ Download the QBM Roadmap through 2005 - (PDF file - 81.68 KB)
- ◆ Download the QBM White Paper authored by VIA - (PDF file - 1178KB)

◆ **The QBM Newsletter**
- ◆ The QBM Newsletter - Volume 2, Issue 2 (PDF file - 2605KB)
- ◆ The QBM Newsletter - Volume 2, Issue 1 (PDF file - 946KB)
- ◆ The QBM Newsletter - Volume 1, Issue 3 (PDF file - 842KB)
- ◆ The QBM Newsletter - Volume 1, Issue 2 (PDF file - 2262KB)
- ◆ The QBM Newsletter - Volume 1, Issue 1 (PDF file - 210KB)
- ◆ Sign up to receive The QBM Newsletter - (HTML form)

◆ **FAQ & Development Documents**
- ◆ Frequently Asked Questions on QBM - (HTML)
- ◆ QBM Development Documents - (HTML)

---

**Home**



Please contact webmaster@kentrontech.com with questions or comments on this site.

2003 © Kentron Technologies, Inc                    All rights reserved

SAM-NET00315912