# Exhibit 5

Sought to Be Filed
Under Seal