# Exhibit 6

Sought to Be Filed Under Seal