# Exhibit 7

Sought to Be Filed Under Seal