# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., <br> Defendants. | Case No. 2:21-cv-463-JRG <br><br> JURY TRIAL DEMANDED |

## ORDER

The Court, having considered the briefing on Plaintiff's Motion to Strike Certain Opinions of Defendants' Expert Joseph McAlexander, Defendant's Opposition, and supporting documents attached thereto, is of the opinion that said motion should be **GRANTED**.

**IT IS SO ORDERED.**