Case 2:21-cv-00463-JRG   Document 226-9   Filed 02/10/23   Page 1 of 1 PageID #: 30099

# EXHIBIT 8

# Sought to be Filed Under Seal