# EXHIBIT 12

# Sought to be Filed Under Seal