# EXHIBIT 13

# Sought to be Filed Under Seal