# EXHIBIT 14

# Sought to be Filed Under Seal