**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:21-cv-463-JRG |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., | ) | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC., SAMSUNG SEMICONDUCTOR, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court, having considered the briefing on Plaintiff's Motion to Strike Certain Opinions of Defendants' Expert Joseph C. McAlexander, Defendant's Opposition, and supporting documents attached thereto, is of the opinion that said motion should be **GRANTED**.

**IT IS SO ORDERED.**