# Exhibit 6



# MEMBERSHIP
*Participate. Innovate. Succeed.*

**JEDEC**

**Global Standards for the Microelectronics Industry**



## We Are JEDEC

**JEDEC** is the global leader in developing open standards for the microelectronics industry, with more than 3,000 volunteers representing some 300 member companies.

**JEDEC** brings manufacturers and suppliers together to participate in more than 50 committees and subcommittees, with the mission to create standards to meet the diverse technical and developmental needs of the industry.

**JEDEC**'s collaborative efforts ensure product interoperability, benefiting the industry and ultimately consumers by decreasing time-to-market and reducing product development costs.

**JEDEC** publications and standards are accepted throughout the world, and are free and open to all at **www.JEDEC.org**.

## Be Involved—Become a Member Today

**JEDEC** members have valuable access to pre-publication materials and proposals that put them ahead of the competition. Visit **www.JEDEC.org** today and discover why so many companies choose to join **JEDEC**. Applications for membership are available on our website.

For more information, please contact:

**Arlene Collier**  
U.S. Office  
(703) 907-7534  
arlenec@jedec.org

**Xianmin Xi**  
China Office  
(8610) 8446-4172  
xianmin@jedec.org

*www.JEDEC.org*

## Past, Present and Future

**JEDEC** was formed in 1958 as part of an alliance with the Electronic Industries Association (EIA) to develop standards for the emerging semiconductor industry. In 1999, **JEDEC** was incorporated as an independent association, adopting the name: The **JEDEC** Solid State Technology Association.

Facilitating the creation of voluntary standards which are open, accessible and developed quickly to meet industry demands remains our core business. **JEDEC** committees provide industry leadership in developing standards for a broad range of technologies, including joint standards with other organizations.

Moving forward, our mission is to continue to build consensus and lend advocacy as the industry responds to the rapidly-evolving global marketplace. To that end, we have recently opened an office in China, in a region of the world critical to the success of our member companies.

## Best Practices in Setting Standards

Over the years, **JEDEC** has earned a reputation for upholding the industry's most fair, efficient and economical process for developing standards. Recognized for excellence, **JEDEC**'s standards-setting process serves as a model for other industries.

Members choose from over 50 committees and subcommittees in which to participate. Gathering several times each year in worldwide locations, these committees address the varied needs of the industry, including discrete solid state devices, integrated circuits, electronic modules, various manufacturing support functions and more.

*Committees include:*

- Solid State Memory Devices
- DRAM and Flash Memory Cards and Modules
- Solid State Drives
- Universal Flash Storage
- Digital Logic
- Interface Devices
- RFID
- Diodes and Thyristors
- Quality and Reliability of Solid State Products
- Lead-Free Manufacturing Processes
- Reliability Test Methods
- Electrical and Thermal Characterization Techniques
- Government Liaison

## Web-Based, Paperless Process

**JEDEC**'s online member access to all showings and meeting minutes, keyword search tool and web-based voting process accelerate the speed with which standards can be developed. On the members-only website, members can submit proposals, review and influence proposals from others, participate in focused task groups, access all showings and ballots and vote on proposed standards.

Upon committee approval, finalized standards proposals are submitted to the Board of Directors for approval—with published standards made available on the **JEDEC** website free of charge.

## Company Representation is Critical

**JEDEC**'s member companies reside on the "inside track" of the industry as they influence, mold and approve standards. A company's participation in **JEDEC**'s committee meetings states their intentions toward industry leadership, *defining* the standards instead of waiting for them.

Working in tandem with competitors allows members to advocate standards aligning with their own company's goals in a constructive environment. Everyone's voice counts equally. **JEDEC**'s process offers member companies, regardless of size, parity in voting rights with a "one-company, one-vote" rule.

Member companies enjoy financial benefits, including reduction of R&D costs. Sharing resources and knowledge allows businesses to focus on innovating new products, so everyone wins.

## Member Representative Advantages

Many engineers initiate the opportunity to represent their organization, adding to their own value as they:

- Become counted among worldwide industry colleagues driving the standards setting process.
- Benefit from the opportunity to both influence standards development as well as gain early access to emerging standards.
- Establish a network of industry contacts, creating lasting alliances.
- Sharpen skills and stay ahead of industry trends by sharing knowledge and participating in continuing education conferences.
- Access **JEDEC**'s members-only website featuring **JEDEC** confidential meeting minutes, committee showings, online voting system and more.
- Partner with **JEDEC** staff to navigate resources, member services and other benefits.

## Membership Eligibility

Any company or organization conducting business that itself or through a related entity manufactures electronic equipment or electronics-related products or related services is eligible for membership. Companies may designate one principal member and alternate members to the committee(s) of their choice. With approval of the committee chair, a company representative may attend a committee meeting as a guest to see first-hand the benefits of participating in **JEDEC**.



## Be Involved
## Become a Member Today
*...and gain valuable access to pre-publication materials and proposals that put you ahead of the competition. Applications for membership available online.*

## www.JEDEC.org

JEDEC

www.JEDEC.org



