# Exhibit 7

Menu

(/)

*Global Standards for the Microelectronics Industry*

# Join JEDEC

## Become a JEDEC Member Company

*For: companies who want to shape the future of JEDEC standards and the industry*
As a JEDEC member, your company will join with other industry leaders in driving the development of open standards for the global microelectronics industry.

Please note: if your company is already a member of JEDEC and you would like access to the restricted members' website, please contact Arlene Collier (mailto:arlenec@jedec.org) for assistance.

## How To Apply

1. Choose your membership **dues level (/join-jedec/membership-dues-details)** & **committee selection (/committees)**

2. Fill out the online **membership application (https://online.jedec.org/jedecssa/censsacustmast.insert_page?p_return_page=Login_Page&p_varname=p_val_arr[0]&p_colname=p_last_nm&p_varname=p_val_arr[1]&p_colname=p_alias&p_varname=p_val_arr[2]&p_colname=p_login_id&p_varname=p_val_arr[3]&p_colname=p_passwd&p_context=MEMSSA_ADMINISTRATOR&p_success_url=jedecmemssaord.admin_join)**

3. Select a payment method and submit the form
   **New member companies enjoy a 50% discount!**

4. Login credentials for the JEDEC members' website will be issued upon receipt of payment

# About JEDEC Company Membership

JEDEC member companies are represented in standards development activities by over 3,000 dedicated volunteers participating in over 50 JEDEC committees. Members enjoy many benefits, including valuable access to pre-publication materials and proposals that put them ahead of the competition.

A range of affordable membership options is available depending on committee participation level, from $3,200 to $19,200 per calendar year.

## New Member Discount

50% off the first year's dues for any membership level. Available for new member companies only.

Learn more about the **benefits of membership (/join-jedec/membership-benefits)**, review JEDEC's **dues structure**, (/join-jedec/membership-dues-details) or **apply for membership (https://online.jedec.org/jedecssa/censsacustmast.insert_page?p_return_page=Login_Page&p_varname=p_val_arr[0]&p_colname=p_last_nm&p_varname=p_val_arr[1]&p_colname=p_alias&p_varname=p_val_arr[2]&p_colname=p_login_id&p_varname=p_val_arr[3]&p_colname=p_passwd&p_context=MEMSSA_ADMINISTRATOR&p_success_url=jedecmemssaord.admin_join)** today.

## Membership Assistance

Contact Arlene Collier, Membership Coordinator (/contact?category=Membership%20Assistance) 703-907-7534

## Register to Access Standards

*Looking for access to published standards?* Most site content is available for non-members at no charge with registration (https://www.jedec.org/user/register).  Selected standards are free for members, but are only available to non-members for a fee.