# **Exhibit 8**

Menu

(/)

*Global Standards for the Microelectronics Industry*

# Standards & Documents Search

Click a term to initiate a search.

## Document Types

- Annex (Annexes for JESD21-C) (1) (/document_search/field_doc_type/128)
- CO- (Carrier Outlines) (36) (/document_search/field_doc_type/140)
- CS- (Carrier Standards) (8) (/document_search/field_doc_type/136)
- DG- (Design Guideline) (16) (/document_search/field_doc_type/117)
- DIMM (DIMM Index Page) (1) (/document_search/field_doc_type/120)
- DIMM-LABEL (4.19 DIMM Label) (5) (/document_search/field_doc_type/8797)
- DO- (Diode Outlines) (19) (/document_search/field_doc_type/129)
- DR- (Design Registration) (7) (/document_search/field_doc_type/115)
- DRAM (3.9 Dynamic Random Access Memory) (6) (/document_search/field_doc_type/114)
- EEPROM (3.5 Electrically Erasable Programmable Read Only Memory) (4) (/document_search/field_doc_type/113)
- EIA (EIA Standards) (10) (/document_search/field_doc_type/152)
- EPROM (3.4 Erasable Programmable Read Only Memory) (3) (/document_search/field_doc_type/112)
- GS- (Gauge Standards) (10) (/document_search/field_doc_type/137)
- IPC/JEDEC (Joint IPC/JEDEC Standard) (1) (/document_search/field_doc_type/119)
- J-STD- (Joint IPC/JEDEC Standards) (8) (/document_search/field_doc_type/151)
- JEB (JEDEC Engineering Bulletins) (8) (/document_search/field_doc_type/146)
- JEP (JEDEC Publications) (117) (/document_search/field_doc_type/150)
- JES (JEDEC Specifications) (1) (/document_search/field_doc_type/153)
- JESD (JEDEC Standards) (421) (/document_search/field_doc_type/148)
- JIG (Joint Industry Guide) (2) (/document_search/field_doc_type/143)
- JM (JEDEC Manual) (7) (/document_search/field_doc_type/145)
- JP (Joint Publication) (1) (/document_search/field_doc_type/144)
- JS (Joint Standard) (6) (/document_search/field_doc_type/118)
- JTR (Joint Standard) (1) (/document_search/field_doc_type/9239)
- MCP (3.12 Multi Chip Packages) (4) (/document_search/field_doc_type/83)

- MO- (Microelectronic Outlines) (348) (/document_search/field_doc_type/130)
- MODULE (4, 4.2, 4.3, 4.4, 4.5, 4.6, 4.7 Modules) (119) (/document_search/field_doc_type/82)
- MPDRAM (3.10 Multiport Dynamic Random Access Memory) (5) (/document_search/field_doc_type/106)
- MS- (Microelectronic Standards) (34) (/document_search/field_doc_type/132)
- NVRAM (3.6 Nonvolatile Random Access Memory) (2) (/document_search/field_doc_type/111)
- PR (Preliminary Release for JESD21-C) (8) (/document_search/field_doc_type/116)
- PROM (3.3 Programmable Read Only Memory) (3) (/document_search/field_doc_type/107)
- PS- (Performance Standards) (6) (/document_search/field_doc_type/133)
- PSRAM (3.8 Pseudostatic Random Access Memory) (1) (/document_search/field_doc_type/109)
- RDF (Registration Data Format) (1) (/document_search/field_doc_type/142)
- ROM (3.2 Read Only Memory) (2) (/document_search/field_doc_type/108)
- SDRAM (3.11 Synchronous Dynamic Random Access Memory) (16) (/document_search/field_doc_type/105)
- SO- (Socket Outlines) (30) (/document_search/field_doc_type/134)
- SPD (4.1.2 Serial Presence Detect) (26) (/document_search/field_doc_type/84)
- SPP- (Standard Practices and Procedures) (25) (/document_search/field_doc_type/122)
- SRAM (3.7 Static Random Access Memory) (11) (/document_search/field_doc_type/110)
- TENTSTD (Tentative Standards) (4) (/document_search/field_doc_type/149)
- TO- (Transistor Outlines) (53) (/document_search/field_doc_type/131)
- TS- (Transistor Standards) (5) (/document_search/field_doc_type/138)
- UO- (Uncased Outlines) (2) (/document_search/field_doc_type/139)
- US- (Uncased Standards) (1) (/document_search/field_doc_type/135)

---

## Request Assistance

**Standards & Documents Assistance:**

Email Julie Carlson (/contact?category=JEDEC Standards and Documents)

For other assistance, including website or account help, contact JEDEC by email here (https://www.jedec.org/contact).

Copyright © 2023 JEDEC. All Rights Reserved.