# Exhibit 11

|     | **PRODBEG**      | **PRODEND**      | **CONF**                                | **FILENAME**                                                                        |
| --- | ---------------- | ---------------- | --------------------------------------- | ----------------------------------------------------------------------------------- |
| 1.  | JEDEC00000832    | JEDEC00000881    | CONFIDENTIAL - ATTORNEYS' EYES ONLY     | CM0705-A.pdf                                                                        |
| 2.  | JEDEC00003288    | JEDEC00003310    | CONFIDENTIAL - ATTORNEYS' EYES ONLY     | nm0703--.pdf                                                                        |
| 3.  | JEDEC00005508    | JEDEC00005531    | CONFIDENTIAL - ATTORNEYS' EYES ONLY     | RM0406-3.pdf                                                                        |
| 4.  | JEDEC00006148    | JEDEC00006175    | CONFIDENTIAL - ATTORNEYS' EYES ONLY     | rm0612-3.pdf                                                                        |
| 5.  | JEDEC00017963    | JEDEC00017965    | CONFIDENTIAL - ATTORNEYS' EYES ONLY     | JC404^20110303^158.01.1^Intel^DDR4_LRDIMM_2nd_Showing.pdf                           |
| 6.  | JEDEC00017966    | JEDEC00017993    | CONFIDENTIAL - ATTORNEYS' EYES ONLY     | jc404^20120304^0311.12^Intel^DDR4_DB_Buffer_Control_Words_2nd_Showing.pdf           |
| 7.  | JEDEC00017994    | JEDEC00018007    | CONFIDENTIAL - ATTORNEYS' EYES ONLY     | jc404^20120304^0311.13^Intel^DDR4_DB_BCOM_Protocol_2nd_Showing.pdf                  |
| 8.  | JEDEC00018008    | JEDEC00018017    | CONFIDENTIAL - ATTORNEYS' EYES ONLY     | jc404^20120304^0311.14^Intel^DDR4_DB_Training_Modes_2nd_Showing.pdf                 |
| 9.  | JEDEC00033061    | JEDEC00033064    | CONFIDENTIAL - ATTORNEYS' EYES ONLY     | 100605155215777--WIO-ball-map-proposal-JEDEC-6-7-10.pdf                             |
| 10. | JEDEC00033065    | JEDEC00033067    | CONFIDENTIAL - ATTORNEYS' EYES ONLY     | 100912130120910--ri77718_ECT_DG_0160_FMM_Wide_SR_Scheme_100910_Elpida.pdf           |
| 11. | JEDEC00033568    | JEDEC00033585    | CONFIDENTIAL - ATTORNEYS' EYES ONLY     | JC42^20110606^1797.00^Nvidia^TG42_1_TG_Report.pdf                                   |
| 12. | JEDEC00033606    | JEDEC00033610    | CONFIDENTIAL - ATTORNEYS' EYES ONLY     | JC422_1^20110606^1787.05^Advantest^TSV_Tile_Clocking_Command_2nd_showing.pdf        |
| 13. | JEDEC00035864    | JEDEC00035874    | CONFIDENTIAL - ATTORNEYS' EYES ONLY     | 1787_01_Avago_Memory Sheet JEDEC June2010 (1).pdf                                   |