# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC. | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:21-cv-463-JRG ) |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., | ) **JURY TRIAL DEMANDED** ) ) ) ) |
| Defendants. | ) |

## ORDER

The Court, having considered the briefing on Plaintiff's Motion for Summary Judgment Finding JEDEC Materials Are Not Publicly Accessible, Defendant's Opposition, and supporting documents attached thereto, is of the opinion that said motion should be granted.

**IT IS SO ORDERED.**