UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., <br><br> Defendants. | Case No. 2:21-CV-463-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF YANAN ZHAO IN SUPPORT OF NETLIST, INC.'S MOTION TO STRIKE PORTIONS OF THE REBUTTAL EXPERT REPORT OF PHILIP KLINE**

**I, Yanan Zhao, declare as follows**:

1.  I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Motion for Leave to Amend Its Preliminary Infringement Contentions. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2.  Attached as **Exhibit 1** is a true and correct copy of the excerpt of rebuttal Expert Report of Philip W. Kline, dated January 31, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 3, 2023, in Los Angeles, California.

By /s/ *Yanan Zhao*<br>Yanan Zhao