**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **NETLIST, INC.,** | § § § | |
| **Plaintiff,** | § § | CIVIL ACTION NO. 2:21-CV-00463-JRG |
| v. | § § § | |
| **SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC.,** | § § § § § | |
| **Defendants.** | | |

## HOTLINE ORDER

On February 10, 2023, Plaintiff's counsel contacted the court during the deposition of Defendants' expert witness and the court conducted a hotline hearing. Plaintiff's counsel requested an order directing responsive answers from the expert witness. The court concluded that there was nothing for the court to rule on at this juncture and admonished the witness to answer the questions.

**So ORDERED and SIGNED this 10th day of February, 2023.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1