# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil Action No. 2:21-CV-463-JRG |
| | ) |
| SAMSUNG ELECTRONICS CO., LTD., | ) |
| SAMSUNG ELECTRONICS AMERICA, | ) |
| INC., SAMSUNG SEMICONDUCTOR, | ) |
| INC., | ) |
| | ) |
| *Defendants.* | ) |

## ORDER

The Court enters this order *sua sponte*. Trial in this case was set for May 1, 2023. (*See* Dkt. No. 191.) This Order amends that date, and the trial date is now set for April 17, 2023. Accordingly, the deadlines in the above-captioned case are amended as follows:

| Previous deadline | New deadline | Event |
|---|---|---|
| May 1, 2023 | **April 17, 2023** | Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| April 3, 2023 | **March 20, 2023** | * If a juror questionnaire is to be used, an editable (in Microsoft Word format) questionnaire shall be jointly submitted to the Deputy Clerk in Charge by this date. |
| March 27, 2023 | No Change | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| March 20, 2023 | No Change | *Notify Court of Agreements Reached During Meet and Confer

The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| March 20, 2023 | No Change | *File Joint Pretrial Order, Joint Proposed JuryInstructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |

| March 13, 2023 | No Change | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shawn McRoberts, at<br><br>shawn_mcroberts@txed.uscourts.gov. |
|---|---|---|
| March 10, 2023 | No Change | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| March 6, 2023 | No Change | Serve Objections to Rebuttal Pretrial Disclosures |
| February 27, 2023 | No Change | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| February 13, 2023 | No Change | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |

| | | |
|---|---|---|
| February 17, 2023 | No Change | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV- 7(e), not to exceed the deadline as set forth in this Docket Control Order.  Motions for Summary Judgment shall comply with Local Rule CV-56. |
| February 3, 2023 | No Change | *File Motions to Strike Expert Testimony(including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| February 3, 2023 | No Change | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7. Motions to extend page limits will only be granted in exceptional circumstances.  Exceptional circumstances require more than agreement among the parties. |
| February 10, 2023 | No Change | Deadline to Complete Expert Discovery for Infringement and Validity Expert(s) in connection with the '918, '054, '506, and '339 patents, including Mr. Halbert and rebuttal thereto. |
| February 10, 2023 | No Change | Deadline to Complete Expert Discovery as to Samsung's Non-Infringement Expert in |

- 5 -

| | | |
|---|---|---|
| | | connection with U.S. Patent Nos. 8,787,060 and 9,318,160; Samsung's Damages-Related Experts; Netlist's Expert(s) in connection with U.S. Patent Nos. 8,787,060 and 9,318,160; and Netlist's Damages-Related Experts. |

**So ORDERED and SIGNED this 10th day of February, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE