# Exhibit 11

█████████████████████████

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>            Defendant. | Case No. 8:20-cv-00993-MCS-ADS<br><br>**JUDGMENT** |

1

Pursuant to the jury's Verdict, the Court's Order Re: Motions for Summary Judgment and Related Applications, and the Court's Order Re: Motions for Entry of Judgment, it is ordered, adjudged and decreed:

1. Judgment is entered in favor of Plaintiff Netlist Inc. and against Defendant Samsung Electronics Co., Ltd., on Netlist's first claim for breach of the supply provision in the parties' contract, Joint Development and Licensing Agreement ("JDLA") § 6.2. Netlist shall recover nominal damages in the amount of $1.00.

2. Judgment is entered in favor of Netlist and against Samsung on Netlist's second claim for breach of the NRE fee payment obligation, JDLA §§ 3.1–.2. Netlist shall recover nominal damages in the amount of $1.00.

3. Judgment is entered in favor of Netlist and against Samsung on Netlist's third claim for declaratory relief. Netlist terminated the JDLA pursuant to JDLA § 13.2, and Samsung's licenses and rights under the JDLA have ceased.

**IT IS SO ORDERED.**

Dated: February 15, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE