# EXHIBIT 7

Document Sought to Be Filed Under Seal