# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:21-CV-463-JRG ) |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., | ) JURY TRIAL DEMANDED ) ) ) ) |
| Defendants. | ) |

## ORDER

The Court, having considered the briefing on Plaintiff's Motion for Leave to Supplement Expert Reports, Defendants' Opposition, and supporting documents attached thereto, is of the opinion that said motion should be granted.

**IT IS SO ORDERED.**