# Exhibit 1

| | |
|---|---|
| **From:** | Katherine Reardon <reardon@fr.com> |
| **Sent:** | Friday, February 3, 2023 11:10 AM |
| **To:** | Sheasby, Jason; Tezyan, Michael; #Netlist-Samsung-E.D.Tex; jtruelove@mckoolsmith.com; ~Baxter, Samuel; sooh@lhlaw.com; prho@lhlaw.com |
| **Cc:** | FISH SERVICE Samsung/Netlist; aahn@cov.com; bnester@cov.com; ~Smith, Melissa |
| **Subject:** | RE: Netlist v. Samsung, No. 21-cv-463 EDTX: Followup from Meet and Confer |

Jason,

That's correct – we oppose.

Thanks,
Kate

**Katherine H. Reardon ::** Fish & Richardson P.C. **::** 212 641 2235

---

**From:** Sheasby, Jason <JSheasby@irell.com>
**Sent:** Friday, February 03, 2023 1:52 PM
**To:** Katherine Reardon <reardon@fr.com>; Tezyan, Michael <mtezyan@irell.com>; #Netlist-Samsung-E.D.Tex <Netlist-Samsung-E.D.Tex@irell.com>; jtruelove@mckoolsmith.com; Sam Baxter <sbaxter@mckoolsmith.com>; sooh@lhlaw.com; prho@lhlaw.com
**Cc:** FISH SERVICE Samsung/Netlist <FISHSERVICESamsung/Netlist@fr.com>; aahn@cov.com; bnester@cov.com; melissa@gillamsmithlaw.com
**Subject:** Re: Netlist v. Samsung, No. 21-cv-463 EDTX: Followup from Meet and Confer

[This email originated outside of F&R.]

We disagree. It is standard practice for file an MTS per report. This is especially important given the breadth of the reports. In an excess of caution we will file a motion for leave even if it is not necessary. We assume you will oppose.

Thanks
JS

From: Katherine Reardon <reardon@fr.com>
Date: Friday, February 3, 2023 at 10:48 AM
To: "Tezyan, Michael" <mtezyan@irell.com>, Jason Sheasby <JSheasby@irell.com>, "#Netlist-Samsung-E.D.Tex" <Netlist-Samsung-E.D.Tex@irell.com>, "jtruelove@mckoolsmith.com" <jtruelove@mckoolsmith.com>, "~Baxter, Samuel" <sbaxter@mckoolsmith.com>, "sooh@lhlaw.com" <sooh@lhlaw.com>, "prho@lhlaw.com" <prho@lhlaw.com>
Cc: FISH SERVICE Samsung/Netlist <FISHSERVICESamsung/Netlist@fr.com>, "aahn@cov.com" <aahn@cov.com>, "bnester@cov.com" <bnester@cov.com>, Melissa ~Smith <melissa@gillamsmithlaw.com>
Subject: Netlist v. Samsung, No. 21-cv-463 EDTX: Followup from Meet and Confer

1

Michael, Yanan,

After you raised that Netlist intended to file a Daubert motion per expert report on the meet and confer yesterday evening, we consulted with local counsel, and our position is that L.R. 7 allows only one Daubert per expert before Judge Gilstrap, which is a position Judge Gilstrap has made clear in previous pre-trial conferences. As such, Samsung intends to file only one Daubert motion per expert (for Dr. Brogioli, Dr. Mangione-Smith, Mr. Kennedy, and Mr. Groehn, as discussed). To the extent Netlist intends to file more than one Daubert per expert report, it is our position that Netlist would need to seek leave to do so.

Regards,
Kate

Katherine H. Reardon :: Principal :: Fish & Richardson P.C.
212 641 2235 direct :: 315 868 9770 mobile :: reardon@fr.com<mailto:reardon@fr.com>
fr.com<https://protect-us.mimecast.com/s/yJSjCrkYpJIDAkKoiz2SkE/> :: Bio<https://protect-us.mimecast.com/s/-gf2Cv2jwNIyWYmKfzZAZ1/> :: LinkedIn<https://protect-us.mimecast.com/s/sN5_CwpkxOhRLqM9HKwVpt/>

************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
************************************************************************************************************

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
************************************************************************************************************