UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.<br>and SAMSUNG SEMICONDUCTOR, INC.,<br><br>                    Defendants. | Civil Case No. 2:21cv463-JRG<br><br>**JURY TRIAL DEMANDED** |

## SAMSUNG'S NOTICE PURSUANT TO 35 U.S.C. § 282

Pursuant to 35 U.S.C. § 282, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Semiconductor, Inc., (collectively, "Samsung"), provide notice that in the trial of the above-captioned matters, Samsung may rely on one or more of the prior art references identified in this Notice, either alone or in combination.

Samsung has already provided notice to Plaintiff Netlist, Inc. ("Netlist") of the identity of certain publications, patents, and persons within the ambit of § 282 through the pleadings and correspondence in this case, including, but not limited to, invalidity contentions, expert witness reports, testimony, responses to interrogatories, disclosures under Rule 26, the Discovery Order, and the Local Patent Rules, and material disclosed in trial exhibit lists.  Samsung expressly incorporates herein by reference all of the publications, patents, and specification of persons within the ambit of § 282 previously cited in these pleadings, testimony, expert reports, correspondence and other materials.  Samsung also reserves the right to rely on any description of the prior art within the specifications of the asserted patents or items of prior art cited on their

face.  Samsung reserves the right to amend and/or supplement this Notice to add items to this statement that were inadvertently omitted.  In addition to each of the following identified prior art references, Samsung may rely on the applicant's admitted prior art for each of the Asserted Patents.

**Prior Art to Asserted 8,787,060**

A.     U.S. Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|--------|-------------|------------|-----------------|--------------------|
| 3,044,909 | Oct. 23, 1958 | July 17, 1962 | W. Shockley | n/a |
| 3,343,256 | Dec. 28, 1964 | Sept. 26, 1967 | Merlin G. Smith; Emanuel Stern | International Business Machines Corporation |
| 3,648,131 | Nov. 7, 1969 | Mar. 7, 1972 | Kenneth P. Stuby | International Business Machines Corporation |
| 3,651,490 | June 8, 1970 | Mar. 21, 1972 | Katsuhiro Onoda; Ryo Igarashi; Toshlo Wada; Sho Nakanuma; Toru Tsujlde | Nippon Electric Co., Ltd. |
| 5,793,115 | Sep. 29, 1994 | Aug. 11, 1998 | Paul M. Zawracky; Matthew Zavracky; Duy-Phach Wu; Brenda Dingle | Kopin Corporation |
| 6,222,276 | Apr. 7, 1998 | Apr. 24, 2001 | Claude Louis Bertin; Wayne John Howell; William R. Tonti; Jerzy Maria Zalesinski | International Business Machines Corporation |

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 6,243,283 | Jun. 7, 2000 | Jun. 5, 2001 | Claude Louis Bertin; John A. Fifield; Erik Leigh Hedberg; Russell J. Houghton; Timothy Dooling Sullivan; Steven William Tomashot; William R. Tonti | International Business Machines Corporation |
| 7,123,497 | Apr. 21, 2004 | Oct. 17, 2006 | Yoshinori Matsui; Toshio Sugano; Hiroaki Ikeda | Elpida Memory, Inc. |
| 7,209,376 | Jun. 14,2005 | Apr. 24, 2007 | Hideaki Saito; Yasuhiko Hagihara; Muneo Fukaishi; Masayuki Mizuno; Hiroaki Ikeda; Kayoko Shibata | NEC Corporation; Elpida Memory, Inc. |
| 7,623,365 | Aug. 29, 2007 | Nov. 24, 2009 | Joe M. Jeddeloh | Micron Technology, Inc. |
| 7,633,165 | Sep. 8, 2008 | Dec. 15, 2009 | Kuo-Ching Hsu; Chen-Shien Chen; Boe Su; Hon-Lin Huang | Taiwan Semiconductor Manfacturing Company, Ltd. |
| 7,683,459 | Jun.2,2008 | Mar.23,2010 | Wei Ma; Xunqing Shu; Chang Hwa Chung | Hong Kong Applied Science and Technology Research Institute Company, Ltd. |

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 7,796,446 | Sep.19, 2008 | Sep. 14, 2010 | Hermann Ruckerbauer; Michael Bruennert; Ullrich Menczigar; Christian Mueller; Sitt Tontsirin; Georg Braun; Dominique Savignac | Qimonda AG |
| 7,952,201 | Apr. 13, 2010 | May 31, 2011 | Kayoko Shibata; Hiroaki Ikeda | Elpida Memory, Inc. |
| 7,969,192 | Mar. 26, 2010 | Jun. 28, 2011 | Theodore J. Wyman; John Treza | Cufer Asset Ltd. L.L.C. |
| 8,054,664 | Dec. 15, 2009 | Nov. 8, 2011 | Shiro Harashima; Wataru Tsukada | Elpida Memory, Inc. |
| 8,174,859 | Nov. 16, 2009 | May 8, 2012 | Joe M. Jeddeloh | Micron Technology, Inc. |
| 8,243,488 | Oct. 11, 2011 | Aug. 14, 2012 | Shiro Harashima; Wataru Tsukada | Elpida Memory, Inc. |
| 8,275,936 | Sep. 21,2009 | Sep. 25, 2012 | Christopher Haywood; Gopal Raghavan; Chao Xu | Inphi Corporation |
| 8,347,057 | Aug.13, 2010 | Jan. 1, 2013 | Yoji Nishio; Takao Ono | Elpida Memory, Inc. |
| 8,462,535 | Jul. 16, 2012 | Jun. 11, 2013 | Shiro Harashima; Wataru Tsukada | Elpida Memory, Inc. |
| 8,473,653 | Oct. 5, 2010 | Jun. 25, 2013 | Chikara Kondo; Naohisa Nishioka | Elpida Memory, Inc. |
| 8,593,849 | Nov. 27, 2012 | Nov. 26, 2013 | Joe M. Jeddeloh | Micron Technology, Inc. |
| 8,593,891 | Sep. 22, 2011 | Nov. 26, 2013 | Naohisa Nishioka | Elpida Memory, Inc. |
| 8,693,277 | Jan.10,2012 | Apr. 8, 2014 | Junichi Hayashi | Elpida Memory, Inc. |
| 8,788,738 | Dec. 5, 2011 | Jul. 22, 2014 | Yoshiro Riho | n/a |
| 8,885,380 | Aug. 12, 2011 | Nov. 11, 2014 | Uk-song Kang; Young-hyun Jun; Joo-sun Choi | Samsung Electronics Co., Ltd. |

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 9,035,444 | Jun. 11, 2012 | May 19, 2015 | Homare Sato | PS4 Luxco S.a.r.l. |
| 9,160,349 | Aug. 27, 2009 | Oct. 13, 2015 | Yantao Ma | Micron Technology, Inc. |

**B.     U.S. Patent Application Publications**

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| 2008/0025137 | Jul. 31, 2006 | Jan. 31, 2008 | Suresh Natarajan Rajan; Keith R. Schakel; Michael John Sebastian Smith; David T. Wang; Frederick Daniel Weber |
| 2010/0110745 | Oct. 30, 2008 | May 6, 2010 | Joe M. Jeddeloh; Paul A. LaBerge |
| 2011/0103156 | Dec. 29, 2009 | May 5, 2011 | Jae Ii Kim; Jong Chern Lee |

