# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00463-JRG |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., | § § § § § § | |
| *Defendants*. | § § | |

## ORDER

The Court issues this Order *sua sponte*. The date for the parties to jointly submit a juror questionnaire to the Deputy Clerk in Charge is **moved** from April 3, 2023 to **March 22, 2023** at 10:00 a.m. CT. All other deadlines previously set by the Court remain the same.

**So ORDERED and SIGNED this 20th day of March, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE