# EXHIBIT 11
(Sought to be filed Under Seal)