# EXHIBIT 15
## (Sought to be filed Under Seal)