# EXHIBIT 16
## (Sought to be filed Under Seal)