# EXHIBIT 17
## (Sought to be filed Under Seal)