# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:21-cv-463-JRG |
| vs. ) | |
| ) | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD., ) | |
| SAMSUNG ELECTRONICS AMERICA, ) | |
| INC., SAMSUNG SEMICONDUCTOR, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court, having considered the briefing on Defendants' Omnibus Motions *in Limine*, and supporting documents attached thereto, is of the opinion that said motions should be denied.

**IT IS SO ORDERED.**