# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>      Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC.<br><br>      Defendants. | Civil Action No. 2:21-cv-00463-JRG |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that James "Travis" Underwood of Gillam & Smith LLP enters his appearance in this matter on behalf of Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc.

James "Travis" Underwood may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 102 N. College, Suite 800, Tyler, Texas 75702; Telephone: (903) 934- 8450; Facsimile: (903) 934-9257; Email: travis@gillamsmithlaw.com.

Dated:  March 28, 2023

                                                                       Respectfully submitted,

                                                                       /s/ *James Travis Underwood*
                                                                       James Travis Underwood
                                                                       Texas Bar No. 24102587
                                                                       GILLAM & SMITH, LLP
                                                                       102 N. College, Suite 800
                                                                       Tyler, Texas 75702
                                                                       Telephone: (903)934-8450
                                                                       Facsimile: (903)934-9257
                                                                       Email: travis@gillamsmithlaw.com

*Attorneys For Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on March 28, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ James Travis Underwood*
James Travis Underwood