IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC. § | |
| § | |
| v. § | |
| § | Case No. 2:21-cv-00463-JRG |
| SAMSUNG ELECTRONICS CO., LTD., § | |
| SAMSUNG ELECTRONICS AMERICA, § | |
| INC., SAMSUNG SEMICONDUCTOR, § | |
| INC. § | |

MINUTES FOR PRETRIAL CONFERENCE – Day 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
March 29, 2023

OPEN:  09:09 AM                                                ADJOURN:  05:28 PM

ATTORNEYS FOR PLAINTIFF:        See attached

ATTORNEYS FOR DEFENDANTS:    See attached.

LAW CLERKS:                                  Ryan Davies
                                                         Harris Huguenard
                                                         Jeffrey Jacobsen

COURT REPORTER:                        Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                 Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 09:09 AM | Court opened. |
| 09:09 AM | Court proceeded with Day 2 of pretrial conference. |
| 09:10 AM | Court continued hearing argument re: the following disputed dispositive motions: |
| 09:13 AM | [SEALED] Samsung's *Daubert* Motion and Motion to Strike Expert Testimony of Dr. Andreas Groehn (Dkt. No. 203). |
| 09:14 AM | Mr. Reger presented argument for Defendants. |
| 09:25 AM | Responsive argument by Mr. Rosen for Plaintiff. |
| 09:34 AM | Rebuttal argument by Mr. Reger for Defendants. |
| 09:35 AM | Court DENIED Dkt. No. 203. |
| 09:36 AM | Court heard argument re: [SEALED] Samsung's *Daubert* Motion and Motion to Strike Expert Testimony of Dr. William Henry Mangione-Smith (Dkt. No. 204). |
| 09:38 AM | Dr. Albert presented argument for Defendants. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:58 AM | Responsive argument by Mr. Sheasby for Plaintiff. |
| 10:14 AM | Rebuttal argument by Dr. Albert for Defendants. |
| 10:18 AM | Court made rulings as set forth in the record re: Dkt. No. 204. |
| 10:23 AM | Court heard argument re: [SEALED] Netlist Inc.'s Motion to Strike Portions of the Rebuttal Expert Report of Joseph C. McAlexander III (Dkt. No. 208). |
| 10:24 AM | Mr. Sheasby presented argument for Plaintiff. |
| 10:48 AM | Responsive argument by Mr. Livedalen for Defendants. |
| 11:16 AM | Rebuttal argument by Mr. Sheasby for Plaintiff. |
| 11:16 AM | Court made rulings as set forth in the record re: Dkt. No. 208. |
| 11:26 AM | Recess for lunch. |
| 12:27 PM | Court reconvened. |
| 12:27 PM | Court heard argument re: [SEALED] Samsung's *Daubert* Motion and Motion to Strike Expert Testimony of Dr. Michael Brogioli (Dkt. No. 202). |
| 12:27 PM | Dr. Albert presented argument for Defendants. |
| 12:55 PM | Responsive argument by Mr. Sheasby for Plaintiff. |
| 01:03 PM | Rebuttal argument by Dr. Albert for Defendants. |
| 01:06 PM | Court CARRIED ruling re: Dkt. No. 202. |
| 01:06 PM | Court heard argument re: [SEALED] Netlist Inc.'s Motion to Strike Portions of the Rebuttal Expert Report of Gabriel Robins (Dkt. No. 210). |
| 01:06 PM | Mr. Sheasby presented argument for Plaintiff. |
| 01:18 PM | Responsive argument by Mr. Colvin for Defendants. |
| 01:31 PM | Rebuttal argument by Mr. Sheasby for Plaintiff. |
| 01:33 PM | Court DENIED previously carried Dkt. No. 202. |
| 01:33 PM | Court DENIED Dkt. No. 210. |
| 01:34 PM | Recess |
| 02:17 PM | Court reconvened. |
| 02:18 PM | Court heard argument re: [SEALED] Netlist Inc.'s Motion to Strike Portions of the Opening Expert Report of Joseph McAlexander (Dkt. No. 212). |
| 02:18 PM | Mr. Sheasby presented argument for Plaintiff. |
| 02:28 PM | Responsive argument by Mr. Livedalen for Defendants. |
| 02:44 PM | Rebuttal argument by Mr. Sheasby for Plaintiff. |
| 02:46 PM | Additional responsive argument by Mr. Livedalen for Defendants. |
| 02:47 PM | Additional rebuttal argument by Mr. Sheasby for Plaintiff. |
| 02:48 PM | Court made rulings as set forth in the record re: Dkt. No. 212. |
| 02:55 PM | Court concurrently heard [SEALED] Netlist Inc.'s Motion to Strike Portions of Dr. Gabriel Robins' Opening Expert Report (Dkt. No. 213) and [SEALED] Netlist Inc.'s Motion to Preclude Certain Trial Testimony of Dr. Gabriel Robins Due to Violation of Magistrate's Ruling on Deposition Conduct (Dkt. No. 399). |
| 02:56 PM | Mr. Sheasby presented argument for Plaintiff. |
| 03:14 PM | Responsive argument by Mr. Colvin for Defendants. |
| 03:28 PM | Rebuttal argument by Mr. Sheasby for Plaintiff. |
| 03:30 PM | Court DENIED and provided instructions re: Dkt. No. 213.  Court made rulings as set forth in the record re: Dkt. No. 399. |
| 03:36 PM | No argument presented.  Court DENIED Dkt. No. 404. |

