

**2:21-cv-00463-JRG**
Netlist Inc v Samsung Electronics Co Ltd et al
March 29, 2023 at 9:00 AM

## Pretrial Conference - Day 2

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| JASON G. SHEASBY | Plaintiff (Netlist, Inc.) |
| JENNIFER LEIGH TRUELOVE | Plaintiff |
| MICHAEL MEIR ROSEN | Plaintiff |
| YANAN ZHAO | Plaintiff |
| Irene Hwang | Defendants (Samsung) |
| Ruffin Cordell | Defendants (Samsung) |
| Mike McKeon | " |
| Tom Reger | " |
| Lauren Degnan | " |
| Melissa Smith    Travis Underwood | " |
| Frank Albert | " |
| Matt Colvin | " |
| Matt Mosteller | " |
| Ben Christoff | " |
| Brian Livedalen | " |
| James Huguenin-Love | " |
| Sarah Fish | " |
| Kate Reardon | " |
| Jeff Burton | " |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Michael Nguyen | Samsung |