IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 2:21-CV-463-JRG |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., ) | |
| SAMSUNG ELECTRONICS AMERICA, ) | JURY TRIAL DEMANDED |
| INC., SAMSUNG SEMICONDUCTOR, ) | |
| INC., ) | |
| Defendants. ) | |
| ) | |

**NETLIST'S NOTICE OF NARROWING CLAIMS FOR PURPOSES OF TRIAL**

Pursuant to the Court's Order, Netlist hereby provides this notice of narrowing the number of patents and claims to be presented at trial:

| **Patent** | **Claims** |
|---|---|
| U.S. Patent No. 10,949,339 | 1, 8, 9 |
| U.S. Patent No. 11,016,918 | 1, 5, 13, 16, 18, 19 |
| U.S. Patent No. 11,232,054 | 16, 17 |
| U.S. Patent No. 8,787,060 | 1, 5, 7 |
| U.S. Patent No. 9,318,160 | 5 |

Dated: April 4, 2023

Respectfully submitted,

*/s/ Jason G. Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Andrew Strabone (*pro hac vice*)
astrabone@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

Rebecca Carson (*pro hac vice*)
rcarson@irell.com
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

***Attorneys for Plaintiff Netlist, Inc.***

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on April 4, 2023, a copy of the foregoing was served to all counsel of record.

                                                                            */s/ Yanan Zhao*
                                                                            Yanan Zhao