# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC. | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:21-cv-463-JRG |
| | ) **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., | ) |
| Defendants. | ) |

## ORDER

The Court, having considered the briefing on Defendants' Motion to Bifurcate Willfulness, and supporting documents attached thereto, is of the opinion that said motion should be DENIED.

**IT IS SO ORDERED.**