# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC. | § | |
| | § | |
| v. | § | Case No. 2:21-CV-0463-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | § § | |

**Final Pretrial Conference**
**MAG. JUDGE ROY PAYNE PRESIDING**
April 6, 2023

**OPEN:** 1:03 pm                                                    **ADJOURN:** 5:04 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Jason Sheasby |
| | Jennifer Truelove |
| | |
| ATTORNEY FOR DEFENDANTS: | Tom Reger |
| | Kate Reardon |
| | Matt Colvin |
| | Travis Underwood |
| | |
| LAW CLERK: | Ryan Davies |
| | Samuel Riebe |
| | |
| COURT REPORTER: | Shawn McRoberts |
| | |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Jennifer Truelove announced ready for plaintiff and introduced co-counsel. Travis Underwood announced ready for defendants and introduced co-counsel.

Tom Reger, Matt Colvin and Kate Reardon argued Defendants' objections to Plaintiff's exhibits. Jason Sheasby responded for Netlist. The Court made rulings.

The Court then heard arguments on Plaintiff's objections to Defendants' exhibits. The Court made rulings.