# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC. | § § | |
| v. | § § | Case No. 2:21-CV-0463-JRG |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | § § § | |

**Final Pretrial Conference**
**MAG. JUDGE ROY PAYNE PRESIDING**
April 12, 2023

**OPEN:** 1:59 pm                                        **ADJOURN:** 3:02 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Stephen Payne |
| | Erick Franklund |
| ATTORNEY FOR DEFENDANTS: | Tom Reger |
| | Bailey Benedict |
| LAW CLERK: | Samuel Riebe |
| COURT REPORTER: | Digital Recorder |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Stephen Payne announced ready for plaintiff and introduced co-counsel. Bailey Benedict announced ready for defendants and introduced co-counsel.

The Court heard further disputes regarding the redactions of JTX62. Stephen Payne for Netlist. Bailey Benedict and Tom Reger for Samsung. The Court made rulings.