# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00463-JRG |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., | § § § § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Renewed Motion to Stay and Notice of Supplemental Authority (the "Motion") filed by Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (together, "Samsung"). (Dkt. No. 454.) Plaintiff Netlist, Inc. ("Netlist") filed an Opposition. (Dkt. No. 458.)

The Court has considered the parties' respective arguments. The Court is of the opinion that the Motion should be and hereby is **DENIED**.

**So ORDERED and SIGNED this 13th day of April, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE