IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **NETLIST, INC.** § § <br> **v.** § § <br> **SAMSUNG ELECTRONICS CO., LTD.,** § <br> **SAMSUNG ELECTRONICS AMERICA,** § <br> **INC., SAMSUNG SEMICONDUCTOR,** § <br> **INC.** § | **CIVIL ACTION NO. 2:21-CV-00463-JRG** |

**MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
April 14, 2023

**OPEN:** 09:15 AM                                                              **ADJOURN:**     05:32 PM

ATTORNEYS FOR PLAINTIFF:         See attached

ATTORNEYS FOR DEFENDANTS:        See attached

LAW CLERKS:                      Ryan Davies
                                 Harris Huguenard
                                 Jeffrey Jacobsen

COURT REPORTER:                  Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 09:15 AM | Court opened.  Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:26 AM | Court asked for announcements from the parties. |
| 09:28 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:36 AM | Prospective Jurors began introduction of themselves. |
| 09:59 AM | Court provided additional instructions to Jury Pool. |
| 10:03 AM | *Voir dire* on behalf of Plaintiff by Mr. Baxter. |
| 10:33 AM | *Voir dire* on behalf of Defendants by Ms. Smith. |
| 11:04 AM | Bench conference with counsel. |
| 11:07 AM | Bench conference concluded. |
| 11:07 AM | Court instructions provided to Jury Pool.  Court requested specific juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 11:09 AM | Remainder of Jury Pool recessed. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:10 AM | Counsel approached bench. |
| 11:10 AM | Strike conference began with specifically named juror(s). |
| 11:17 AM | Strike conference concluded.  Attorneys excused to exercise strikes. |
| 11:17 AM | Recess. |
| 11:47 AM | Court reconvened. |
| 11:47 AM | Bench conference. |
| 11:47 AM | Bench conference concluded. |
| 11:47 AM | Instructions given by the Court.  Jurors selected and sworn. |
| 11:53 AM | Additional instructions given by the Court.  Remainder of Jury Pool excused. |
| 11:54 AM | Additional instructions given by the Court. |
| 12:11 PM | Jury recessed for lunch. |
| 12:12 PM | Recess. |
| 01:43 PM | Court reconvened. |
| 01:43 PM | Court addressed the parties' meet and confer efforts and provided guidance re: disputed matters. |
| 01:51 PM | Jury returned to courtroom. |
| 01:53 PM | Court gave preliminary instructions to Jury. |
| 02:30 PM | Notebooks provided to Jury. |
| 02:31 PM | Continuation of Court's preliminary instructions to Jury. |
| 02:35 PM | Plaintiff's opening statement by Mr. Sheasby. |
| 03:03 PM | Bench conference. |
| 03:08 PM | Bench conference concluded. |
| 03:08 PM | Defendants' opening statement by Mr. Cordell. |
| 03:39 PM | Opening statements concluded. |
| 03:39 PM | Rule invoked, excluding expert witnesses and corporate representatives. |
| 03:40 PM | Jury recessed for break. |
| 03:40 PM | Recess. |
| 04:06 PM | Court reconvened. |
| 04:07 PM | Jury returned to courtroom. |
| 04:07 PM | Plaintiff's case-in-chief: |
| 04:07 PM | Witness sworn. |
| 04:08 PM | Direct examination of Mr. Scott Milton by Mr. Sheasby. |
| 05:00 PM | Cross-examination of Mr. Scott Milton by Mr. McKeon. |
| 05:27 PM | Bench conference. |
| 05:28 PM | Bench conference concluded. |
| 05:28 PM | Court provided instructions to the Jury. |
| 05:29 PM | Jury recessed for the day until 8:30 AM Monday, April 17, 2023. |
| 05:29 PM | Court provided instructions to counsel. |
| 05:32 PM | Court adjourned. |