2:21-cv-00463-JRG
Netlist Inc v Samsung Electronics Co Ltd et al
April 14, 2023 at 9:00 AM

## Trial (with Jury Selection) -- Day 1

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jason Sheasby | Netlist |
| Sam Baxter | ↓ |
| Jennifer Truelove | ↓ |
| Lisa Glasser | ↓ |
| Kevin Burgess | ↓ |
| Michael McKeon | Samsung |
| Matt Mosteller | ↓ |
| Ruffin Cordell | ↓ |
| Melissa Smith | ↓ |
| [crossed out] | ↓ |
| Lauren Degnan | ↓ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Scott Milton | Netlist |
| Joe Calandra | Samsung |
| | |
| | |
| | |
| | |
| | |