IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC. | § | |
| | § | |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | CIVIL ACTION NO. 2:21-CV-00463-JRG |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., SAMSUNG SEMICONDUCTOR, | § | |
| INC. | § | |

MINUTES FOR JURY TRIAL DAY NO. 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
April 17, 2023

**OPEN:  08:31 AM**                                      **ADJOURN:  05:58 PM**

ATTORNEYS FOR PLAINTIFF:            See attached

ATTORNEYS FOR DEFENDANTS:       See attached

LAW CLERKS:                                       Ryan Davies
                                                             Harris Huguenard
                                                             Jeffrey Jacobsen

COURT REPORTER:                           Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                    Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:31 AM | Court opened. |
| 08:31 AM | Exhibits used Friday read into the record. |
| 08:33 AM | Jury entered the courtroom. |
| 08:34 AM | Continuation of Plaintiff's case-in-chief: |
| 08:34 AM | Continuation cross-examination of Mr. Scott Milton by Mr. McKeon. |
| 09:01 AM | Bench conference. |
| 09:02 AM | Bench conference concluded. |
| 09:02 AM | Continuation cross-examination of Mr. Scott Milton by Mr. McKeon. |
| 09:10 AM | Bench conference. |
| 09:11 AM | Bench conference concluded. |
| 09:12 AM | Continuation cross-examination of Mr. Scott Milton by Mr. McKeon. |
| 09:19 AM | Bench conference. |
| 09:20 AM | Bench conference concluded. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:20 AM | Continuation cross-examination of Mr. Scott Milton by Mr. McKeon. |
| 09:25 AM | Redirect examination of Mr. Scott Milton by Mr. Sheasby. |
| 09:31 AM | Bench conference. |
| 09:32 AM | Bench conference concluded. |
| 09:32 AM | Continuation redirect examination of Mr. Scott Milton by Mr. Sheasby. |
| 09:38 AM | Bench conference. |
| 09:40 AM | Bench conference concluded. |
| 09:40 AM | Continuation redirect examination of Mr. Scott Milton by Mr. Sheasby. |
| 09:41 AM | Recross examination of Mr. Scott Milton by Mr. McKeon. |
| 09:43 AM | Completion of testimony of Mr. Scott Milton. |
| 09:43 AM | Witness sworn. |
| 09:45 AM | Direct examination of Dr. William Henry Mangione-Smith by Mr. Monnin. |
| 10:22 AM | Jury recessed for break. |
| 10:23 AM | Recess. |
| 10:39 AM | Court reconvened. |
| 10:40 AM | Jury returned to courtroom. |
| 10:40 AM | **Courtroom sealed.** |
| 10:41 AM | Continuation direct examination of Dr. William Henry Mangione-Smith by Mr. Monnin. |
| 10:44 AM | Jury retired to jury room. |
| 10:45 AM | Court addressed objection to exhibit outside presence of jury. |
| 11:12 AM | Jury returned to courtroom. |
| 11:13 AM | Continuation direct examination of Dr. William Henry Mangione-Smith by Mr. Monnin. |
| 11:18 AM | **Courtroom unsealed.** |
| 11:19 AM | Bench conference. |
| 11:20 AM | Bench conference concluded. |
| 11:20 AM | Continuation direct examination of Dr. William Henry Mangione-Smith by Mr. Monnin. |
| 11:54 AM | Jury recessed for lunch. |
| 11:54 AM | Court readdressed previous exhibit objection. |
| 11:59 AM | Recess. |
| 01:26 PM | Court reconvened. |
| 01:27 PM | Court rescinded prior ruling re: previous exhibit objection. |
| 01:28 PM | Jury returned to courtroom. |
| 01:28 PM | Cross examination of Dr. William Henry Mangione-Smith by Mr. McKeon. |
| 01:37 PM | Bench conference. |
| 01:38 PM | Bench conference concluded. |
| 01:38 PM | Continuation cross examination of Dr. William Henry Mangione-Smith by Mr. McKeon. |
| 02:32 PM | Bench conference. |
| 02:35 PM | Bench conference concluded. |
| 02:35 PM | Continuation cross examination of Dr. William Henry Mangione-Smith by Mr. McKeon. |
| 02:38 PM | Bench conference. |

| TIME | MINUTE ENTRY |
|---|---|
| 02:43 PM | Bench conference concluded. |
| 02:43 PM | Redirect examination of Dr. William Henry Mangione-Smith by Mr. Monnin. |
| 02:51 PM | Recross examination of Dr. William Henry Mangione-Smith by Mr. McKeon. |
| 02:53 PM | Completion of testimony of Dr. William Henry Mangione-Smith. |
| 02:54 PM | Jury recessed for break. |
| 02:54 PM | Recess. |
| 03:10 PM | Court reconvened. |
| 03:11 PM | Off the record. |
| 03:11 PM | On the record. |
| 03:12 PM | Jury returned to courtroom. |
| 03:12 PM | Witness sworn. |
| 03:13 PM | Direct examination of Dr. Michael Brogioli by Mr. Burgess. |
| 03:17 PM | Bench conference. |
| 03:18 PM | Bench conference concluded. |
| 03:18 PM | Continuation direct examination of Dr. Michael Brogioli by Mr. Burgess. |
| 03:27 PM | **Courtroom sealed.** |
| 03:28 PM | Bench conference. |
| 03:29 PM | Bench conference concluded. |
| 03:29 PM | Continuation direct examination of Dr. Michael Brogioli by Mr. Burgess. |
| 03:35 PM | Objection raised. |
| 03:35 PM | Jury retired to jury room. |
| 03:36 PM | Court heard argument outside presence of the jury. |
| 03:50 PM | Court made rulings as set forth in the record. |
| 03:51 PM | Jury returned to courtroom. |
| 03:51 PM | Continuation direct examination of Dr. Michael Brogioli by Mr. Burgess. |
| 04:38 PM | **Courtroom unsealed.** |
| 04:39 PM | Jury recessed for break. |
| 04:39 PM | Recess. |
| 04:58 PM | Court reconvened. |
| 04:59 PM | Jury returned to courtroom. |
| 04:59 PM | Cross examination of Dr. Michael Brogioli by Mr. Cordell. |
| 05:29 PM | Bench conference. |
| 05:30 PM | Bench conference concluded. |
| 05:30 PM | Continuation cross examination of Dr. Michael Brogioli by Mr. Cordell. |
| 05:56 PM | Bench conference. |
| 05:56 PM | Bench conference concluded. |
| 05:56 PM | Court provided instructions to the jury. |
| 05:57 PM | Jury recessed for the day until 8:30 AM tomorrow. |
| 05:58 PM | Court reminded the parties to continue with their meet and confer efforts re: overnight disputes. |
| 05:58 PM | Court adjourned. |