IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC. | § | |
| | § | |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | CIVIL ACTION NO. 2:21-CV-00463-JRG |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., SAMSUNG SEMICONDUCTOR, | § | |
| INC. | § | |

**MINUTES FOR JURY TRIAL DAY NO. 3**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
April 18, 2023

**OPEN:** 08:29 AM                                                              **ADJOURN:**     05:24 PM

ATTORNEYS FOR PLAINTIFF:           See attached

ATTORNEYS FOR DEFENDANTS:      See attached

LAW CLERKS:                                      Ryan Davies
                                                            Harris Huguenard
                                                            Jeffrey Jacobsen

COURT REPORTER:                          Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                   Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:29 AM | Court opened. |
| 08:29 AM | Exhibits used prior day read into the record. |
| 08:31 AM | Jury entered the courtroom. |
| 08:32 AM | Continuation of Plaintiff's case-in-chief: |
| 08:32 AM | Continuation cross examination of Dr. Michael Brogioli by Mr. Cordell. |
| 08:52 AM | Bench conference. |
| 08:53 AM | Bench conference concluded. |
| 08:53 AM | Continuation cross examination of Dr. Michael Brogioli by Mr. Cordell. |
| 09:03 AM | Redirect examination of Dr. Michael Brogioli by Mr. Burgess. |
| 09:18 AM | Recross examination of Dr. Michael Brogioli by Mr. Cordell. |
| 09:29 AM | Completion of testimony of Dr. Michael Brogioli. |
| 09:29 AM | Jury recessed for break. |
| 09:29 AM | Recess. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:45 AM | Court reconvened. |
| 09:46 AM | Jury returned to courtroom. |
| 09:47 AM | Ms. Truelove introduced the video deposition of Mr. Jung Bae Lee. |
| 09:56 AM | Video deposition of Mr. Jung Bae Lee concluded. |
| 09:56 AM | Ms. Truelove introduced the video deposition of Mr. Kyungsoo Park. |
| 10:06 AM | Video deposition of Mr. Kyungsoo Park concluded. |
| 10:06 AM | Ms. Truelove introduced the video deposition of Mr. Indong Kim. |
| 10:14 AM | Video deposition of Mr. Indong Kim concluded. |
| 10:14 AM | Ms. Truelove introduced the video deposition of Mr. Jihwon Kim. |
| 10:27 AM | Video deposition of Mr. Jihwon Kim concluded. |
| 10:27 AM | Ms. Truelove introduced the video deposition of Mr. Hyun-Joong Kim. |
| 10:34 AM | Video deposition of Mr. Hyun-Joong Kim concluded. |
| 10:35 AM | **Courtroom sealed.** |
| 10:36 AM | Ms. Truelove introduced the video deposition of Mr. Bruce Lo. |
| 10:43 AM | Video deposition of Mr. Bruce Lo concluded. |
| 10:43 AM | Ms. Truelove introduced the video deposition of Mr. Garret Davey. |
| 10:47 AM | Video deposition of Mr. Garret Davey concluded. |
| 10:47 AM | **Courtroom unsealed.** |
| 10:47 AM | Ms. Truelove introduced the video deposition of Mr. Hunjoo Lee. |
| 11:04 AM | Video deposition of Mr. Hunjoo Lee concluded. |
| 11:05 AM | Ms. Truelove introduced the video deposition of Mr. Sung Joo Park. |
| 11:09 AM | Video deposition of Mr. Sung Joo Park concluded. |
| 11:09 AM | Ms. Truelove introduced the video deposition of Mr. Anson Tsui. |
| 11:13 AM | Video deposition of Mr. Anson Tsui concluded. |
| 11:13 AM | Witness sworn. |
| 11:13 AM | Bench conference. |
| 11:15 AM | Bench conference concluded. |
| 11:15 AM | Direct examination of Mr. David Kennedy by Ms. Glasser. |
| 12:00 PM | Bench conference. |
| 12:01 PM | Bench conference concluded. |
| 12:02 PM | Jury recessed for lunch. |
| 12:02 PM | Recess. |
| 01:10 PM | Court reconvened. |
| 01:10 PM | Jury returned to courtroom. |
| 01:11 PM | Continuation direct examination of Mr. David Kennedy by Ms. Glasser. |
| 01:20 PM | Cross examination of Mr. David Kennedy by Mr. Cordell. |
| 01:30 PM | Bench conference. |
| 01:32 PM | Bench conference concluded. |
| 01:32 PM | Continuation cross examination of Mr. David Kennedy by Mr. Cordell. |
| 01:47 PM | **Courtroom sealed.** |
| 01:48 PM | Continuation cross examination of Mr. David Kennedy by Mr. Cordell. |
| 02:11 PM | Bench conference. |
| 02:15 PM | Bench conference concluded. |
| 02:16 PM | Continuation cross examination of Mr. David Kennedy by Mr. Cordell. |

