

**2:21-cv-00463-JRG**
Netlist Inc v Samsung Electronics Co Ltd et al
April 18, 2023 at 8:30 AM
Trial -- Day 3

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jason Sheasby | Netlist |
| Sam Baxter | |
| Jenifer Truelove | |
| Lisa Glasser | |
| Kevin Burgess | |
| Michael McKeon | Samsung |
| Matt Mosteller | |
| Ruffin Cordell | |
| Melissa Smith | |
| (illegible) | |
| Lauren Degnan | |
| | |
| Benjamin Monnin | Netlist |
| | |
| | |
| | |
| | |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Scott Milton | Netlist |
| Joe Calandra | Samsung |
| | |
| | |
| | |