IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC. § | |
| § | |
| v. § | |
| § | |
| SAMSUNG ELECTRONICS CO., LTD., § | CIVIL ACTION NO. 2:21-CV-00463-JRG |
| SAMSUNG ELECTRONICS AMERICA, § | |
| INC., SAMSUNG SEMICONDUCTOR, § | |
| INC. § | |

MINUTES FOR JURY TRIAL DAY NO. 4
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
April 19, 2023

**OPEN:** 08:42 AM                                       **ADJOURN:**   06:12 PM

ATTORNEYS FOR PLAINTIFF:            See attached

ATTORNEYS FOR DEFENDANTS:       See attached

LAW CLERKS:                                        Ryan Davies
                                                              Harris Huguenard
                                                              Jeffrey Jacobsen

COURT REPORTER:                           Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                    Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:42 AM | Court opened. |
| 08:43 AM | Exhibits used prior day read into the record. |
| 08:44 AM | Jury entered the courtroom. |
| 08:45 AM | Continuation of Defendants' case-in-chief: |
| 08:45 AM | Witness sworn. |
| 08:45 AM | Direct examination of Mr. Joseph McAlexander by Dr. Albert. |
| 10:39 AM | Jury recessed for break. |
| 10:39 AM | Recess. |
| 10:58 AM | Court reconvened. |
| 10:59 AM | Jury returned to courtroom. |
| 10:59 AM | Cross examination of Mr. Joseph McAlexander by Mr. Sheasby. |
| 11:31 AM | Bench conference. |
| 11:32 AM | Bench conference concluded. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:32 AM | Continuation cross examination of Mr. Joseph McAlexander by Mr. Sheasby. |
| 12:00 PM | Bench conference. |
| 12:01 PM | Bench conference concluded. |
| 12:01 PM | Continuation cross examination of Mr. Joseph McAlexander by Mr. Sheasby. |
| 12:14 PM | Bench conference. |
| 12:17 PM | Bench conference concluded. |
| 12:17 PM | Jury recessed for lunch. |
| 12:17 PM | Recess. |
| 01:26 PM | Court reconvened. |
| 01:26 PM | Court made rulings as set forth in the record re: disputed demonstrative slides and previous objection raised during testimony of Mr. McAlexander. |
| 01:29 PM | Jury returned to courtroom. |
| 01:30 PM | Continuation cross examination of Mr. Joseph McAlexander by Mr. Sheasby. |
| 01:48 PM | Bench conference. |
| 01:49 PM | Bench conference concluded. |
| 01:50 PM | Continuation cross examination of Mr. Joseph McAlexander by Mr. Sheasby. |
| 02:04 PM | Bench conference. |
| 02:06 PM | Bench conference concluded. |
| 02:06 PM | Continuation cross examination of Mr. Joseph McAlexander by Mr. Sheasby. |
| 02:14 PM | Bench conference. |
| 02:16 PM | Bench conference concluded. |
| 02:17 PM | Redirect examination of Mr. Joseph McAlexander by Dr. Albert. |
| 02:32 PM | Completion of testimony of Mr. Joseph McAlexander. |
| 02:33 PM | Bench conference. |
| 02:34 PM | Bench conference concluded. |
| 02:34 PM | Witness sworn. |
| 02:35 PM | Direct examination of Dr. Gabriel Robins by Mr. Colvin. |
| 03:01 PM | **Courtroom sealed.** |
| 03:02 PM | Continuation direct examination of Dr. Gabriel Robins by Mr. Colvin. |
| 03:07 PM | **Courtroom unsealed.** |
| 03:07 PM | Continuation direct examination of Dr. Gabriel Robins by Mr. Colvin. |
| 03:12 PM | Bench conference. |
| 03:14 PM | Bench conference concluded. |
| 03:15 PM | Continuation direct examination of Dr. Gabriel Robins by Mr. Colvin. |
| 03:18 PM | Bench conference. |
| 03:19 PM | Bench conference concluded. |
| 03:19 PM | Jury recessed for break. |
| 03:20 PM | Recess. |
| 03:45 PM | Court reconvened. |
| 03:47 PM | Jury returned to courtroom. |
| 03:47 PM | Cross examination of Dr. Gabriel Robins by Mr. Sheasby. |
| 03:57 PM | **Courtroom sealed.** |
| 03:58 PM | Continuation cross examination of Dr. Gabriel Robins by Mr. Sheasby. |
| 04:27 PM | Bench conference. |
| 04:28 PM | Bench conference concluded. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:28 PM | Continuation cross examination of Dr. Gabriel Robins by Mr. Sheasby. |
| 04:48 PM | **Courtroom unsealed.** |
| 04:49 PM | Redirect examination of Dr. Gabriel Robins by Mr. Colvin. |
| 04:59 PM | Completion of testimony of Dr. Gabriel Robins. |
| 05:00 PM | Mr. McKeon introduced the video deposition of Mr. Chuck Hong. |
| 05:17 PM | Video deposition of Mr. Chuck Hong concluded. |
| 05:17 PM | Bench conference. |
| 05:19 PM | Bench conference concluded. |
| 05:20 PM | Interpreter previously sworn. |
| 05:20 PM | Court instructed Jury re: witness testimony with the aid of an interpreter. |
| 05:20 PM | Witness sworn. |
| 05:21 PM | Direct examination of Mr. Hyun-Ki Ji by Mr. Cordell. |
| 05:28 PM | Bench conference. |
| 05:30 PM | Bench conference concluded. |
| 05:33 PM | Continuation direct examination of Mr. Hyun-Ki Ji by Mr. Cordell. |
| 05:45 PM | Bench conference. |
| 05:47 PM | Bench conference concluded. |
| 05:47 PM | Cross examination of Mr. Hyun-Ki Ji by Mr. Sheasby. |
| 05:53 PM | Bench conference. |
| 05:54 PM | Bench conference concluded. |
| 05:54 PM | Continuation cross examination of Mr. Hyun-Ki Ji by Mr. Sheasby. |
| 06:04 PM | Redirect examination of Mr. Hyun-Ki Ji by Mr. Cordell. |
| 06:10 PM | Completion of testimony of Mr. Hyun-Ki Ji. |
| 06:11 PM | Court provided instructions to the jury. |
| 06:11 PM | Jury recessed for the day until 8:30 AM tomorrow. |
| 06:12 PM | Court adjourned. |