# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NETLIST, INC.** § | |
| § | |
| v. § | |
| § | |
| **SAMSUNG ELECTRONICS CO., LTD.,** § | **CIVIL ACTION NO. 2:21-CV-00463-JRG** |
| **SAMSUNG ELECTRONICS AMERICA,** § | |
| **INC., SAMSUNG SEMICONDUCTOR,** § | |
| **INC.** § | |

## MINUTES FOR JURY TRIAL DAY NO. 6
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 21, 2023

**OPEN:** 08:11 AM                                       **ADJOURN:**      02:42 PM

ATTORNEYS FOR PLAINTIFF:            See attached

ATTORNEYS FOR DEFENDANTS:      See attached

LAW CLERKS:                                         Ryan Davies
                                                              Harris Huguenard
                                                              Jeffrey Jacobsen

COURT REPORTER:                              Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                       Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:11 AM | Court opened. |
| 08:11 AM | Exhibits used prior day read into the record.  Court admitted Exhibit PX 44. |
| 08:15 AM | Yesterday, Court heard Rule 50(a) motions, ruled thereon, and held informal charge conference in chambers (off the record). |
| 08:17 AM | Formal charge conference started. |
| 08:17 AM | Mr. Payne argued for the Plaintiff.  Ms. Degnan argued for the Defendants. |
| 08:30 AM | Formal charge conference completed. |
| 08:30 AM | Recess. |
| 09:11 AM | Court reconvened. |
| 09:13 AM | Jury entered the courtroom. |
| 09:13 AM | Court provided instructions to Jury. |
| 10:17 AM | Closing argument by Plaintiff's counsel, Mr. Sheasby. |
| 10:38 AM | Closing argument by Defendants' counsel, Mr. Cordell. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:19 AM | Final closing argument by Plaintiff's counsel, Mr. Sheasby. |
| 11:38 AM | Closing arguments concluded. |
| 11:38 AM | Court gave final instructions to the Jury. |
| 11:43 AM | Jury retired to jury room to deliberate. |
| 11:44 AM | Court recessed. |
| 02:29 PM | Court reconvened. |
| 02:30 PM | Court informed counsel of a Jury note received by the Court. |
| 02:31 PM | Jury entered the courtroom. |
| 02:33 PM | Court announced the verdict into the record. |
| 02:38 PM | Jurors polled representing a unanimous verdict. |
| 02:42 PM | Jurors released and excused by the Court. |
| 02:42 PM | Court adjourned. |