IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00463-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., SAMSUNG SEMICONDUCTOR, | § | |
| INC., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

The Court issues this order *sua sponte*.

It is **ORDERED** that the above-captioned case is **SET** for a bench trial before the undersigned on **May 30, 2023 at 8:30 a.m.** C.T. in Marshall, Texas. The Court has allocated four hours to hear these matters, with two hours reserved for each side; beginning at 8:30 a.m. and ending at 12:30 p.m. C.T. The parties are further **ORDERED** to submit trial briefs, not to exceed ten pages each, on the issues to be taken up at the bench trial. Said briefs shall be submitted to the Court on or before **May 22, 2023 at 8:00 a.m.**

**So Ordered this**

**Apr 27, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE