# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SAMSUNG ELECTRONICS CO., LTD., )<br>SAMSUNG ELECTRONICS AMERICA, )<br>INC., SAMSUNG SEMICONDUCTOR, INC., )<br>)<br>Defendants. )<br>) | Case No. 2:21-CV-463-JRG<br><br>JURY TRIAL DEMANDED |

**NETLIST INC.'S UNOPPOSED MOTION TO WITHDRAW NETLIST INC.'S OPPOSITION TO DEFENDANT SAMSUNG'S MOTION TO STRIKE TESTIMONY REGARDING PX1820 AND FOR A CORRECTIVE INSTRUCTION TO THE JURY (DKT. 473 & DKT. 474)**

Plaintiff Netlist, Inc. hereby respectfully moves the Court to withdraw Dkt. 473 and Dkt. 474, uncorrected and corrected versions of Netlist's Opposition to Defendant Samsung's Motion to Strike Testimony Regarding PX1820 and for a Corrective Instruction to the Jury. Netlist's Opposition brief was mooted by the Court's granting of Samsung's oral motion to withdraw Dkt. 472, Samsung's Motion to Strike Testimony Regarding PX1820 and for a Corrective Instruction to the Jury. *See* Trial Tr. at 1210:3-8.

Dated: May 9, 2023

Respectfully submitted,

*/s/ Samuel F. Baxter*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Lisa Glasser (*pro hac vice*)
lglasser@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Andrew Strabone (*pro hac vice*)
astrabone@irell.com
Stephen M. Payne (*pro hac vice*)
spayne@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
Benjamin Monnin (*pro hac vice*)
bmonnin@irell.com
Erick Franklund (*pro hac vice*)
efranklund@irell.com
Nora Isabella Chestney (*pro hac vice*)
ichestney@irell.com
Dovid Z. Kahn (*pro hac vice*)
dkahn@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

- 3 -

Rebecca Carson (*pro hac vice*)
rcarson@irell.com
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on May 9, 2023, a copy of the foregoing was served to all counsel of record.

*/s/ Jennifer L. Truelove*
Jennifer L. Truelove

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff met and conferred with counsel for Defendants. Counsel for Defendants indicated that it is unopposed to this motion.

*/s/ Jennifer L. Truelove*
Jennifer L. Truelove