UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., <br><br> Defendants. | Case No. 2:21-CV-463-JRG <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF NETLIST INC.'S UNOPPOSED MOTION TO WITHDRAW NETLIST INC.'S OPPOSITION TO DEFENDANT SAMSUNG'S MOTION TO STRIKE TESTIMONY REGARDING PX1820 AND FOR A CORRECTIVE INSTRUCTION TO THE JURY (DKT. 473 & DKT. 474)**

After considering Plaintiff Netlist, Inc.'s unopposed Motion to Withdraw Dkt. 473 and Dkt. 474, uncorrected and corrected versions of Netlist's Opposition to Defendant Samsung's Motion to Strike Testimony Regarding PX1820 and for a Corrective Instruction to the Jury, the Court hereby grants Plaintiff Netlist Inc.'s motion.

It is ORDERED that Dkt. 473 and Dkt. 474 are hereby withdrawn.

IT IS SO ORDERED