# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00463-JRG |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., | § § § § § | |
| *Defendants*. | § § | |

## ORDER

The Court issues this Order *sua sponte*. On May 15, 2023, Plaintiff Netlist, Inc. ("Netlist") filed a Motion to Quash Trial Subpoenas on Chuck Hong and Scott Milton (the "Motion"). (Dkt. No. 507). The bench trial in this case is set on May 30, 2023. Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (together "Samsung") have not filed a response. Accordingly, the Court **ORDERS** that Samsung's response to the Motion is due by Monday, **May 22, 2023 at 8:00 a.m.**

**So Ordered this**
**May 18, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE