# Exhibit 1

| | |
|---|---|
| **From:** | Strabone, Andrew |
| **Sent:** | Thursday, May 11, 2023 3:41 PM |
| **To:** | 'Brian Livedalen'; Tezyan, Michael; FISH SERVICE Samsung/Netlist; ~Smith, Melissa |
| **Cc:** | #Netlist-Samsung-E.D.Tex; jtruelove@mckoolsmith.com; ~Baxter, Samuel |
| **Subject:** | RE: 2:21-cv-00463-JRG Netlist, Inc. v. SAMSUNG ELECTRONICS CO., LTD. et al |

Brian, what is the subject on which you seek to examine Mr. Hong that was not already the subject of his deposition examination, the deposition examination of one of Netlist's 30b6 witnesses, or the trial testimony of Mr. Milton?

Best,
Andrew

**From:** Brian Livedalen <livedalen@fr.com>
**Sent:** Thursday, May 11, 2023 3:17 PM
**To:** Strabone, Andrew <AStrabone@irell.com>; Tezyan, Michael <mtezyan@irell.com>; FISH SERVICE Samsung/Netlist <FISHSERVICESamsung/Netlist@fr.com>; ~Smith, Melissa <melissa@gillamsmithlaw.com>
**Cc:** #Netlist-Samsung-E.D.Tex <Netlist-Samsung-E.D.Tex@irell.com>; jtruelove@mckoolsmith.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>
**Subject:** RE: 2:21-cv-00463-JRG Netlist, Inc. v. SAMSUNG ELECTRONICS CO., LTD. et al

Andrew,
Can you please answer my original question? Does Netlist intend to bring Mr. Milton to trial? If Netlist will not voluntarily bring Mr. Milton to trial, Samsung intends to issue trial subpoenas to Mr. Milton and Mr. Hong. Please confirm Netlist's position today. If Netlist is not bringing Mr. Milton to trial, please confirm that you will accept service of a trial subpoenas on Mr. Milton's and Mr. Hong's behalf.

Thanks,

Brian Livedalen
202-638-6557
livedalen@fr.com

**From:** Strabone, Andrew <AStrabone@irell.com>
**Sent:** Thursday, May 11, 2023 4:53 PM
**To:** Brian Livedalen <livedalen@fr.com>; Tezyan, Michael <mtezyan@irell.com>; FISH SERVICE Samsung/Netlist <FISHSERVICESamsung/Netlist@fr.com>; melissa@gillamsmithlaw.com
**Cc:** #Netlist-Samsung-E.D.Tex <Netlist-Samsung-E.D.Tex@irell.com>; jtruelove@mckoolsmith.com; Sam Baxter <sbaxter@mckoolsmith.com>
**Subject:** RE: 2:21-cv-00463-JRG Netlist, Inc. v. SAMSUNG ELECTRONICS CO., LTD. et al

Brian, what is the subject on which you seek to examine Mr. Milton that was not already the subject of trial examination or deposition examination?

Thanks,

Andrew

---

**From:** Brian Livedalen <livedalen@fr.com>
**Sent:** Thursday, May 11, 2023 6:29 AM
**To:** Strabone, Andrew <AStrabone@irell.com>; Tezyan, Michael <mtezyan@irell.com>; FISH SERVICE Samsung/Netlist <FISHSERVICESamsung/Netlist@fr.com>; ~Smith, Melissa <melissa@gillamsmithlaw.com>
**Cc:** #Netlist-Samsung-E.D.Tex <Netlist-Samsung-E.D.Tex@irell.com>; jtruelove@mckoolsmith.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>
**Subject:** RE: 2:21-cv-00463-JRG Netlist, Inc. v. SAMSUNG ELECTRONICS CO., LTD. et al

Andrew,

Please provide a response to my email by close of business today.  If Netlist does not intend to bring Mr. Milton to trial, please confirm that you will accept service of a trial subpoena on Mr. Milton's behalf.

Thanks,

Brian Livedalen
202-638-6557
livedalen@fr.com

---

**From:** Brian Livedalen <livedalen@fr.com>
**Sent:** Monday, May 08, 2023 10:09 PM
**To:** Strabone, Andrew <AStrabone@irell.com>; Tezyan, Michael <mtezyan@irell.com>; FISH SERVICE Samsung/Netlist <FISHSERVICESamsung/Netlist@fr.com>; melissa@gillamsmithlaw.com
**Cc:** #Netlist-Samsung-E.D.Tex <Netlist-Samsung-E.D.Tex@irell.com>; jtruelove@mckoolsmith.com; Sam Baxter <sbaxter@mckoolsmith.com>
**Subject:** RE: 2:21-cv-00463-JRG Netlist, Inc. v. SAMSUNG ELECTRONICS CO., LTD. et al

Andrew,

Samsung intends to call Mr. Milton as a witness at the May 30th bench trial.  Please confirm that Netlist is bringing Mr. Milton to trial.

Thanks,

Brian Livedalen
202-638-6557
livedalen@fr.com