IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 2:21-CV-00463-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., SAMSUNG SEMICONDUCTOR, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court issues this Order *sua sponte*. On May 22, 2023, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (together, "Samsung") filed an Opposed Sealed Motion to Request the Court Take Judicial Notice of Certain Statements Made During the Pre-Trial Conference (Dkt. No. 518) and an Opposed Sealed Motion to Admit Exhibits (Dkt. No. 519) (together, the "Motions"). The bench trial in this case is set on May 30, 2023. Plaintiff Netlist, Inc. ("Netlist") has not filed a response. Accordingly, the Court **ORDERS** that Netlist's response to each of the Motions, if any, is due no later than Thursday, May 25, 2023 at 12:00 p.m. central time. Each response will be no longer than four (4) pages.

SIGNED this 23rd day of May, 2023.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE