UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., <br> Defendants. | Case No. 2:21-cv-463-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST'S OPPOSED MOTION REQUESTING ADMISSION OF PX0176, PX0856, AND PX1790 AND THAT THE COURT TAKE JUDICIAL NOTICE OF SAMSUNG'S REPRESENTATIONS AT THE PRE-TRIAL CONFERENCE**

**I, Jason G. Sheasby, declare as follows**:

1.  I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice pro hac vice before this Court in this action. I provide this declaration in support of Netlist's Opposed Motion Requesting Admission of PX0176, PX0856, and PX1790 and that the Court Take Judicial Notice of Samsung's Representations at the Pre-Trial Conference. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2.  **Attached as Exhibit 1 (PX0856)** is a true and correct copy of Minutes of Meeting No. 177 of the JC-40 Digital Logic Committee, dated March 3, 2014.

3.  **Attached as Exhibit 2** is a true and correct copy of email exchanges between counsel for Netlist and counsel for Samsung between May 22 and May 17, 2023.

4.  **Attached as Exhibit 3** is a true and correct copy of email exchanges between counsel for Netlist and counsel for Samsung between May 17 and May 24, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 26, 2023, in Los Angeles, California.

By /s/ *Jason G. Sheasby*  
Jason G. Sheasby