**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SAMSUNG ELECTRONICS CO., LTD., ) <br> SAMSUNG ELECTRONICS AMERICA, ) <br> INC., SAMSUNG SEMICONDUCTOR, ) <br> INC., ) <br> ) <br> Defendants. ) | Case No. 2:21-cv-463-JRG <br><br> **JURY TRIAL DEMANDED** |

**ORDER**

The Court, having considered Plaintiff's Motion Requesting Admission of PX0176, PX0856, and PX1790 and that the Court Take Judicial Notice of Samsung's Representations at the Pre-Trial Conference, is of the opinion that said motion should be Granted.

**IT IS SO ORDERED.**