UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.<br>and SAMSUNG SEMICONDUCTOR, INC.,<br><br>          Defendants. | Civil Case No. 2:21cv463-JRG<br><br>**JURY TRIAL DEMANDED** |

## SAMSUNG'S NOTICE REGARDING CO-PENDING ACTION

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and

Samsung Semiconductor, Inc. (collectively, "Samsung") submit this Notice to notify the Court

that the oral argument for the Ninth Circuit Appeal regarding whether Samsung remains licensed

to Netlist's patents was held on June 8, 2023, and a video recording of the argument is available

at https://www.ca9.uscourts.gov/media/video/?20230608/22-55209/.  According to the Ninth

Circuit's website (https://www.ca9.uscourts.gov/general/faq/), "most cases are decided within 3

months to a year after" oral argument, meaning a decision that could dispose of this entire case,

as well as all patent litigation between Netlist and Samsung globally, could issue as soon as

September 2023.

1

Date: June 15, 2023                        Respectfully submitted,


                                           */s/ Francis J. Albert*

                                           Ruffin B. Cordell
                                           TX Bar No. 04820550
                                           cordell@fr.com
                                           Michael J. McKeon
                                           D.C. Bar No. 459780
                                           mckeon@fr.com
                                           Lauren A. Degnan
                                           D.C. Bar No. 452421
                                           degnan@fr.com
                                           Brian Livedalen
                                           D.C. Bar No. 1002699
                                           livedalen@fr.com
                                           Daniel A. Tishman
                                           D.C. Bar No. 1013923
                                           tishman@fr.com
                                           Matthew Mosteller
                                           CA Bar No. 324808
                                           mosteller@fr.com
                                           FISH & RICHARDSON P.C.
                                           1000 Maine Avenue, SW
                                           Washington, DC 20024
                                           Telephone: (202) 783-5070
                                           Facsimile:  (202) 783-2331

                                           Katherine Reardon
                                           NY Bar No. 5196910
                                           kreardon@fr.com
                                           Sara C. Fish
                                           GA Bar No. 873853
                                           sfish@fr.com
                                           FISH & RICHARDSON P.C.
                                           1180 Peachtree St., NE, 21st Floor
                                           Atlanta, GA 30309
                                           Telephone: (404) 892-5005
                                           Facsimile:  (404) 892-5002

                                           Francis J. Albert
                                           CA Bar No. 247741
                                           albert@fr.com
                                           FISH & RICHARDSON P.C.

2

12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Matthew Colvin
Texas Bar No. 24087331
colvin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091

Karolina Jesien
New York Bar No. KJ7292
FISH & RICHARDSON P.C.
Times Square Tower
20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile:  (212) 258-2291

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:   (903) 934-9257

Alice J. Ahn
CA 271399 / DC 1004350
aahn@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Ste. 5400
San Francisco, CA 94105
Telephone:  (415) 591-7091
Facsimile:   (415) 591-6091

Brian R. Nester
D.C. Bar No. 460225
bnester@cov.com

3

COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202)-662-6000

*Attorneys for Defendants Samsung Electronics
Co., Ltd.; Samsung Electronics America, Inc.; and
Samsung Semiconductor, Inc.*

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on June 15, 2023.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).


*/s/ Francis J. Albert*