IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CASE NO. 2:21-CV-00463-JRG |
| § | |
| SAMSUNG ELECTRONICS CO., LTD., § | |
| SAMSUNG ELECTRONICS AMERICA, § | |
| INC., SAMSUNG SEMICONDUCTOR, § | |
| INC., § | |
| § | |
| *Defendants*. § | |

# ORDER

The Court issues this order *sua sponte*. On August 11, 2023, the Court issued its sealed Memorandum Opinion and Order Supported by Findings of Fact and Conclusions of Law (the "Order"). (Dkt. No. 550.) The Court instructed the parties to provide redactions to the Order. Thereafter, the parties informed the Court that the parties have met and conferred and do not propose any redactions. (Dkt. No. 552.)

Accordingly, the Court **ORDERS** that the Memorandum Opinion and Order Supported by Findings of Fact and Conclusions of Law (Dkt. No. 550) should be and hereby is **UNSEALED**.

**So ORDERED and SIGNED this 23rd day of August, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE