# Exhibit B

Filing Fees

| | | |
|---|---|---:|
| Filng fees from McKool | $ | 902.00 |
| Filing fees per I&M costs list | $ | 1,800.00 |
| **Grand Total** | **$** | **2,702.00** |

Docket -clerk Fees

| Date of Invoice | Invoice No. | Vendor / Payee | Amount | Notes |
|---|---|---|---|---|
| 1/11/2023 | n/a | Michael Paul (Technical Advisor) | $5,984.85 | via Court Order, Dkt. 156 (our half of his fee; split with Samsung) |

Court Appt Advisor

| Name | Date of Invoice | Invoice No. | Amount | Notes | |
|---|---|---|---|---|---|
| | | | | | *Excludes cost of realtime transcripts |
| Kathy Park | 12/30/2022 | (no number - summary chart of all work done in this case) | 7,800.00 | Korean Interpretation for various different depos. | |
| **TOTAL** | | | **7,800.00** | | |
| Ko & Martin | 11/22/2022 | 2731 | $2,000.00 | Korean Interpretation for Kyungsoo Park Depo | |
| Ko & Martin | 11/22/2022 | 2739 | $2,187.50 | Korean Interpretation for Dong Il Kim Depo | |
| Ko & Martin | 11/20/2022 | 2741 | $3,500.00 | Korean interpretation for Dr. Hyung Lee Depo | |
| Ko & Martin | 11/22/2022 | 2747 | $2,000 | Korean interpretation for Sung Joo Park Depo | |
| Ko & Martin | 12/5/2022 | 2748 | $2,000 | Korean interpretation for Hun Joo Lee Depo | |
| Ko & Martin | 12/6/2022 | 2749 | $2,000 | Korean interpretation for Johnny Kim Depo | |
| Ko & Martin | 1/3/2023 | 2773 | $2,000 | Korean interpretation for Sungho Choi Depo | |
| Ko & Martin | 12/20/2022 | 2775 | $2,000 | Korean interpretation for Junseon Yoon Depo | |
| Ko & Martin | 2/1/2023 | 2818 | $1,100 | Korean interpretation for Jung Bae Lee Depo | |
| **TOTAL** | | | **18,787.50** | | |
| Planet Depos | 10/21/1022 | 532680 | 2,100.00 | Interpreter for Seung-Mo Jung (Sept) | |
| | 10/21/1022 | 532462 | 2,310.00 | Interpreter for Jihwan Kim Depo (Sept) | |
| | 10/11/1022 | 532644 | 1,837.50 | Interpreter for K. Park (Sept) | |
| **TOTAL** | | | **6,247.50** | | |

Interpreters-Depos

| Name | Date of Invoice | Invoice No. | Amount | Notes | | *Excludes cost of realtime transcripts |
|---|---|---|---|---|---|---|
| Ko & Martin Total | | | 18,787.50 | | | |
| Kathy Park Total | | | 7,800.00 | | | |
| Planet Depos Total | | | 6,247.50 | | | |
| **Grand Total** | | | **32,835.00** | | | |

See next tab for adding translations of docs.

Interpreters-Depos

| Name | Date of Invoice | Invoice No. | Amount | Notes | | *Excludes cost of realtime transcripts |
|---|---|---|---|---|---|---|
| Ko & Martin | 11/22/2022 | 2735 | $75.00 | Translation for Bates NL046600 | | |
| Ko & Martin | 12/19/2022 | 2746 | $1,281.50 | Translation for various produced docs | | |
| Ko & Martin | 12/20/2022 | 4325 | 3,083.10 | Chinese interpretation of Montage 2021 Annual Report | | |
| Ko & Martin | 3/25/2023 | 2891 | $22,000 | Korean interpretation for trial exhibits | | |
| Ko & Martin | 3/28/2023 | 2892 | $4,895 | Korean interpretation for trial exhibits | | |
| Ko & Martin | 4/11/2023 | 2902 | $300 | Korean interpretation for trial exhibits | | |
| **TOTAL** | | | **31,634.60** | | | |

See prior sheet for details for Interpreters.

| Total for interpreters from prior tab | | | 32,835.00 | | | |
|---|---|---|---|---|---|---|
| | | | | Translations | $ | 31,634.60 |
| | | | | Interpreters | $ | 32,835.00 |
| | | | | **GRAND TOTAL** | **$** | **64,469.60** |

