# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 2:21-CV-463-JRG ) |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., | ) JURY TRIAL DEMANDED ) ) ) |
| Defendants. | ) ) ) |

**ORDER GRANTING PLAINTIFF NETLIST INC.'S OPPOSED MOTION TO WITHDRAW NETLIST INC.'S MOTION FOR AN ONGOING ROYALTY (DKT. 563)**

After considering Plaintiff Netlist, Inc.'s Opposed Motion to Withdraw Dkt. 563, Netlist's Motion for an Ongoing Royalty, the Court hereby grants Plaintiff Netlist Inc.'s Motion.

It is ORDERED that Dkt. 563 is hereby withdrawn.