UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG SEMICONDUCTOR, INC., <br><br> Defendants. | Civil Case No. 2:21cv463-JRG <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS' NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1295(a)(1), Federal Rule of Appellate Procedure 3(a), and Federal Circuit Rule 3, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc., ("Samsung") hereby give notice that all defendants appeal to the United States Court of Appeals for the Federal Circuit from (1) the Judgment of the District Court entered on August 11, 2023 (Dkt. No. 551), (2) the sealed Order that the District Court signed on July 12, 2024, and bearing a filed date of July 15, 2024 (Dkt. No. 606), denying Samsung's combined Rule 50(b) Motion for Judgment as a Matter of Law and Rule 59 Motion for a New Trial, (3) the sealed Order that the District Court signed on July 12, 2024, and bearing a filed date of July 15, 2024 (Dkt. No. 607), denying Samsung's Motion To Vacate the Judgment and Stay Due to the Ninth Circuit's Decision, and (4) all underlying or related decisions, findings, orders, rulings, and/or conclusions decided adversely to Samsung.

This notice is timely filed within 30 days of the District Court's Orders pursuant to 28 U.S.C. § 2107 and Federal Rules of Appellate Procedure 4(a)(1), 4(a)(4).

Date: August 9, 2024

Respectfully submitted,

*/s/ Lauren A. Degnan*
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
D.C. Bar No. 452421
degnan@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Matthew Colvin
Texas Bar No. 24087331
colvin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:   (903) 934-9257

Alice J. Ahn
CA 271399 / DC 1004350
aahn@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Ste. 5400
San Francisco, CA 94105
Telephone:  (415) 591-7091
Facsimile: (415) 591-6091

Brian R. Nester
D.C. Bar No. 460225
bnester@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202)-662-6000

*Attorneys for Defendants Samsung Electronics
Co., Ltd.; Samsung Electronics America, Inc.; and
Samsung Semiconductor, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on August 9, 2024.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Lauren A. Degnan*