# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR, INC. <br><br> Defendants. | Civil Action No. 2:21-cv-00463-JRG |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Cameron Lindsay of Kirkland Ellis LLP enters his appearance in this matter as additional counsel on behalf of Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. Cameron Lindsay may receive all communications from the Court and parties involved in the case.

DATED: November 18, 2025

Respectfully submitted,

*/s/ Cameron Lindsay*

Cameron Lindsay
KIRKLAND & ELLIS LLP
401 W 4th Street, Suite 4000
Austin, TX 78701
Telephone: (512) 678-9050
Facsimile: (512) 678-9101
Email: cameron.lindsay@kirkland.com

*Attorney for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 18th day of November 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>/s/ *Cameron Lindsay*
>Cameron Lindsay