NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETLIST, INC.,**
*Plaintiff-Appellee*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC.,**
*Defendants-Appellants*

---

2024-2203

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:21-cv-00463-JRG, Judge J. Rodney Gilstrap.

---

**O R D E R**

The parties, having so agreed,

IT IS ORDERED THAT:

The above-captioned appeal is dismissed under Fed. R. App. P. 42(b) with each side to bear their own costs.

FOR THE COURT

August 17, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE: August 17, 2026**