**C.     Non-Patent Publications**

| Title | Publication Date | Page Nos. |
|---|---|---|
| [1986, Akasaka-1] Yoichi Akasaka "Three-Dimensional IC Trends" | December 1986 | All |
| [1986, Akasaka-2] "Concept and Basic Technologies for 3-D IC Structure" | 1986 | All |
| [1991, Harter] Andrew Harter "Three-Dimensional Integrated Circuit Layout" | 1991 | All |
| [1995, Robins] "Three-Dimensional Field Programmable Gate Arrays" | 1995 | All |
| [1996, Alexander] "High-Performance Routing Algorithms for Field-Programmable Gate Arrays," doctoral dissertation on 3D die stacking | August 1996 | All |
| [1996, Robins] "Placement and Routing for Three-Dimensional FPGAs" | 1996 | All |
| [2000, Karro] John Karro, "Algorithmic and Theoretical Problems Related to the Physical Design of Three Dimensional Field Programmable Gate Arrays" | August 2000 | All |
| [2000, Savastiouk-1] Sergey Savastiouk et al., "Thru-Silicon Interconnect Technology" | 2000 | All |
| [2004, Vogt] "Fully Buffered DIMM (FB-DIMM) Server Memory Architecture: Capacity, Performance, Reliability, and Longevity" | February 18, 2004 | All |
| [2005, Nasr] Rami Nasr "FBSIM and the Fully Buffered DIMM Memory System Architecture." | 2005 | All |
| [2008, Garrou] Garrou et al "Handbook of 3D Integration" | 2008 | All |
| [2008, Jacob] Jacob, Memory Systems Cache, DRAM, Disk | 2008 | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| [2008, Tan] Wafer Level 3-D ICs Process Technology | 2008 | All |
| [2009, Brown] Fundamentals of Digital Logic with VHDL Design, Third Edition | 2009 | All |
| [2009, Micron] Registered DIMM (RDIMM), DDR3 1.5V SDRAM RDIMM, 2GB, Data Sheet, one of Micron's early RDIMM products | 2009 | All |
| [2009, Pavlidis] Pavlidis and Friedman "Three-dimensional Integrated Circuit Design (Systems on Silicon)." | 2009 | All |
| [2010, Inphi] "Enabling Cloud Computing and Server Virtualization with Improved Power Efficiency" | 2010 | All |
| [2010, Micron] Load Reduced DIMM, DDR3 1.35V SDRAM LRDIMM, 32GB (part number MT72JSZS4G72LZ), Data Sheet, one of Micron's early LRDIMM products | 2010 | All |
| [2011, Campardo] "Memory Mass Storage" | 2011 | All |
| [2011, Papanikolaou] Papanikolaou et al "Three Dimensional System Integration - IC Stacking Process and Design" | 2011 | All |
| [2011, Washkewicz and JEDEC] DDR3 Memory Buffer - Buffer at the Heart of the LRDIMM Architecture | 2011 | All |
| Committee Item Number 1777.18, Future Mobile Memory (FMM) Wide I/O Refresh Scheme, Second Showing | September 2010 | All |
| Committee Item Number 1777.29, Wide I/O Ball Map Baseline Proposal, First Showing | June 7, 2010 | All |
| Committee Item Number 1787.05, TSV Tile Memory Clocking & Command, Second Showing | April 2011 | All |
| Committee Item Number 1797.00, Future High Bandwidth Memory TG, TG Report | September 2011 | All |

## D.     Prior Art Systems and Inventions Known or Used by Others[1]

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| [2006, JEDEC] Instrumentation Chip Data Sheet for FBDIMM Diagnostic Senselines (JESD82-22) | November 2006 | All |
| [2007, JEDEC] Appendix X-Serial Presence Detect (SPD) for Fully Buffered DIMM (Standard 21-C) | 2007 | All |
| [2007, JEDEC] FBDIMM - Architecture and Protocol Standard (JESD206) | January 2007 | All |

---

[1] Samsung's identification of prior art in this section should not be construed as an admission that such prior art does not also qualify as another category of prior art such as a printed publication.

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| [2007, JEDEC] FBDIMM Specification - DDR2 SDRAM Fully Buffered DIMM (FBDIMM) Design Specification (JESD205) | March 2007 | All |
| [2008, JEDEC] FBDIMM Specification - High Speed Differential PTP Link at 1.5 V (JESD8-18A) | March 2008 | All |
| [2008, JEDEC] Fully Buffered DIMM Design for Test, Design for Validation (DFx) (JESD82-28A) | July 2008 | All |
| [2009, JEDEC - TSVs] "3D Chip Stack with Through-Silicon Vias (TSVS) - Identifying, Evaluating, and Understanding Reliability Interactions." | November 2009 | All |
| [2009, JEDEC] "MIPI M-PHY Future Mobile PHY Proposal," Committee Item Number 1776.10, Second Showing | September 2009 | All |
| [2009, JEDEC] "Wide-IO TG Report," Committee Item Number 1777.00 | December 2009 | All |
| [2009, JEDEC] FBDIMM Advanced Memory Buffer (AMB) (JESD82-20A) | March 2009 | All |
| [2010, JEDEC] "A Stackable, Configurable Memory Sheet for ASICs: First Showing," "Committee Item Number 1787.01" | Sept. 13, 2010 | All |
| [2010, JEDEC] "Advanced Memory Package Proposal," First Showing | March 2010 | All |
| [2010, JEDEC] "FMD – Wide I/O TG, Read Clock Proposal" | March 2010 | All |
| [2011, JEDEC] "Future High Bandwidth Memory TG," Item# 1797.00, TG42_1: TG Report | 2011 | All |
| [2011, JEDEC] "Server Memory Trends - Past and Future | 2011 | All |

**Prior Art to Asserted 9,318,160**

A.   **U.S. Patents**

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 3,044,909 | Oct. 23, 1958 | July 17, 1962 | W. Shockley | n/a |
| 3,343,256 | Dec. 28, 1964 | Sept. 26, 1967 | Merlin G. Smith; Emanuel Stern | International Business Machines Corporation |
| 3,648,131 | Nov. 7, 1969 | Mar. 7, 1972 | Kenneth P. Stuby | International Business Machines Corporation |

7

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 3,651,490 | June 8, 1970 | Mar. 21, 1972 | Katsuhiro Onoda; Ryo Igarashi; Toshlo Wada; Sho Nakanuma; Toru Tsujlde | Nippon Electric Co., Ltd. |
| 5,793,115 | Sep. 29, 1994 | Aug. 11, 1998 | Paul M. Zawracky; Matthew Zavracky; Duy-Phach Wu; Brenda Dingle | Kopin Corporation |
| 6,222,276 | Apr. 7, 1998 | Apr. 24, 2001 | Claude Louis Bertin; Wayne John Howell; William R. Tonti; Jerzy Maria Zalesinski | International Business Machines Corporation |
| 6,243,283 | Jun. 7, 2000 | Jun. 5, 2001 | Claude Louis Bertin; John A. Fifield; Erik Leigh Hedberg; Russell J. Houghton; Timothy Dooling Sullivan; Steven William Tomashot; William R. Tonti | International Business Machines Corporation |
| 7,123,497 | Apr. 21, 2004 | Oct. 17, 2006 | Yoshinori Matsui; Toshio Sugano; Hiroaki Ikeda | Elpida Memory, Inc. |
| 7,209,376 | Jun. 14,2005 | Apr. 24, 2007 | Hideaki Saito; Yasuhiko Hagihara; Muneo Fukaishi; Masayuki Mizuno; Hiroaki Ikeda; Kayoko Shibata | NEC Corporation; Elpida Memory, Inc. |
| 7,623,365 | Aug. 29, 2007 | Nov. 24, 2009 | Joe M. Jeddeloh | Micron Technology, Inc. |

8

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 7,796,446 | Sep.19, 2008 | Sep. 14, 2010 | Hermann Ruckerbauer; Michael Bruennert; Ullrich Menczigar; Christian Mueller; Sitt Tontsirin; Georg Braun; Dominique Savignac | Qimonda AG |
| 7,952,201 | Apr. 13, 2010 | May 31, 2011 | Kayoko Shibata; Hiroaki Ikeda | Elpida Memory, Inc. |
| 7,969,192 | Mar. 26, 2010 | Jun. 28, 2011 | Theodore J. Wyman; John Treza | Cufer Asset Ltd. L.L.C. |
| 8,054,664 | Dec. 15, 2009 | Nov. 8, 2011 | Shiro Harashima; Wataru Tsukada | Elpida Memory, Inc. |
| 8,174,859 | Nov. 16, 2009 | May 8, 2012 | Joe M. Jeddeloh | Micron Technology, Inc. |
| 8,243,488 | Oct. 11, 2011 | Aug. 14, 2012 | Shiro Harashima; Wataru Tsukada | Elpida Memory, Inc. |
| 8,275,936 | Sep. 21,2009 | Sep. 25, 2012 | Christopher Haywood; Gopal Raghavan; Chao Xu | Inphi Corporation |
| 8,347,057 | Aug.13, 2010 | Jan. 1, 2013 | Yoji Nishio; Takao Ono | Elpida Memory, Inc. |
| 8,462,535 | Jul. 16, 2012 | Jun. 11, 2013 | Shiro Harashima; Wataru Tsukada | Elpida Memory, Inc. |
| 8,473,653 | Oct. 5, 2010 | Jun. 25, 2013 | Chikara Kondo; Naohisa Nishioka | Elpida Memory, Inc. |
| 8,593,849 | Nov. 27, 2012 | Nov. 26, 2013 | Joe M. Jeddeloh | Micron Technology, Inc. |
| 8,593,891 | Sep. 22, 2011 | Nov. 26, 2013 | Naohisa Nishioka | Elpida Memory, Inc. |
| 8,693,277 | Jan.10,2012 | Apr. 8, 2014 | Junichi Hayashi | Elpida Memory, Inc. |
| 8,788,738 | Dec. 5, 2011 | Jul. 22, 2014 | Yoshiro Riho | n/a |
| 8,885,380 | Aug. 12, 2011 | Nov. 11, 2014 | Uk-song Kang; Young-hyun Jun; Joo-sun Choi | Samsung Electronics Co., Ltd. |