| TIME | MINUTE ENTRY |
|---|---|
| 03:37 PM | Court heard argument re: [SEALED] Netlist Inc.'s Opposed Motion for Leave to Supplement Expert Reports (Dkt. No. 284). |
| 03:38 PM | Mr. Sheasby presented argument for Plaintiff. |
| 03:40 PM | Responsive argument by Mr. Cordell for Defendants. |
| 03:46 PM | Court made rulings as set forth in the record re: Dkt. No. 284. |
| 03:47 PM | Court heard argument re: [SEALED] Netlist Inc.'s Motion to Compel Compliance With Trial Subpoena of Indong Kim (Dkt. No. 409). |
| 03:47 PM | Mr. Sheasby presented argument for Plaintiff. |
| 03:48 PM | Responsive argument by Mr. McKeon for Defendants. |
| 03:52 PM | Rebuttal argument by Mr. Sheasby for Plaintiff. |
| 03:53 PM | Additional responsive argument by Mr. McKeon for Defendants. |
| 03:53 PM | Court made rulings as set forth in the record re: Dkt. No. 409. |
| 03:55 PM | Conclusion of argument re: dispositive motions. |
| 03:55 PM | Court directed counsel to meet and confer during recess re: narrowing of MILs. |
| 03:56 PM | Recess. |
| 04:17 PM | Court reconvened. |
| 04:17 PM | Court proceeded to hear argument re: parties' remaining objections to MILs: |
| 04:18 PM | Plaintiff's MIL 1: DENIED. |
| 04:18 PM | Plaintiff's MIL 2: Argument presented. |
| 04:21 PM | Court ruling: GRANTED. |
| 04:21 PM | Plaintiff's MIL 3: Argument presented. |
| 04:29 PM | Court ruling: DENIED. |
| 04:32 PM | Plaintiff's MIL 4: Argument presented. |
| 04:35 PM | Court ruling: GRANTED with instructions as set forth in the record. |
| 04:36 PM | Plaintiff's MIL 5: Argument presented. |
| 04:43 PM | Court ruling: GRANTED-IN-PART and DENIED-IN-PART with instructions as set forth in the record. |
| 04:44 PM | Defendants' MIL 1: Argument presented. |
| 04:54 PM | Court ruling: GRANTED. |
| 04:56 PM | Defendants' MIL 2: Argument presented. |
| 05:00 PM | Court ruling: DENIED-IN-PART and GRANTED-IN-PART with instructions as set forth in the record. |
| 05:02 PM | Defendants' MIL 3: Argument presented. |
| 05:11 PM | Court ruling: GRANTED. |
| 05:14 PM | Defendants' MIL 4: Argument presented. |
| 05:16 PM | Court ruling: DENIED. |
| 05:17 PM | Defendants' MIL 5: Argument presented. |
| 05:22 PM | Court ruling: DENIED-IN-PART and GRANTED-IN-PART. |
| 05:24 PM | Conclusion of argument re: MILS. |
| 05:24 PM | Court to refer the pre-admission of exhibits portion of the pretrial process to Magistrate Judge Payne. |
| 05:28 PM | Court adjourned. |