| TIME | MINUTE ENTRY |
|---|---|
| 02:46 PM | Redirect examination of Mr. David Kennedy by Ms. Glasser. |
| 02:48 PM | Bench conference. |
| 02:51 PM | Bench conference concluded. |
| 02:51 PM | **Courtroom unsealed.** |
| 02:52 PM | Continuation redirect examination of Mr. David Kennedy by Ms. Glasser. |
| 02:59 PM | Bench conference. |
| 03:01 PM | Bench conference concluded. |
| 03:01 PM | Continuation redirect examination of Mr. David Kennedy by Ms. Glasser. |
| 03:04 PM | Recross examination of Mr. David Kennedy by Mr. Cordell. |
| 03:11 PM | Completion of testimony of Dr. David Kennedy. |
| 03:11 PM | Jury recessed for break. |
| 03:11 PM | Court directed counsel to meet and confer and jointly submit an updated proposed final jury instruction and jury verdict form by 3:00 PM tomorrow in Word format and electronically transmitted to Court staff. |
| 03:13 PM | Recess. |
| 03:27 PM | Court reconvened. |
| 03:28 PM | Jury returned to courtroom. |
| 03:28 PM | Plaintiff rested its case-in-chief. |
| 03:28 PM | Defendants' case-in-chief: |
| 03:29 PM | Witness sworn. |
| 03:29 PM | Direct examination of Mr. Joseph Calandra by Ms. Smith. |
| 04:02 PM | Bench conference. |
| 04:03 PM | Bench conference concluded. |
| 04:03 PM | Cross examination of Mr. Joseph Calandra by Ms. Glasser. |
| 04:10 PM | Bench conference. |
| 04:15 PM | Bench conference concluded. |
| 04:15 PM | Continuation cross examination of Mr. Joseph Calandra by Ms. Glasser. |
| 04:23 PM | Bench conference. |
| 04:25 PM | Bench conference concluded. |
| 04:26 PM | Continuation cross examination of Mr. Joseph Calandra by Ms. Glasser. |
| 04:39 PM | Completion of testimony of Mr. Joseph Calandra. |
| 04:39 PM | Ms. Smith introduced the video deposition of Mr. Ken Lee Hyun. |
| 04:59 PM | Video deposition of Mr. Ken Lee Hyun concluded. |
| 04:59 PM | Bench conference. |
| 05:03 PM | Bench conference concluded. |
| 05:03 PM | Ms. Smith introduced the video deposition of Mr. Mario Martinez. |
| 05:07 PM | Video deposition of Mr. Mario Martinez concluded. |
| 05:07 PM | Bench conference. |
| 05:08 PM | Bench conference concluded. |
| 05:08 PM | Ms. Smith introduced the video deposition of Mr. Hyun Joong Kim. |
| 05:10 PM | Objection raised.  Video deposition stopped. |
| 05:10 PM | Bench conference. |
| 05:12 PM | Bench conference concluded. |
| 05:12 PM | Continuation video deposition of Mr. Hyun Joong Kim. |
| 05:22 PM | Video deposition of Mr. Hyun Joong Kim concluded. |

| TIME | MINUTE ENTRY |
|---|---|
| 05:22 PM | Court provided instructions to the jury. |
| 05:23 PM | Jury recessed for the day until 8:30 AM tomorrow. |
| 05:24 PM | Court adjourned. |