Translation of Docs

| Date of Invoice | Invoice No. | invoice Amount | Adjusted Amount for Bill of Costs* | Notes | Vendor | |
|---|---|---|---|---|---|---|
| 10/27/2022 | 613989 | $5,283.73 | $ 1,749.15 | Costs for Hunjoo Lee depo - depo | Veritext | *Excludes cost of realtime transcripts |
| 11/29/2022 | 6202583 | $4,829.35 | $ 2,736.90 | Costs for Kyungsoo Park depo | Veritext | |
| 12/13/2022 | 6234719 | $4,475.45 | $ 1,977.95 | Costs for SungJoo Park depo - depo | Veritext | |
| 12/16/2022 | 6243083 | $2,711.85 | $ 961.60 | Costs for Anson Tsui depo - depo | Veritext | |
| 12/17/2022 | 6237377 | $4,137.85 | $ 1,900.40 | Costs for Jihwan Kim depo - depo | Veritext | |
| 12/21/2022 | 6252939 | $3,011.60 | $ 1,304.75 | Costs for Joseph Calandra Depo - depo | Veritext | |
| 12/22/2022 | 6250842 | $6,112.35 | $ 2,170.65 | Costs for Renesas Depositions (Lo, Davey) Held 12/15 - depo | Veritext | |
| 12/24/2022 | 6260649 | $3,372.20 | $ 1,850.75 | Costs for Hun Joo Lee Deposition Held 12/5 - | Veritext | |
| 12/27/2022 | 6261727 | $4,924.00 | $ 1,615.25 | Costs for Hyun Joong "Johnny" Kim Depo - | Veritext | |
| 12/27/2022 | 6261748 | $2,489.70 | $ 932.80 | Costs for Dongjun Choi Depo - depo | Veritext | |
| 12/28/2022 | 6263652 | $3,985.10 | $ 1,632.70 | Costs for Indong Kim Depo Held 12/8 - depo | Veritext | |
| 12/30/2022 | 6268453 | $1,886.90 | $ 923.00 | Costs for Jungmo Yang Deposition Held 12/14 - depo | Veritext | |
| 12/30/2022 | 6269457 | $4,261.45 | $ 2,039.65 | Costs for Junseon Yoon Deposition Held 12/20, Job - depo | Veritext | |
| 12/30/2022 | 6267134 | $3,637.60 | $ 1,427.60 | Costs for Seung-Mo Jung Depo - depo | Veritext | |
| 1/3/2023 | 6275586 | $2,239.85 | $ 1,080.70 | Costs for Sungho Choi Depo - depo | Veritext | |
| 2/13/2023 | 6340568 | $3,813.56 | $ 1,733.70 | Costs for Vasilios Karabats | Veritext | |
| 2/13/2023 | 6355849 | $6,388.20 | $ 2,461.50 | McAlexnander Depo | Veritext | |
| 2/13/2023 | 6357720 | $5,431.00 | $ 1,951.25 | Robins Depo (1st depo) | Veritext | |

Depo-transcripts

| Date of Invoice | Invoice No. | invoice Amount | Adjusted Amount for Bill of Costs* | Notes | Vendor | |
|---|---|---|---|---|---|---|
| | | | | | | *Excludes cost of realtime transcripts |
| 2/18/2023 | 6366845 | $2,569.55 | $ 1,191.70 | Costs for Jung Bae Lee depo | Veritext | |
| 3/10/2023 | 6418081 | $2,961.15 | $ 1,498.75 | Costs for Halbert depo | Veritext | |
| 3/10/2023 | 6419884 | $7,063.75 | $ 3,596.60 | Costs for Meyer depo | Veritext | |
| 10/11/2022 | 529067 | $2,636.25 | $ 1,690.50 | Jihwan Kim Deposition | Planet Depos | |
| 10/11/2022 | 530854 | $2,777.00 | $ 1,941.50 | Kyungsoo Park Deposition | Planet Depos | |
| 10/21/2022 | 532268 | $2,680.25 | $ 2,142.00 | Seung-Mo Jung Deposition | Planet Depos | |
| 12/9/2022 | 545334 | $3,324.70 | $ 2,037.65 | Hyun Lee Deposition files | Planet Depos | |
| 12/9/2022 | 545711 | $2,178.10 | $ 1,472.10 | Tobin Hobbs Deposition files | Planet Depos | |
| 12/12/2022 | 547045 | $3,760.55 | $ 2,610.60 | Scott Milton Deposition files | Planet Depos | |
| 12/13/2022 | 547504 | $4,017.90 | $ 2,587.50 | Mario Martinez Deposition files | Planet Depos | |
| 12/19/2022 | 548678 | $4,299.95 | $ 3,601.20 | Chuck Hong Deposition files | Planet Depos | |
| 1/3/2023 | 551056 | $1,495.80 | $ 802.25 | Gail Sasaki 12/16 Deposition files | Planet Depos | |
| 1/3/2023 | 551453 | $1,899.85 | $ 1,049.50 | Gail Sasaki 12/20 Deposition files | Planet Depos | |
| 1/16/2023 | 553586 | $2,105.90 | $ 1,599.90 | Khaled Shami 1/4/2023 Deposition files | Planet Depos | |
| 2/7/2023 | 558127 | $3,228.65 | $ 2,184.20 | Peter Gillingham 2/1 Deposition files | Planet Depos | |
| 2/20/2023 | 559937 | $4,284.75 | $ 3,080.10 | Brogioli depo files | Planet Depos | |
| 2/21/2023 | 561618 | $6,707.90 | $ 3,689.90 | BMS depo files | Planet Depos | |
| 2/22/2023 | 562193 | $2,137.60 | $ 1,252.50 | Groehn depo files | Planet Depos | |
| 2/27/2023 | 563097 | $2,640.25 | $ 1,447.50 | David Kennedy Depo files | Planet Depos | |
| 4/12/2023 | 573918 | $2,771.50 | $ 2,029.80 | Gabriel Robins supplemental report depo | Planet Depos | |