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 9,035,444 | Jun. 11, 2012 | May 19, 2015 | Homare Sato | PS4 Luxco S.a.r.l. |

**B.    U.S. Patent Application Publications**

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| 2008/0025137 | Jul. 31, 2006 | Jan. 31, 2008 | Suresh Natarajan Rajan; Keith R. Schakel; Michael John Sebastian Smith; David T. Wang; Frederick Daniel Weber |
| 2011/0103156 | Dec. 29, 2009 | May 5, 2011 | Jae Ii Kim; Jong Chern Lee |

**C.    Non-Patent Publications**

| Title | Publication Date | Page Nos. |
|---|---|---|
| [1986, Akasaka-1] Yoichi Akasaka "Three-Dimensional IC Trends" | December 1986 | All |
| [1986, Akasaka-2] "Concept and Basic Technologies for 3-D IC Structure" | 1986 | All |
| [1991, Harter] Andrew Harter "Three-Dimensional Integrated Circuit Layout" | 1991 | All |
| [1995, Robins] "Three-Dimensional Field Programmable Gate Arrays" | 1995 | All |
| [1996, Alexander] "High-Performance Routing Algorithms for Field-Programmable Gate Arrays," doctoral dissertation on 3D die stacking | August 1996 | All |
| [1996, Robins] "Placement and Routing for Three-Dimensional FPGAs" | 1996 | All |
| [2000, Karro] John Karro, "Algorithmic and Theoretical Problems Related to the Physical Design of Three Dimensional Field Programmable Gate Arrays" | August 2000 | All |
| [2000, Savastiouk-1] Sergey Savastiouk et al., "Thru-Silicon Interconnect Technology" | 2000 | All |
| [2004, Vogt] "Fully Buffered DIMM (FB-DIMM) Server Memory Architecture: Capacity, Performance, Reliability, and Longevity" | February 18, 2004 | All |
| [2005, Nasr] Rami Nasr "FBSIM and the Fully Buffered DIMM Memory System Architecture." | 2005 | All |
| [2008, Garrou] Garrou et al "Handbook of 3D Integration" | 2008 | All |
| [2008, Jacob] Jacob, Memory Systems Cache, DRAM, Disk | 2008 | All |
| [2008, Tan] Wafer Level 3-D ICs Process Technology | 2008 | All |
| [2009, Brown] Fundamentals of Digital Logic with VHDL Design, Third Edition | 2009 | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| [2009, Micron] Registered DIMM (RDIMM), DDR3 1.5V SDRAM RDIMM, 2GB, Data Sheet, one of Micron's early RDIMM products | 2009 | All |
| [2009, Pavlidis] Pavlidis and Friedman "Three-dimensional Integrated Circuit Design (Systems on Silicon)." | 2009 | All |
| [2010, Inphi] "Enabling Cloud Computing and Server Virtualization with Improved Power Efficiency" | 2010 | All |
| [2010, Micron] Load Reduced DIMM, DDR3 1.35V SDRAM LRDIMM, 32GB (part number MT72JSZS4G72LZ), Data Sheet, one of Micron's early LRDIMM products | 2010 | All |
| [2011, Campardo] "Memory Mass Storage" | 2011 | All |
| [2011, Papanikolaou] Papanikolaou et al "Three Dimensional System Integration - IC Stacking Process and Design" | 2011 | All |
| [2011, Washkewicz and JEDEC] DDR3 Memory Buffer - Buffer at the Heart of the LRDIMM Architecture | 2011 | All |
| Committee Item Number 1777.18, Future Mobile Memory (FMM) Wide I/O Refresh Scheme, Second Showing | September 2010 | All |
| Committee Item Number 1777.29, Wide I/O Ball Map Baseline Proposal, First Showing | June 7, 2010 | All |
| Committee Item Number 1787.05, TSV Tile Memory Clocking & Command, Second Showing | April 2011 | All |
| Committee Item Number 1797.00, Future High Bandwidth Memory TG, TG Report | September 2011 | All |

**D.     Prior Art Systems and Inventions Known or Used by Others[2]**

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| [2006, JEDEC] Instrumentation Chip Data Sheet for FBDIMM Diagnostic Senselines (JESD82-22) | November 2006 | All |
| [2007, JEDEC] Appendix X-Serial Presence Detect (SPD) for Fully Buffered DIMM (Standard 21-C) | 2007 | All |
| [2007, JEDEC] FBDIMM - Architecture and Protocol Standard (JESD206) | January 2007 | All |
| [2007, JEDEC] FBDIMM Specification - DDR2 SDRAM Fully Buffered DIMM (FBDIMM) Design Specification (JESD205) | March 2007 | All |
| [2008, JEDEC] FBDIMM Specification - High Speed Differential PTP Link at 1.5 V (JESD8-18A) | March 2008 | All |

---

[2] Samsung's identification of prior art in this section should not be construed as an admission that such prior art does not also qualify as another category of prior art such as a printed publication.

11

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| [2008, JEDEC] Fully Buffered DIMM Design for Test, Design for Validation (DFx) (JESD82-28A) | July 2008 | All |
| [2009, JEDEC - TSVs] "3D Chip Stack with Through-Silicon Vias (TSVS) - Identifying, Evaluating, and Understanding Reliability Interactions." | November 2009 | All |
| [2009, JEDEC] "MIPI M-PHY Future Mobile PHY Proposal," Committee Item Number 1776.10, Second Showing | September 2009 | All |
| [2009, JEDEC] "Wide-IO TG Report," Committee Item Number 1777.00 | December 2009 | All |
| [2009, JEDEC] FBDIMM Advanced Memory Buffer (AMB) (JESD82-20A) | March 2009 | All |
| [2010, JEDEC] "A Stackable, Configurable Memory Sheet for ASICs: First Showing," "Committee Item Number 1787.01" | Sept. 13, 2010 | All |
| [2010, JEDEC] "Advanced Memory Package Proposal," First Showing | March 2010 | All |
| [2010, JEDEC] "FMD – Wide I/O TG, Read Clock Proposal" | March 2010 | All |
| [2011, JEDEC] "Future High Bandwidth Memory TG," Item# 1797.00, TG42_1: TG Report | 2011 | All |
| [2011, JEDEC] "Server Memory Trends - Past and Future | 2011 | All |

**Prior Art to Asserted 10,860,506**

A.     **U.S. Patents**

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 8,001,434 | Apr. 13, 2009 | Aug. 16, 2011 | Hyun Lee; Jayesh R. Bhakta; Soonju Choi | Netlist, Inc. |
| 8,054,664 | Dec. 15, 2009 | Nov. 8, 2011 | Shiro Harashima; Wataru Tsukada | Elpida Memory, Inc. |
| 8,130,560 | Nov 13, 2007 | Mar. 6, 2012 | Suresb Natorajan Rajan; Michael John Sebastian Smith | Google Inc. |
| 8,243,488 | Oct. 11, 2011 | Aug. 14, 2012 | Shiro Harashima; Wataru Tsukada | Elpida Memory, Inc. |

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 8,275,936 | Sep. 21,2009 | Sep. 25, 2012 | Christopher Haywood; Gopal Raghavan; Chao Xu | Inphi Corporation |
| 8,347,057 | Aug.13, 2010 | Jan. 1, 2013 | Yoji Nishio; Takao Ono | Elpida Memory, Inc. |
| 8,462,535 | Jul. 16, 2012 | Jun. 11, 2013 | Shiro Harashima; Wataru Tsukada | Elpida Memory, Inc. |

**B.    U.S. Patent Application Publications**

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| 2006/0277355 | Jun. 1, 2005 | Dec. 7, 2006 | Mark Ellsberry; Paul Sweere; Michael Sansur; Grant Stockton |
| 2007/0008791 | Jul. 7, 2005 | Jan. 11, 2007 | Derrick Sai-Tang Butt; Hui-Yin Seto |
| 2010/0312956 | Jun. 3, 2010 | Dec. 9, 2010 | Atsushi Hiraishi; Toshio Sugano; Fumiyuki Osanai; Masayuki Nakamura; Hiroki Fujisawa; Shunichi Saito |