Depo-transcripts

| Date of Invoice | Invoice No. | invoice Amount | Adjusted Amount for Bill of Costs* | Notes | Vendor | *Excludes cost of realtime transcripts |
|---|---|---|---|---|---|---|
| **TOTAL** | | | $ 71,956.05 | | | |

See summary tab for grand total for depo + video + Court transcripts.

Depo-transcripts

| Date of Invoice | Invoice No. | invoice Amount | Notes | Vendor |
|---|---|---|---|---|
| 11/4/2022 | 6153659 | $2,423.82 | Costs for Hunjoo Lee depo - video | Veritext |
| 12/7/2022 | 6217857 | $2,468.00 | Costs for Kyungsoo Park depo - video | Veritext |
| 12/16/2022 | 6242706 | $2,253.00 | Costs for SungJoo Park depo - video | Veritext |
| 12/20/2022 | 6248767 | $2,883.00 | Costs for Jihwan Kim depo - video | Veritext |
| 12/21/2022 | 6252699 | $1,068.00 | Costs for Anson Tsui depo - video | Veritext |
| 12/24/2022 | 6260920 | $1,068.00 | Costs for Hun Joo Lee Deposition Held 12/5 - video | Veritext |
| 12/28/2022 | 6264629 | $2,163.00 | Costs for Hyun Joong "Johnny" Kim Depo - video | Veritext |
| 12/30/2022 | 6268564 | $1,938.00 | Costs for Indong Kim Depo Held 12/8 - video | Veritext |
| 12/30/2022 | 6270010 | $1,473.00 | Costs for Dongjun Choi Depo - video | Veritext |
| 1/4/2023 | 6277776 | $2,133.00 | Costs for Seung-Mo Jung Depo - video | Veritext |
| 1/6/2023 | 6281687 | $618.00 | Costs for Jungmo Yang Deposition Held 12/14 - video | Veritext |
| 1/10/2023 | 6286370 | $843.00 | Costs for Joseph Calandra Depo - video | Veritext |
| 1/10/2023 | 6286511 | $1,368.00 | Costs for Davey (Renesas) Depo - video | Veritext |
| 1/11/2023 | 6288475 | $2,583.00 | Costs for Junseon Yoon Deposition Held 12/20 - video | Veritext |
| 1/11/2023 | 6289308 | $633.00 | Costs for Sungho Choi Depo - video | Veritext |
| 2/13/2023 | 6356632 | $1,503.00 | Costs for Vasilios Karabatsos VIDEO | Veritext |
| 2/18/2023 | 6371405 | $1,068.00 | Costs for Jung Bae Lee depo - video | Veritext |
| 2/23/2023 | 6383835 | $5,465.50 | Costs for Gabriel Robins depo - video | Veritext |
| 2/28/2023 | 6396622 | $1,938.00 | Kline video | Veritext |
| 3/1/2023 | 6399366 | $4,689.25 | Costs for McAlexander depo - video | Veritext |
| 3/20/2023 | 6329707 | $1,173.00 | Costs for Halbert depo - video | Veritext |
| 3/25/2023 | 6452572 | $2,718.00 | Costs for Meyer depo - video | Veritext |
| 10/11/2022 | 529068 | $2,797.50 | Jihwan Kim depo videographer | Planet Depos |
| 10/11/2022 | 530855 | $2,365.00 | Kyunsoo Park depo videographer | Planet Depos |
| 10/11/2022 | 532463 | $2,200.00 | Video Conference Costs - Jihwan Kim | Planet Depos |
| 10/11/2022 | 532465 | $1,907.50 | Video Conference Costs - Kyunsoo Park | Planet Depos |
| 10/21/2022 | 532269 | $2,205.00 | Seung Mo Jung videographer | Planet Depos |
| 10/21/2022 | 532679 | $1,810.00 | Video Conference Costs - Seung Mo Jung | Planet Depos |
| 12/9/2022 | 545335 | $1,395.00 | Hyun Lee Videographer | Planet Depos |
| 12/9/2022 | 545714 | $495.00 | Tobin Hobbs Videographer | Planet Depos |
| 12/12/2022 | 547046 | $845.00 | Scott Milton - Videographer | Planet Depos |
| 12/13/2022 | 546769 | $995.00 | Mario Martinez - Videographer | Planet Depos |
| 12/19/2022 | 548679 | $1,632.50 | Chuck Hong - videographer | Planet Depos |
| 1/3/2023 | 551058 | $545.00 | Gail Sasaki - Videographer (Vol 1) | Planet Depos |
| 1/3/2023 | 551455 | $595.00 | Gail Sasaki - Videographer (Vol 2) | Planet Depos |