**C.    Non-Patent Publications**

| Title | Publication Date | Page Numbers |
|---|---|---|
| [1945, von Neumann] "First Draft of a Report on the EDVAC" | 1945 | All |
| [1977, Scientific American] | 1977 | All |
| [1978, Backus] John Backus (1924-2007) 1977 ACM Turing Award lecture | Aug. 1978 | All |
| [1983, Prince] "Semiconductor Memories" | 1983 | All |
| [1994, Markus] McGraw-Hill Electronics Dictionary, Fifth Edition | 1994 | All |
| [1994, Wulf] Bill Wulf "Hitting the Memory Wall: Implications of the Obvious." | Dec. 1994 | All |
| [1999, Graf] Modern Dictionary of Electronics, Seventh Edition | 1999 | All |
| [2000, IEEE] The Authoritative Dictionary of IEEE Standards Terms, Seventh Edition | 2000 | All |
| [2001, Gibilisco] The Illustrated Dictionary of Electronics, Eighth Edition | 2001 | All |

| Title | Publication Date | Page Numbers |
|---|---|---|
| [2004, Vogt] "Fully Buffered DIMM (FB-DIMM) Server Memory Architecture: Capacity, Performance, Reliability, and Longevity" | February 18, 2004 | All |
| [2005, Haas] "Fully-Buffered DIMM Technology Moves Enterprise Platforms to the Next Level" authored by Jon Haas, https://web.archive.org/web/20060107230729/ http://www.intel.com/technology/magazine/ computing/fully-buffered-dimm-0305.htm | March 2005 | All |
| [2005, Laplante] Comprehensive Dictionary of Electrical Engineering, Second Edition | 2005 | All |
| [2005, Nasr] Rami Nasr "FBSIM and the Fully Buffered DIMM Memory System Architecture." | 2005 | All |
| [2007, Chen] "The VLSI Handbook, Second Edition," | 2007 | All |
| [2008, Garrou] Garrou et al "Handbook of 3D Integration" | 2008 | All |
| [2008, Jacob] Jacob, Memory Systems Cache, DRAM, Disk | 2008 | All |
| [2008, Samsung] DDR3 SDRAM Specification, 240-pin Registered DIMM Based on 1 Gb D-Die 72-bit ECC, one of Samsung's early RDIMM products | Aug. 2008 | All |
| [2008, Tan] Wafer Level 3-D ICs Process Technology | 2008 | All |
| [2009, Micron] "Micron Introduces a New Way to Increase Server Memory Capacity and Improve Performance"] , July, 2009, https://investors.micron.com/news-releases/ news-release-details/micron-introduces-new-way-increase-server-memory-capacity-and | July 30, 2009 | All |
| [2009, Micron] "Micron's LRDIMM Redefines Server Memory Modules", July, 2009, https://hothardware.com/news/microns-lrdimm-redefines-server-memory-modules | July 31, 2009 | All |
| [2009, Micron] Registered DIMM (RDIMM), DDR3 1.5V SDRAM RDIMM, 2GB, Data Sheet, one of Micron's early RDIMM products | 2009 | All |
| [2009, Samsung] Samsung Semiconductor Product Selection Guide - Memory and Storage | Jan. 2009 | All |
| [2010, Inphi] "Enabling Cloud Computing and Server Virtualization with Improved Power Efficiency" | 2010 | All |
| [2010, Micron] Load Reduced DIMM, DDR3 1.35V SDRAM LRDIMM, 32GB (part number MT72JSZS4G72LZ), Data Sheet, one of Micron's early LRDIMM products | 2010 | All |
| [2011, Inphi] "Inphi to Present at JEDEC's Server Memory Forum 2011", https://www.globenewswire.com/en/news-release/2011/10/27/1058510/0/en/Inphi-to-Present-at-JEDEC-s-Server-Memory-Forum-2011.html | Oct. 27, 2011 | All |

14

| Title | Publication Date | Page Numbers |
|---|---|---|
| https://phys.org/news/2005-02-samsung-world-ddr-memory-prototype.html | Feb. 17, 2005 | All |
| https://www.eetimes.com/micron-rolls-ddr3-lrdimm/, "Micron rolls DDR3 LRDIMM", July, 2009 | July 30, 2009 | All |

### D.     Prior Art Systems and Inventions Known or Used by Others[3]

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| [2001, JEDEC] "Terms, Definitions, and Letter Symbols for Microcomputers, Microprocessors, and Memory Integrated Circuits" (JEDEC Standard JESD100B.01) | Dec. 2002 | All |
| [2002, JEDEC] PC133 SDRAM Registered DIMM Design Specification, Revision 1.4 (Standard 21-C) | Feb. 2002 | All |
| [2003, Samsung] 256 MB DIMM, with eight DDR SDRAM memory chips, 133 MHz, part number M366S3253ETS-C7A | 2003 | |
| [2006, JEDEC] Instrumentation Chip Data Sheet for FBDIMM Diagnostic Senselines (JESD82-22) | November 2006 | All |
| [2006, JEDEC] PC2-4200, PC2-3200 DDR2 Registered Mini-DIMM Design Specification, Revision 2.0 | Aug. 2006 | All |
| [2007, JEDEC] "Terms, Definitions, and Letter Symbols for Microelectronic Devices" (Standard JESD99B) | May 2007 | All |
| [2007, JEDEC] Appendix X-Serial Presence Detect (SPD) for Fully Buffered DIMM (Standard 21-C) | 2007 | All |
| [2007, JEDEC] FBDIMM - Architecture and Protocol Standard (JESD206) | January 2007 | All |
| [2007, JEDEC] FBDIMM Specification - DDR2 SDRAM Fully Buffered DIMM (FBDIMM) Design Specification (JESD205) | March 2007 | All |
| [2008, JEDEC] FBDIMM Specification - High Speed Differential PTP Link at 1.5 V (JESD8-18A) | March 2008 | All |
| [2008, JEDEC] Fully Buffered DIMM Design for Test, Design for Validation (DFx) (JESD82-28A) | July 2008 | All |
| [2009, JEDEC] FBDIMM Advanced Memory Buffer (AMB) (JESD82-20A) | March 2009 | All |

---

[3] Samsung's identification of prior art in this section should not be construed as an admission that such prior art does not also qualify as another category of prior art such as a printed publication.

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| [2010, JEDEC] PC2-6400, PC2-5300, PC2-4200, PC2-3200 Registered DIMM Design Specification, Revision 4.04 | Jan. 2010 | All |
| [2011, JEDEC] "Server Memory Trends - Past and Future | 2011 | All |
| [2011, Washkewicz and JEDEC] DDR3 Memory Buffer - Buffer at the Heart of the LRDIMM Architecture | 2011 | All |
| Committee Item Number 0311.12, Proposed DDR4 DB Buffer Control Words, Second Showing ("Committee Item Number 0311.12") | March 2012 | All |
| Committee Item Number 0311.13, Proposed DDR4 DB BCOM Protocol, Second Showing ("Committee Item Number 0311.13") | March 2012 | All |
| Committee Item Number 0311.14, Proposed DDR4 DB Training Mode, Second Showing ("Committee Item Number 0311.14") | March 2012 | All |
| Committee Item Number 142.62B, Proposed JEDEC Standard LRDIMM DDR3 Memory Buffer Specification, JESD82-xx v.0.95b, Committee Letter Ballot ("Committee Item Number 142.62B") | September 2011 | All |
| Committee Item Number 158.01, Proposed DDR4 LRDIMM Proposal, 2nd Showing, ("Committee Item Number 158.01") | March 2011 | All |
| Kentron Quad Band Memory (QBM) QBM2 Overview: Technical Features ("QBM2 Technical Features Overview") | Dec. 30, 2004 | All |
| Kentron Quad Band Memory (QBM) Specification Rev. 0.93 ("QBM Specification Rev. 0.93") | | All |
| Kentron Quad Band Memory (QBM), QBMII Technology Overview ("QBM2 Technology Overview") | Aug. 20, 2004 | All |
| Kentron, Buffered DIMM Proposal for DDRII: Quad Band Memory (QBM), Interim JEDEC Meeting ("QBM Interim JEDEC Meeting") | July 14-15, 2003 | All |
| Samsung DDR2 Fully Buffered DIMM, 240pin FBDIMMs based on 512Mb E-die, Rev. 1.51 | January 2008 | All |

16

### E.    Persons Who May Be Relied Upon

| Prior Art System / Invention Known or Used by Others | Name |
|---|---|
| Quad Band Memory (QBM) System ("QBM") | Kentron Technologies Inc. employee(s) (*e.g.*, Chris Karabatsos, Vasilios Karabatsos, Bob Goodman, Badawi Dweik) |
| Series of proposals sponsored by Intel and presented in JEDEC meetings in March 2011, September 2011, and March 2012 ("the 2011-2012 JEDEC Proposals"), including:<br>• Committee Item Number 142.62B<br>• Committee Item Number 158.01<br>• Committee Item Number 0311.12<br>• Committee Item Number 0311.13<br>• Committee Item Number 0311.14 | Entities and persons attending JEDEC committee meetings where related technology was discussed (including the JC-40 and JC-45 committee meetings). For example:<br>• One or more employees of Intel |