Depo-videos

| Date of Invoice | Invoice No. | invoice Amount | Notes | Vendor |
|---|---|---|---|---|
| 1/16/2023 | 553588 | $470.00 | Khaled Shami Videographer | Planet Depos |
| 2/7/2023 | 558442 | $845.00 | Peter Gillingham - Videographer | Planet Depos |
| 2/20/2023 | 560518 | $1,120.00 | Michael Brogioli - Videographer | Planet Depos |
| 2/21/2023 | 561616 | $1,120.00 | Mangioni-Smith Videographer | Planet Depos |
| 2/22/2023 | 562194 | $845.00 | Groehn Videographer | Planet Depos |
| 2/27/2023 | 563099 | $1,045.00 | Kennedy Videograher | Planet Depos |
| 3/20/2023 | 6439707 | $1,173.00 | Halbert Video | Planet Depos |
| 3/25/2023 | 6452572 | $2,718.00 | Meyer video | Planet Depos |
| **Grand Total** | | **$73,594.07** | | |

See summary tab for grand total for depo + video + Court transcripts.

Depo-videos

| Date of Invoice | Invoice No. | Vendor / Payee | Amount | Notes |
|---|---|---|---|---|
| 3/20/2023 | N/A | Chris Hwang | $42.35 | Payment for 3/10 Hotline Call |
| 3/28/2023 | 1046 | Shawn McRoberts | $15,000 | TRIAL - Deposit for Daily Transcripts and Realtime |
| 5/31/2023 | 1084 | Shawn McRoberts | $2,193.00 | Bench Trial Transcript |
| | | Shawn McRoberts | 8,845.47 | Total Jury Trial after subtracting Real time and Expedited |
| | | Shawn McRoberts | 1,479.00 | Bench Trial after subtracting Real Time |
| | | McRoberts Total for Trials | 10,324.47 | |
| | | McRoberts Total | 10,324.47 | |
| | | Hwang Total | 42.35 | |
| | | Court Transcript Total | 10,366.82 | |

See summary tab for grand total
for depo + video + Court

Court Transcripts

| | | | |
|---|---|---|---|
| Depo Transcripts total | $ | 71,956.05 | *Excludes cost of realtime transcripts |
| | | | |
| Depo Video total | $ | 73,594.07 | |
| I&M Court transcripts total | $ | 10,366.82 | |
| McKool Court Transcripts: | $ | - | |
| **GRAND TOTAL:** | $ | **155,916.94** | |

Summary re transcripts

**PRINTING**

| | | |
|---|---|---|
| Internal Printing Expense | $ | 5,412.60 |
| Internal Color Printing Expense | $ | 32,259.75 |
| **TOTAL** | | **37,672.35** |

**PHOTOCOPYING**

| | | |
|---|---|---|
| External Photocopy Costs | $ | 241,732.93 |
| Internal Photocopy Expense | $ | 49.50 |
| Internal Color Photocopying Expense | $ | 4,305.00 |
| **TOTAL** | | **246,087.43** |

Printing & photocopy Fees