## Prior Art to Asserted 10,949,339

### A.    U.S. Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 7,024,518 | Mar. 13, 2002 | Apr. 4, 2006 | John B. Halbert; James M. Dodd | Intel Corporation |
| 7,289,386 | Jul. 1, 2005 | Oct. 30, 2007 | Jayesh R. Bhakta; Jeffrey C. Solomon | Netlist, Inc. |
| 7,532,537 | Jan. 19, 2006 | May 12, 2009 | Jeffrey C. Solomon; Jayesh R. Bhakta | Netlist, Inc. |
| 8,054,664 | Dec. 15, 2009 | Nov. 8, 2011 | Shiro Harashima; Wataru Tsukada | Elpida Memory, Inc. |
| 8,130,560 | Nov 13, 2007 | Mar. 6, 2012 | Suresb Natorajan Rajan; Michael John Sebastian Smith | Google Inc. |
| 8,243,488 | Oct. 11, 2011 | Aug. 14, 2012 | Shiro Harashima; Wataru Tsukada | Elpida Memory, Inc. |

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 8,275,936 | Sep. 21,2009 | Sep. 25, 2012 | Christopher Haywood; Gopal Raghavan; Chao Xu | Inphi Corporation |
| 8,347,057 | Aug.13, 2010 | Jan. 1, 2013 | Yoji Nishio; Takao Ono | Elpida Memory, Inc. |
| 8,462,535 | Jul. 16, 2012 | Jun. 11, 2013 | Shiro Harashima; Wataru Tsukada | Elpida Memory, Inc. |

**B.     U.S. Patent Application Publications**

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| 2006/0277355 | Jun. 1, 2005 | Dec. 7, 2006 | Mark Ellsberry; Paul Sweere; Michael Sansur; Grant Stockton |

**C.     Non-Patent Publications**

| Title | Publication Date | Page Numbers |
|---|---|---|
| [1945, von Neumann] "First Draft of a Report on the EDVAC" | 1945 | All |
| [1977, Scientific American] | 1977 | All |
| [1978, Backus] John Backus (1924-2007) 1977 ACM Turing Award lecture | Aug. 1978 | All |
| [1983, Prince] "Semiconductor Memories" | 1983 | All |
| [1994, Markus] McGraw-Hill Electronics Dictionary, Fifth Edition | 1994 | All |
| [1994, Wulf] Bill Wulf "Hitting the Memory Wall: Implications of the Obvious." | Dec. 1994 | All |
| [1999, Graf] Modern Dictionary of Electronics, Seventh Edition | 1999 | All |
| [2000, IEEE] The Authoritative Dictionary of IEEE Standards Terms, Seventh Edition | 2000 | All |
| [2001, Gibilisco] The Illustrated Dictionary of Electronics, Eighth Edition | 2001 | All |
| [2004, Vogt] "Fully Buffered DIMM (FB-DIMM) Server Memory Architecture: Capacity, Performance, Reliability, and Longevity" | February 18, 2004 | All |
| [2005, Haas] "Fully-Buffered DIMM Technology Moves Enterprise Platforms to the Next Level" authored by Jon Haas, https://web.archive.org/web/20060107230729/ http://www.intel.com/technology/magazine/ computing/fully-buffered-dimm-0305.htm | March 2005 | All |

18

| Title | Publication Date | Page Numbers |
|---|---|---|
| [2005, Laplante] Comprehensive Dictionary of Electrical Engineering, Second Edition | 2005 | All |
| [2005, Nasr] Rami Nasr "FBSIM and the Fully Buffered DIMM Memory System Architecture." | 2005 | All |
| [2007, Chen] "The VLSI Handbook, Second Edition," | 2007 | All |
| [2008, Garrou] Garrou et al "Handbook of 3D Integration" | 2008 | All |
| [2008, Jacob] Jacob, Memory Systems Cache, DRAM, Disk | 2008 | All |
| [2008, Samsung] DDR3 SDRAM Specification, 240-pin Registered DIMM Based on 1 Gb D-Die 72-bit ECC, one of Samsung's early RDIMM products | Aug. 2008 | All |
| [2008, Tan] Wafer Level 3-D ICs Process Technology | 2008 | All |
| [2009, Micron] "Micron Introduces a New Way to Increase Server Memory Capacity and Improve Performance"] , July, 2009, https://investors.micron.com/news-releases/ news-release-details/micron-introduces-new-way-increase-server-memory-capacity-and | July 30, 2009 | All |
| [2009, Micron] "Micron's LRDIMM Redefines Server Memory Modules", July, 2009, https://hothardware.com/news/microns-lrdimm-redefines-server-memory-modules | July 31, 2009 | All |
| [2009, Micron] Registered DIMM (RDIMM), DDR3 1.5V SDRAM RDIMM, 2GB, Data Sheet, one of Micron's early RDIMM products | 2009 | All |
| [2009, Samsung] Samsung Semiconductor Product Selection Guide - Memory and Storage | Jan. 2009 | All |
| [2010, Inphi] "Enabling Cloud Computing and Server Virtualization with Improved Power Efficiency" | 2010 | All |
| [2010, Micron] Load Reduced DIMM, DDR3 1.35V SDRAM LRDIMM, 32GB (part number MT72JSZS4G72LZ), Data Sheet, one of Micron's early LRDIMM products | 2010 | All |
| [2011, Inphi] "Inphi to Present at JEDEC's Server Memory Forum 2011", https://www.globenewswire.com/en/news-release/2011/10/27/1058510/0/en/Inphi-to-Present-at-JEDEC-s-Server-Memory-Forum-2011.html | Oct. 27, 2011 | All |
| https://phys.org/news/2005-02-samsung-world-ddr-memory-prototype.html | Feb. 17, 2005 | All |
| https://www.eetimes.com/micron-rolls-ddr3-lrdimm/, "Micron rolls DDR3 LRDIMM", July, 2009 | July 30, 2009 | All |

### D.    Prior Art Systems and Inventions Known or Used by Others[4]

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| [2001, JEDEC] "Terms, Definitions, and Letter Symbols for Microcomputers, Microprocessors, and Memory Integrated Circuits" (JEDEC Standard JESD100B.01) | Dec. 2002 | All |
| [2002, JEDEC] PC133 SDRAM Registered DIMM Design Specification, Revision 1.4 (Standard 21-C) | Feb. 2002 | All |
| [2003, Samsung] 256 MB DIMM, with eight DDR SDRAM memory chips, 133 MHz, part number M366S3253ETS-C7A | 2003 | |
| [2006, JEDEC] Instrumentation Chip Data Sheet for FBDIMM Diagnostic Senselines (JESD82-22) | November 2006 | All |
| [2006, JEDEC] PC2-4200, PC2-3200 DDR2 Registered Mini-DIMM Design Specification, Revision 2.0 | Aug. 2006 | All |
| [2007, JEDEC] "Terms, Definitions, and Letter Symbols for Microelectronic Devices" (Standard JESD99B) | May 2007 | All |
| [2007, JEDEC] Appendix X-Serial Presence Detect (SPD) for Fully Buffered DIMM (Standard 21-C) | 2007 | All |
| [2007, JEDEC] FBDIMM - Architecture and Protocol Standard (JESD206) | January 2007 | All |
| [2007, JEDEC] FBDIMM Specification - DDR2 SDRAM Fully Buffered DIMM (FBDIMM) Design Specification (JESD205) | March 2007 | All |
| [2008, JEDEC] FBDIMM Specification - High Speed Differential PTP Link at 1.5 V (JESD8-18A) | March 2008 | All |
| [2008, JEDEC] Fully Buffered DIMM Design for Test, Design for Validation (DFx) (JESD82-28A) | July 2008 | All |
| [2009, JEDEC] FBDIMM Advanced Memory Buffer (AMB) (JESD82-20A) | March 2009 | All |
| [2010, JEDEC] PC2-6400, PC2-5300, PC2-4200, PC2-3200 Registered DIMM Design Specification, Revision 4.04 | Jan. 2010 | All |

---

[4] Samsung's identification of prior art in this section should not be construed as an admission that such prior art does not also qualify as another category of prior art such as a printed publication.

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| [2011, JEDEC] "Server Memory Trends - Past and Future | 2011 | All |
| [2011, Washkewicz and JEDEC] DDR3 Memory Buffer - Buffer at the Heart of the LRDIMM Architecture | 2011 | All |
| Committee Item Number 2192.21, Proposal for DDR3 LR-DIMM Comparison, First Showing ("Committee Item Number 2192.21") | December 2008 | All |
| Committee Item Number 2192.22, Proposal for DDR3 LR-DIMM Placement, Second Showing ("Committee Item Number 2192.22") | February 2009 | All |
| Committee Item Number 2192.32, Proposal for Twin Buffered QR x4 LP DDR3 LR-DIMM, First Showing ("Committee Item Number 2192.32") | February 2009 | All |
| Committee Item Number 2204.03, Proposal for iMB Based DDR4 LR-DIMM ("Committee Item Number 2204.03") | February 2009 | All |
| Kentron Quad Band Memory (QBM) QBM2 Overview: Technical Features ("QBM2 Technical Features Overview") | Dec. 30, 2004 | All |
| Kentron Quad Band Memory (QBM) Specification Rev. 0.93 ("QBM Specification Rev. 0.93") | | All |
| Kentron Quad Band Memory (QBM), QBMII Technology Overview ("QBM2 Technology Overview") | Aug. 20, 2004 | All |
| Kentron, Buffered DIMM Proposal for DDRII: Quad Band Memory (QBM), Interim JEDEC Meeting ("QBM Interim JEDEC Meeting") | July 14-15, 2003 | All |
| Samsung DDR2 Fully Buffered DIMM, 240pin FBDIMMs based on 512Mb E-die, Rev. 1.51 | January 2008 | All |

### E.     Persons Who May Be Relied Upon

| Prior Art System / Invention Known or Used by Others | Name |
|---|---|
| Quad Band Memory (QBM) System ("QBM") | Kentron Technologies Inc. employee(s) (*e.g.*, Chris Karabatsos, Vasilios Karabatsos, Bob Goodman, Badawi Dweik) |
| Series of proposals made in December 2008 and February 2009 | Entities and persons attending JEDEC committee meetings where related technology was discussed |

| JEDEC meetings ("the 2008-2009 JEDEC Proposals"), including: • Committee Item Number 2192.21 • Committee Item Number 2192.22 • Committee Item Number 2192.32 • Committee Item Number 2204.03 | (including the JC-40 and JC-45 committee meetings). For example: • One or more employees of Samsung • One or more employees of Elpida • One or more employees of Inphi |

## Prior Art to Asserted 11,016,918

### A.    U.S. Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|--------|-------------|------------|-----------------|--------------------|
| 6,707,724 | Feb. 6, 2002 | Mar. 16, 2004 | Do-Geun Kim; Myung-Ho Kim; Sung-Lae Cho; Hee-Dong Kim | Samsung Electronics Co., Ltd. |
| 7,724,604 | Oct. 25, 2006 | May 25, 2010 | Mike H. Amidi; Satyadev Kolli | SMART Modular Technologies, Inc. |
| 8,054,664 | Dec. 15, 2009 | Nov. 8, 2011 | Shiro Harashima; Wataru Tsukada | Elpida Memory, Inc. |
| 8,189,328 | Oct. 22, 2007 | May 29, 2012 | Ruban Kanapathippillai; Kenneth Alan Okin | Virident Systems, Inc. |
| 8,243,488 | Oct. 11, 2011 | Aug. 14, 2012 | Shiro Harashima; Wataru Tsukada | Elpida Memory, Inc. |
| 8,275,936 | Sep. 21,2009 | Sep. 25, 2012 | Christopher Haywood; Gopal Raghavan; Chao Xu | Inphi Corporation |
| 8,347,057 | Aug.13, 2010 | Jan. 1, 2013 | Yoji Nishio; Takao Ono | Elpida Memory, Inc. |
| 8,462,535 | Jul. 16, 2012 | Jun. 11, 2013 | Shiro Harashima; Wataru Tsukada | Elpida Memory, Inc. |

### B.    U.S. Patent Application Publications

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| 2006/0080515 | Oct. 12, 2004 | Apr. 13, 2006 | John Spiers; Mark Loffredo; Mark G. Hayden; Mike A. Hayward |
| 2006/0174140 | Jan. 31, 2005 | Aug. 3, 2006 | Shaun L. Harris; Gary Williams; Eric C. Peterson; Jeffrey Allan Oberski |
| 2009/0031099 | Ju. 25, 2007 | Jan. 29, 2009 | Ronald H. Sartore |

### C.    Non-U.S. Patent Application Publications

| Country & Number | Filing Date | Publication Date | Named Inventors | Applicant |
|---|---|---|---|---|
| Japan 11-073762 | August 28, 1997 | March 16, 1999 | Hiromi Okimoto; Yoshio Fudeyasu | Mitsubishi Electric Corporation |
| Japan 2006-156814 | Nov. 30, 2004 | June 15, 2006 | Takayuki Ootani | Toshiba Corporation |

### D.    Non-Patent Publications

| Title | Publication Date | Page Numbers |
|---|---|---|
| [1945, von Neumann] "First Draft of a Report on the EDVAC" | 1945 | All |
| [1977, Scientific American] | 1977 | All |
| [1978, Backus] John Backus (1924-2007) 1977 ACM Turing Award lecture | Aug. 1978 | All |
| [1983, Prince] "Semiconductor Memories" | 1983 | All |
| [1994, Markus] McGraw-Hill Electronics Dictionary, Fifth Edition | 1994 | All |
| [1994, Wulf] Bill Wulf "Hitting the Memory Wall: Implications of the Obvious." | Dec. 1994 | All |
| [1999, Graf] Modern Dictionary of Electronics, Seventh Edition | 1999 | All |
| [2000, IEEE] The Authoritative Dictionary of IEEE Standards Terms, Seventh Edition | 2000 | All |
| [2001, Gibilisco] The Illustrated Dictionary of Electronics, Eighth Edition | 2001 | All |
| [2004, Vogt] "Fully Buffered DIMM (FB-DIMM) Server Memory Architecture: Capacity, Performance, Reliability, and Longevity" | February 18, 2004 | All |

| Title | Publication Date | Page Numbers |
|---|---|---|
| [2005, Haas] "Fully-Buffered DIMM Technology Moves Enterprise Platforms to the Next Level" authored by Jon Haas, https://web.archive.org/web/20060107230729/http://www.intel.com/technology/magazine/computing/fully-buffered-dimm-0305.htm | March 2005 | All |
| [2005, Laplante] Comprehensive Dictionary of Electrical Engineering, Second Edition | 2005 | All |
| [2005, Nasr] Rami Nasr "FBSIM and the Fully Buffered DIMM Memory System Architecture." | 2005 | All |
| [2007, Chen] "The VLSI Handbook, Second Edition," | 2007 | All |
| [2008, Garrou] Garrou et al "Handbook of 3D Integration" | 2008 | All |
| [2008, Jacob] Jacob, Memory Systems Cache, DRAM, Disk | 2008 | All |
| [2008, Samsung] DDR3 SDRAM Specification, 240-pin Registered DIMM Based on 1 Gb D-Die 72-bit ECC, one of Samsung's early RDIMM products | Aug. 2008 | All |
| [2008, Tan] Wafer Level 3-D ICs Process Technology | 2008 | All |
| [2009, Micron] "Micron Introduces a New Way to Increase Server Memory Capacity and Improve Performance"] , July, 2009, https://investors.micron.com/news-releases/news-release-details/micron-introduces-new-way-increase-server-memory-capacity-and | July 30, 2009 | All |
| [2009, Micron] "Micron's LRDIMM Redefines Server Memory Modules", July, 2009, https://hothardware.com/news/microns-lrdimm-redefines-server-memory-modules | July 31, 2009 | All |
| [2009, Micron] Registered DIMM (RDIMM), DDR3 1.5V SDRAM RDIMM, 2GB, Data Sheet, one of Micron's early RDIMM products | 2009 | All |
| [2009, Samsung] Samsung Semiconductor Product Selection Guide - Memory and Storage | Jan. 2009 | All |
| [2010, Inphi] "Enabling Cloud Computing and Server Virtualization with Improved Power Efficiency" | 2010 | All |
| [2010, Micron] Load Reduced DIMM, DDR3 1.35V SDRAM LRDIMM, 32GB (part number MT72JSZS4G72LZ), Data Sheet, one of Micron's early LRDIMM products | 2010 | All |

| Title | Publication Date | Page Numbers |
|---|---|---|
| [2011, Inphi] "Inphi to Present at JEDEC's Server Memory Forum 2011", https://www.globenewswire.com/en/news-release/2011/10/27/1058510/0/en/Inphi-to-Present-at-JEDEC-s-Server-Memory-Forum-2011.html | Oct. 27, 2011 | All |
| A Highly Integrated Power Management IC for Advanced Mobile Applications by Shi et al. ("Shi") | 2006 | All |
| https://phys.org/news/2005-02-samsung-world-ddr-memory-prototype.html | Feb. 17, 2005 | All |
| https://www.eetimes.com/micron-rolls-ddr3-lrdimm/, "Micron rolls DDR3 LRDIMM", July, 2009 | July 30, 2009 | All |
| Texas Instruments TPS65023 Datasheet ("TI TPS65023 Datasheet") | June 2006 | All |
| The IRU3048 Dual Synchronous PWM Controller Circuitry and LDO Controller from International Rectifier | Sept. 12, 2002 | All |

**E.    Prior Art Systems and Inventions Known or Used by Others[5]**

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| [2001, JEDEC] "Terms, Definitions, and Letter Symbols for Microcomputers, Microprocessors, and Memory Integrated Circuits" (JEDEC Standard JESD100B.01) | Dec. 2002 | All |
| [2002, JEDEC] PC133 SDRAM Registered DIMM Design Specification, Revision 1.4 (Standard 21-C) | Feb. 2002 | All |
| [2003, Samsung] 256 MB DIMM, with eight DDR SDRAM memory chips, 133 MHz, part number M366S3253ETS-C7A | 2003 | |
| [2006, JEDEC] Instrumentation Chip Data Sheet for FBDIMM Diagnostic Senselines (JESD82-22) | November 2006 | All |
| [2006, JEDEC] PC2-4200, PC2-3200 DDR2 Registered Mini-DIMM Design Specification, Revision 2.0 | Aug. 2006 | All |

---

[5] Samsung's identification of prior art in this section should not be construed as an admission that such prior art does not also qualify as another category of prior art such as a printed publication.

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| [2007, JEDEC] "Terms, Definitions, and Letter Symbols for Microelectronic Devices" (Standard JESD99B) | May 2007 | All |
| [2007, JEDEC] Appendix X-Serial Presence Detect (SPD) for Fully Buffered DIMM (Standard 21-C) | 2007 | All |
| [2007, JEDEC] FBDIMM - Architecture and Protocol Standard (JESD206) | January 2007 | All |
| [2007, JEDEC] FBDIMM Specification - DDR2 SDRAM Fully Buffered DIMM (FBDIMM) Design Specification (JESD205) | March 2007 | All |
| [2008, JEDEC] FBDIMM Specification - High Speed Differential PTP Link at 1.5 V (JESD8-18A) | March 2008 | All |
| [2008, JEDEC] Fully Buffered DIMM Design for Test, Design for Validation (DFx) (JESD82-28A) | July 2008 | All |
| [2009, JEDEC] FBDIMM Advanced Memory Buffer (AMB) (JESD82-20A) | March 2009 | All |
| [2010, JEDEC] PC2-6400, PC2-5300, PC2-4200, PC2-3200 Registered DIMM Design Specification, Revision 4.04 | Jan. 2010 | All |
| [2011, JEDEC] "Server Memory Trends - Past and Future | 2011 | All |
| [2011, Washkewicz and JEDEC] DDR3 Memory Buffer - Buffer at the Heart of the LRDIMM Architecture | 2011 | All |
| Ballot JC42.2-04-76, Item 1480.01 | Feb. 2005 | All |
| JEDEC Board of Directors Ballot, Committee Item 1325.19 | Dec. 6-10, 2004 | All |
| JEDEC Standard DDR2 SDRAM Specification, JESD79-2B ("JESD79-2B") | January 2005 | All |
| JEDEC Standard Double Data Rate (DDR) SDRAM Specification, JESD79 ("JESD79") | June 2000 | All |
| JEDEC Standard FBDIMM Specification: DDR2 SDRAM Fully Buffered DIMM (FBDIMM) Design Specification, JESD205 ("JESD205") | March 2007 | All |
| JEDEC Standard FBDIMM: Advanced Memory Buffer (AMB), JESD82-20 ("JESD82-20") | March 2007 | All |
| Minutes of Meeting No. 110, JC-42.3 Volatile RAM, Montreal ("JC-42.3 Meeting No. 110 Minutes") | June 2004 | All |

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| Minutes of Meeting No. 120, JC-42.3 Volatile RAM Committee, Maui ("JC42.3 Meeting No. 120 Minutes") | Dec. 2006 | All |
| Minutes of Meeting No. 13, JC-45 Module Committee, Maui ("JC-45 Meeting No. 13 Minutes") | Dec. 2006 | All |
| Minutes of Meeting No. 148, JC-40 Digital Logic Committee, Maui ("JC-40 Meeting No. 148 Minutes") | Dec. 2006 | All |
| Minutes of Meeting No. 149, JC-40 Digital Logic Committee, New Orleans ("JC-40 Meeting No. 149 Minutes") | March 2007 | All |

## Prior Art to Asserted 11,232,054

### A.     U.S. Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 6,707,724 | Feb. 6, 2002 | Mar. 16, 2004 | Do-Geun Kim; Myung-Ho Kim; Sung-Lae Cho; Hee-Dong Kim | Samsung Electronics Co., Ltd. |
| 7,724,604 | Oct. 25, 2006 | May 25, 2010 | Mike H. Amidi; Satyadev Kolli | SMART Modular Technologies, Inc. |
| 8,054,664 | Dec. 15, 2009 | Nov. 8, 2011 | Shiro Harashima; Wataru Tsukada | Elpida Memory, Inc. |
| 8,189,328 | Oct. 22, 2007 | May 29, 2012 | Ruban Kanapathippillai; Kenneth Alan Okin | Virident Systems, Inc. |
| 8,243,488 | Oct. 11, 2011 | Aug. 14, 2012 | Shiro Harashima; Wataru Tsukada | Elpida Memory, Inc. |
| 8,275,936 | Sep. 21,2009 | Sep. 25, 2012 | Christopher Haywood; Gopal Raghavan; Chao Xu | Inphi Corporation |
| 8,347,057 | Aug.13, 2010 | Jan. 1, 2013 | Yoji Nishio; Takao Ono | Elpida Memory, Inc. |
| 8,462,535 | Jul. 16, 2012 | Jun. 11, 2013 | Shiro Harashima; Wataru Tsukada | Elpida Memory, Inc. |

**B.     U.S. Patent Application Publications**

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| 2006/0080515 | Oct. 12, 2004 | Apr. 13, 2006 | John Spiers; Mark Loffredo; Mark G. Hayden; Mike A. Hayward |
| 2006/0174140 | Jan. 31, 2005 | Aug. 3, 2006 | Shaun L. Harris; Gary Williams; Eric C. Peterson; Jeffrey Allan Oberski |
| 2009/0031099 | Ju. 25, 2007 | Jan. 29, 2009 | Ronald H. Sartore |

**C.     Non-U.S. Patent Application Publications**

| Country & Number | Filing Date | Publication Date | Named Inventors | Applicant |
|---|---|---|---|---|
| Japan 11-073762 | August 28, 1997 | March 16, 1999 | Hiromi Okimoto; Yoshio Fudeyasu | Mitsubishi Electric Corporation |
| Japan 2006-156814 | Nov. 30, 2004 | June 15, 2006 | Takayuki Ootani | Toshiba Corporation |

**D.     Non-Patent Publications**

| Title | Publication Date | Page Numbers |
|---|---|---|
| [1945, von Neumann] "First Draft of a Report on the EDVAC" | 1945 | All |
| [1977, Scientific American] | 1977 | All |
| [1978, Backus] John Backus (1924-2007) 1977 ACM Turing Award lecture | Aug. 1978 | All |
| [1983, Prince] "Semiconductor Memories" | 1983 | All |
| [1994, Markus] McGraw-Hill Electronics Dictionary, Fifth Edition | 1994 | All |
| [1994, Wulf] Bill Wulf "Hitting the Memory Wall: Implications of the Obvious." | Dec. 1994 | All |
| [1999, Graf] Modern Dictionary of Electronics, Seventh Edition | 1999 | All |
| [2000, IEEE] The Authoritative Dictionary of IEEE Standards Terms, Seventh Edition | 2000 | All |
| [2001, Gibilisco] The Illustrated Dictionary of Electronics, Eighth Edition | 2001 | All |
| [2004, Vogt] "Fully Buffered DIMM (FB-DIMM) Server Memory Architecture: Capacity, Performance, Reliability, and Longevity" | February 18, 2004 | All |

| Title | Publication Date | Page Numbers |
|---|---|---|
| [2005, Haas] "Fully-Buffered DIMM Technology Moves Enterprise Platforms to the Next Level" authored by Jon Haas, https://web.archive.org/web/20060107230729/http://www.intel.com/technology/magazine/computing/fully-buffered-dimm-0305.htm | March 2005 | All |
| [2005, Laplante] Comprehensive Dictionary of Electrical Engineering, Second Edition | 2005 | All |
| [2005, Nasr] Rami Nasr "FBSIM and the Fully Buffered DIMM Memory System Architecture." | 2005 | All |
| [2007, Chen] "The VLSI Handbook, Second Edition," | 2007 | All |
| [2008, Garrou] Garrou et al "Handbook of 3D Integration" | 2008 | All |
| [2008, Jacob] Jacob, Memory Systems Cache, DRAM, Disk | 2008 | All |
| [2008, Samsung] DDR3 SDRAM Specification, 240-pin Registered DIMM Based on 1 Gb D-Die 72-bit ECC, one of Samsung's early RDIMM products | Aug. 2008 | All |
| [2008, Tan] Wafer Level 3-D ICs Process Technology | 2008 | All |
| [2009, Micron] "Micron Introduces a New Way to Increase Server Memory Capacity and Improve Performance"] , July, 2009, https://investors.micron.com/news-releases/news-release-details/micron-introduces-new-way-increase-server-memory-capacity-and | July 30, 2009 | All |
| [2009, Micron] "Micron's LRDIMM Redefines Server Memory Modules", July, 2009, https://hothardware.com/news/microns-lrdimm-redefines-server-memory-modules | July 31, 2009 | All |
| [2009, Micron] Registered DIMM (RDIMM), DDR3 1.5V SDRAM RDIMM, 2GB, Data Sheet, one of Micron's early RDIMM products | 2009 | All |
| [2009, Samsung] Samsung Semiconductor Product Selection Guide - Memory and Storage | Jan. 2009 | All |
| [2010, Inphi] "Enabling Cloud Computing and Server Virtualization with Improved Power Efficiency" | 2010 | All |
| [2010, Micron] Load Reduced DIMM, DDR3 1.35V SDRAM LRDIMM, 32GB (part number MT72JSZS4G72LZ), Data Sheet, one of Micron's early LRDIMM products | 2010 | All |

| Title | Publication Date | Page Numbers |
|---|---|---|
| [2011, Inphi] "Inphi to Present at JEDEC's Server Memory Forum 2011", https://www.globenewswire.com/en/news-release/2011/10/27/1058510/0/en/Inphi-to-Present-at-JEDEC-s-Server-Memory-Forum-2011.html | Oct. 27, 2011 | All |
| A Highly Integrated Power Management IC for Advanced Mobile Applications by Shi et al. ("Shi") | 2006 | All |
| https://phys.org/news/2005-02-samsung-world-ddr-memory-prototype.html | Feb. 17, 2005 | All |
| https://www.eetimes.com/micron-rolls-ddr3-lrdimm/, "Micron rolls DDR3 LRDIMM", July, 2009 | July 30, 2009 | All |
| Texas Instruments TPS65023 Datasheet ("TI TPS65023 Datasheet") | June 2006 | All |
| The IRU3048 Dual Synchronous PWM Controller Circuitry and LDO Controller from International Rectifier | Sept. 12, 2002 | All |

**E.      Prior Art Systems and Inventions Known or Used by Others[6]**

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| [2001, JEDEC] "Terms, Definitions, and Letter Symbols for Microcomputers, Microprocessors, and Memory Integrated Circuits" (JEDEC Standard JESD100B.01) | Dec. 2002 | All |
| [2002, JEDEC] PC133 SDRAM Registered DIMM Design Specification, Revision 1.4 (Standard 21-C) | Feb. 2002 | All |
| [2003, Samsung] 256 MB DIMM, with eight DDR SDRAM memory chips, 133 MHz, part number M366S3253ETS-C7A | 2003 | |
| [2006, JEDEC] Instrumentation Chip Data Sheet for FBDIMM Diagnostic Senselines (JESD82-22) | November 2006 | All |
| [2006, JEDEC] PC2-4200, PC2-3200 DDR2 Registered Mini-DIMM Design Specification, Revision 2.0 | Aug. 2006 | All |

---

[6] Samsung's identification of prior art in this section should not be construed as an admission that such prior art does not also qualify as another category of prior art such as a printed publication.

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| [2007, JEDEC] "Terms, Definitions, and Letter Symbols for Microelectronic Devices" (Standard JESD99B) | May 2007 | All |
| [2007, JEDEC] Appendix X-Serial Presence Detect (SPD) for Fully Buffered DIMM (Standard 21-C) | 2007 | All |
| [2007, JEDEC] FBDIMM - Architecture and Protocol Standard (JESD206) | January 2007 | All |
| [2007, JEDEC] FBDIMM Specification - DDR2 SDRAM Fully Buffered DIMM (FBDIMM) Design Specification (JESD205) | March 2007 | All |
| [2008, JEDEC] FBDIMM Specification - High Speed Differential PTP Link at 1.5 V (JESD8-18A) | March 2008 | All |
| [2008, JEDEC] Fully Buffered DIMM Design for Test, Design for Validation (DFx) (JESD82-28A) | July 2008 | All |
| [2009, JEDEC] FBDIMM Advanced Memory Buffer (AMB) (JESD82-20A) | March 2009 | All |
| [2010, JEDEC] PC2-6400, PC2-5300, PC2-4200, PC2-3200 Registered DIMM Design Specification, Revision 4.04 | Jan. 2010 | All |
| [2011, JEDEC] "Server Memory Trends - Past and Future | 2011 | All |
| [2011, Washkewicz and JEDEC] DDR3 Memory Buffer - Buffer at the Heart of the LRDIMM Architecture | 2011 | All |
| Ballot JC42.2-04-76, Item 1480.01 | Feb. 2005 | All |
| JEDEC Board of Directors Ballot, Committee Item 1325.19 | Dec. 6-10, 2004 | All |
| JEDEC Standard DDR2 SDRAM Specification, JESD79-2B ("JESD79-2B") | January 2005 | All |
| JEDEC Standard Double Data Rate (DDR) SDRAM Specification, JESD79 ("JESD79") | June 2000 | All |
| JEDEC Standard FBDIMM Specification: DDR2 SDRAM Fully Buffered DIMM (FBDIMM) Design Specification, JESD205 ("JESD205") | March 2007 | All |
| JEDEC Standard FBDIMM: Advanced Memory Buffer (AMB), JESD82-20 ("JESD82-20") | March 2007 | All |
| Minutes of Meeting No. 110, JC-42.3 Volatile RAM, Montreal ("JC-42.3 Meeting No. 110 Minutes") | June 2004 | All |

31

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| Minutes of Meeting No. 120, JC-42.3 Volatile RAM Committee, Maui ("JC42.3 Meeting No. 120 Minutes") | Dec. 2006 | All |
| Minutes of Meeting No. 13, JC-45 Module Committee, Maui ("JC-45 Meeting No. 13 Minutes") | Dec. 2006 | All |
| Minutes of Meeting No. 148, JC-40 Digital Logic Committee, Maui ("JC-40 Meeting No. 148 Minutes") | Dec. 2006 | All |
| Minutes of Meeting No. 149, JC-40 Digital Logic Committee, New Orleans ("JC-40 Meeting No. 149 Minutes") | March 2007 | All |

Date: March 17, 2023

Respectfully submitted,

*/s/ Matthew Mosteller*

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
D.C. Bar No. 452421
LAD@fr.com
Brian Livedalen
D.C. Bar No. 1002699
livedalen@fr.com
Daniel A. Tishman
D.C. Bar No. 1013923
tishman@fr.com
Matthew Mosteller
CA Bar No. 324808
mosteller@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Katherine Reardon

NY Bar No. 5196910
kreardon@fr.com
Sara C. Fish
GA Bar No. 873853
sfish@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St., NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile:  (404) 892-5002

Francis J. Albert
CA Bar No. 247741
albert@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Matthew Colvin
Texas Bar No. 24087331
colvin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091

Karolina Jesien
New York Bar No. KJ7292
FISH & RICHARDSON P.C.
Times Square Tower
20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile:  (212) 258-2291

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670

Telephone:  (903) 934-8450
Facsimile:   (903) 934-9257

Alice J. Ahn
CA 271399 / DC 1004350
aahn@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Ste. 5400
San Francisco, CA 94105
Telephone:  (415) 591-7091
Facsimile: (415) 591-6091

Brian R. Nester
D.C. Bar No. 460225
bnester@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202)-662-6000

*Attorneys for Defendants Samsung Electronics
Co., Ltd.; Samsung Electronics America, Inc.; and
Samsung Semiconductor, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on March 17, 2023, a true and correct copy of the foregoing was served on counsel of record for Plaintiff via electronic mail.

*/s/ Matthew Mosteller*